UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

NML CAPITAL, LTD.,

        Plaintiff,

-against-

THE REPUBLIC OF ARGENTINA,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

08 CIV 6978

**RULE 7.1 STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiff, by and through its undersigned counsel, states that there is neither a parent corporation to NML Capital, Ltd., nor is there a publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
       August 5, 2008

DECHERT LLP

By: *[signature: Susan Shamoto]*

Robert A. Cohen
(robert.cohen@dechert.com)
Dennis H. Hranitzky
(dennis.hranitzky@dechert.com)
Susan Y. Shamoto
(susan.shamoto@dechert.com)
1095 Avenue of the Americas
New York, NY 10036-6797
(212) 698-3500

and

Kevin S. Reed
(kevin.reed@quinnemanuel.com)
Quinn Emanuel Urquhart Oliver &
Hedges LLP
51 Madison Avenue
New York, New York 10001
(212) 849-7000 (phone)
(212) 849-7100 (facsimile)

*Attorneys for Plaintiff NML Capital, Ltd.*