UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
:
NML CAPITAL, LTD.,
:
       Plaintiff,
:    08 Civ. 6978 (   )
    v.
:
THE REPUBLIC OF ARGENTINA,
:    **RELATED CASE STATEMENT**
       Defendant.
:
:
---------------------------------------- X

    TO THE CLERK OF THE COURT:

    PLEASE TAKE NOTICE that pursuant to Local Rule 1.6(a), Plaintiff NML Capital, Ltd., by and through its undersigned counsel, hereby states that the following facts are relevant to a determination of whether this action and one or more pending civil actions should be heard by the same judge of this Court, in order to avoid unnecessary duplication of judicial effort:

    Plaintiff, in the instant action, seeks to recover principal and interest due under the terms of certain bonds issued by the Republic of Argentina, on which the Republic of Argentina has defaulted. This action is similar to a series of other actions pending in this Court filed by NML – including those assigned docket numbers 03 Civ. 8845, 05 Civ. 2434, 06 Civ. 6466, 07 Civ. 1910, 07 Civ. 2690, 07 Civ. 6563, 08 Civ 2541, and 08 Civ 3302 and scores of other actions filed by third parties – in which plaintiffs seek to recover principal and interest due on bonds issued by the Republic of Argentina, on which the Republic of Argentina has defaulted. It is Plaintiff's understanding that these prior-filed actions have all been assigned to the Honorable


Thomas P. Griesa. Plaintiff respectfully submits that this action should be assigned to Judge Griesa as well.

Dated: New York, New York
      August 5, 2008

DECHERT LLP

By: *Susan Y. Shamoto* (signature)

Robert A. Cohen
(robert.cohen@dechert.com)
Dennis H. Hranitzky
(dennis.hranitzky@dechert.com)
Susan Y. Shamoto
(susan.shamoto@dechert.com)
1095 Avenue of the Americas
New York, NY  10036-6797
(212) 698-3500

and

Kevin S. Reed
(kevin.reed@quinnemanuel.com)
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue
New York, New York 10001
(212) 849-7000 (phone)
(212) 849-7100 (facsimile)

*Attorneys for Plaintiff NML Capital, Ltd.*