UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
NML CAPITAL, LTD.,

        Plaintiff,

-against-

THE REPUBLIC OF ARGENTINA

        Defendant.
------------------------------------------------------------ x

Case 08 Civ. 6978

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                                : ss.:
COUNTY OF NEW YORK  )

        BRYAN J BLOCK, being duly sworn, deposes and says:

        1.    I am over the age of eighteen, not a party to the above-captioned action and reside in Queens County, New York

        2.    That on the 5th day of August 2008, at approximately 4:00pm deponent served a true and exact copy of the Summons and Complaint, Civil Cover Sheet, Rule 7.1 Statement and Case Related Statement on The Republic of Argentina at 225 Park Avenue, New York, New York 10169 by personally delivering and leaving same with an individual who identified himself as Gustavo Juana, Chief Compliance Officer and stated that he was authorized to accept service of same.

        3.    Mr. Juana can be described as a Hispanic male, approximately 45 years of age, approximately 4"11 tall, weighs approximately 130lbs with light brown balding hair and wears glasses.

                                                                        BRYAN J BLOCK

Sworn to before me this
5th day of August 2008

_____
Notary Public

LUIS A. LOPEZ
Notary Public, State of New York
No. 01LO6038747
Qualified in Rockland County
Commission Expires March 20, 2010