UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| NML CAPITAL, LTD., | 08 Civ. 6978 (TPG) |
| | 09 Civ. 1707 (TPG) |
| Plaintiff, | 09 Civ. 1708 (TPG) |
| v. | |
| REPUBLIC OF ARGENTINA, | |
| Defendant. | |

-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/12

### ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE, WITH TEMPORARY RESTRAINING ORDER

**UPON THE APPLICATION** of Dechert LLP, counsel for plaintiff NML Capital, Ltd. ("NML"), the declaration of Robert A. Cohen, dated December 21, 2011, the accompanying memorandum of law, and all pleadings, papers, and evidence submitted in connection with the above-captioned actions,

**LET THE DEFENDANT HEREIN SHOW CAUSE**, before the Honorable Thomas P. Griesa, Room 26B, at the United States Courthouse located at 500 Pearl Street, New York, New York, on January 17, 2012 at 2:30 p.m., or as soon thereafter as counsel may be heard, why an order should not be entered, pursuant to Rule 65 of the Federal Rules of Civil Procedure, enjoining the defendant during the pendency of this action from altering or amending the processes or specific transfer mechanisms (including the use of specific firms) by which it makes payments due to holders of bonds or other securities issued pursuant to its 2005 and 2010 exchange offers, including without limitation by using agents, financial intermediaries and financial vehicles other than those used at the time of this Order.

14286848.1.LITIGATION

SUFFICIENT CAUSE BEING ALLEGED THEREFORE, IT IS HEREBY:

**ORDERED** that pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65 of the Federal Rules of Civil Procedure, the defendant is **temporarily restrained and enjoined** from altering or amending the processes or specific transfer mechanisms (including the use of specific firms) by which it makes payments due to holders of bonds or other securities issued pursuant to its 2005 and 2010 exchange offers, including without limitation by using agents, financial intermediaries and financial vehicles other than those used at the time of this Order; and it is further

**ORDERED** that personal service of this Order and Plaintiff's Supporting Papers upon counsel for Argentina, Cleary, Gottlieb, Steen & Hamilton LLP, One Liberty Plaza, New York, NY, 10006, attention Carmine D. Boccuzzi, Jr., Esq., on or before January 3, 2012 at 6:00 p.m. shall be deemed good and sufficient service; and it is further

**ORDERED**, that answering papers, if any, shall be served by hand delivery or electronic mail upon counsel for NML, Dechert LLP, 1095 Avenue of the Americas, New York, NY 10036, attention Robert A. Cohen, Esq. (robert.cohen@dechert.com), on or before January 10, 2012 at 6:00 p.m.; and it is further

**ORDERED**, that reply papers, if any, shall be served by hand delivery or electronic mail on counsel for Argentina on or before January 17, 2012 at 6:00 p.m.

Dated: New York, New York
Jan. 3, 2012
12:30 P.M.

ENTERED:

_____
Thomas P. Griesa
United States District Judge

2