UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
NML CAPITAL, LTD.,                                             :
                                                               :     08 Civ. 6978 (TPG)
      Plaintiff,                    :     09 Civ. 1707 (TPG)
                                                               :     09 Civ. 1708 (TPG)
v.                                                             :
                                                               :
THE REPUBLIC OF ARGENTINA,                                     :
                                                               :
      Defendant.                    :
                                                               :
-------------------------------------------------------------- x

## DECLARATION OF ERIC C. KIRSCH

I, Eric C. Kirsch, declare pursuant to 28 U.S.C. section 1746 as follows:

1.    I am an attorney duly admitted to practice before this Court and am associated with Dechert LLP, counsel for plaintiff NML Capital, Ltd.

2.    On January 3, 2012, I served the (1) Order To Show Cause Why A Preliminary Injunction Should Not Issue, With A Temporary Restraining Order, dated January 3, 2012, (2) Declaration of Robert A. Cohen In Support of NML Capital Ltd.'s Ex Parte Motion For An Order To Show Cause Why A Preliminary Injunction Should Not Issue, With A Temporary Restraining Order, dated January 3, 2012, and (3) Memorandum of Law In Support of NML Capital Ltd.'s Ex Parte Motion For An Order To Show Cause Why A Preliminary Injunction Should Not Issue, With A Temporary Restraining Order, dated January 3, 2012, by personal delivery upon Carmine D. Boccuzzi, Jr., Esq., Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006, counsel for defendant the Republic of Argentina.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 3, 2012
      New York, New York

                                                                     Eric C. Kirsch

14291150