# Exhibit A



BANCO CENTRAL DE LA REPÚBLICA ARGENTINA

● LEGAL NOTICE   ● DOWNLOADS   ● NEWSLETTER   ● BCRA TEACHES   ● ON LINE HELP

- Institutional
- Monetary Policy
- Financial Stability
- Economic Research
- Statistics and Indicators
  - Main Variables
  - Monetary and Financial Variables
  - Foreign Exchange Variables
  - Private Foreign Debt
  - BCRA Indexes
  - R.E.M.
  - Macroeconomic Radar
- Publications
- Regulations
- Banknotes and Coins
- Information of Organizations
- Payment System
- Database
- Liquidations-Recovery-Loans
- Events and Speeches
- Other Subjects

Versión en Español

Argentina

**MAIN VARIABLES**

Select the date
(To view a series, click on the description)                        07/12/2011

| DESCRIPTION (IN MILLIONS OF AR$) | AMOUNT |
|---|---|
| BCRA's international reserves excluding 2009 SDRs allocations (in millions of US$) | 46371 |
| Liquidity facilities | 1963 |
| Monetary base (including increase due to quasimonies) | 202805 |
| Monetary circulation | 163101 |
| Money outside the financial system | 144083 |
| Money in financial institutions | 19018 |
| Banks' deposits in AR$-denominated current accounts at the BCRA | 39704 |
| LEBACs (BCRA bills) | 65353 |
| Cash deposits in financial institutions | 433699 |
| In current accounts (net of FUCO utilisation) | 92451 |
| In savings accounts | 100641 |
| Time deposits (including investments and excluding CEDROs) | 219599 |
| CEDROs (including accrued CER) | 0 |
| Other (including deposits exchanged for BODENs) | 21009 |
| Financial institutions' loans to the private sector | 283641 |
| Private interbank loans interest rate (BAIBAR), % a.n. | 10,58 |
| 30-day time deposits in financial institutions interest rate, % a.n. | 13,3 |
| BADLAR, local currency, private Banks | 18,5625 |
| 90-day LEBAC interest rates, % a.n. | 13,97 |
| Reference exchange rate (AR$ against US$) | 4,278 |
| CER (Reference Stabilisation Coefficient) | 2,8678 |

N/D = No Disponible

Central Bank of Argentina - Reconquista 266 C1003ABF - Ciudad Autónoma de Buenos Aires - Argentina
Phone (5411) 4348-3500 - Copyright © 2006 BCRA