# Exhibit D

Case 1:08-cv-06978-LAP   Document 362-4   Filed 01/06/12   Page 2 of 6

Case 1:08-cv-06978-JPG   Document 231-32   Filed 10/20/10   Page 1 of 5
Case 2:00-cv-00164-R-BQR   Document 123   Filed 05/30/01   Page 1 of 5

```
 1  Peter I. Ostroff (SBN 045718)
    Scott D. Marcus (SBN 184980)
 2  SIDLEY & AUSTIN
    555 West Fifth Street, Suite 4000
 3  Los Angeles, California  90013-1010
    Telephone: 213-896-6000
 4  Facsimile: 213-896-6600

 5  Attorneys for Plaintiff
    Red Mountain Finance, Inc.
 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                   CENTRAL DISTRICT OF CALIFORNIA

10                        LOS ANGELES DIVISION

11  Red Mountain Finance, Inc.,     )  Case No. CV 00-0164 R (BQRx)
                                    )
12            Plaintiff,            )  [PROPOSED] ORDER GRANTING MOTION
                                    )  FOR (1) SPECIFIC PERFORMANCE IN
13       vs.                        )  AID OF EXECUTION; AND (2)
                                    )  ASSIGNMENT OF ASSETS
14  Democratic Republic of Congo and)
    National Bank of Congo,         )  Date:  May 21, 2001
15                                  )  Time:  10:00 a.m.
              Defendants.           )  Place: Courtroom 8
16                                  )
                                    )         Hon. Manuel L. Real
17  _____)
```

FILED
CLERK, U.S. DISTRICT COURT
MAY 29 2001
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

ENTERED
CLERK, U.S DISTRICT COURT
MAY 30 2001
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

18      This matter came on pursuant to plaintiff Red Mountain
19  Finance, Inc.'s ("Red Mountain") Motion For Specific Performance in
20  Aid of Execution and Assignment of Assets. The Court having
21  considered the Motion, the Memorandum of Points and Authorities,
22  the Declarations of Scott D. Marcus and Michael Straus and attached
23  exhibits, all other papers filed in this matter, and the arguments
24  of counsel, and good cause appearing:

25      THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED
26  ~~that plaintiff's Motion for Specific Performance in Aid of~~
27  ~~Execution and Assignment of Assets is GRANTED;~~

28  ✓ Docketed
    ✓ Copies / NTC Sent
    __ JS - 5 / JS - 6
    __ JS - 2 / JS - 3         MAY 30 2001
    ✓ CLSD

Case 1:08-cv-06978-LAP   Document 362-4   Filed 01/06/12   Page 3 of 6
Case 1:08-cv-06978-TPG   Document 231-32   Filed 10/20/10   Page 2 of 5
Case 2:09-cv-00164-R-BQR   Document 123   Filed 05/20/01   Page 2 of 5

1  ~~IT IS HEREBY FURTHER ORDERED~~ that defendants Democratic
2  Republic of Congo ("Congo") and Central Bank of Congo (sued herein
3  as National Bank of Congo) ("Bank"), and each of them, are
4  enjoined from making any ~~shall not make~~ payments or authorize payments to be made on their behalves
5  with respect to any External Indebtedness (as defined in the 1980
6  Loan Agreement) unless and until Congo and Bank (or each of them)
7  make or cause to be made a proportionate payment to Red Mountain at
8  the same time, unless and until the judgment in this matter is
9  satisfied; and

10  IT IS HEREBY FURTHER ORDERED that Congo shall not create,
11  continue, or permit to be created and continue, nor permit Bank,
12  any Governmental Agency or Governmental Enterprise (both as defined
13  in the 1980 Loan Agreement) to create, continue, or permit to be
14  created and continue, any Lien (as defined in the 1980 Loan
15  Agreement) on or with respect to any Assets (as defined in the 1980
16  Loan Agreement) of Congo, Bank, any Governmental Agency or any
17  Governmental Enterprise, to secure or provide for the payment of
18  any External Indebtedness (as defined in the 1980 Loan Agreement)
19  of any Person (as defined in the 1980 Loan Agreement), unless and
20  until the judgment in this matter is satisfied; and

21  IT IS HEREBY FURTHER ORDERED that Congo shall not enter
22  into, nor permit Bank or any Governmental Agency to enter into, any
23  credit agreement or other contract for External Indebtedness which
24  grants by contract to any other Person any right of set off,
25  banker's lien, counterclaim, or similar contractual right, unless
26  and until the judgment in this matter is satisfied;

27  IT IS HEREBY FURTHER ORDERED that, within ten (10) days
28  of entry of this Order, Congo and Bank, and each of them, shall

Case 1:08-cv-06978-LAP   Document 362-4   Filed 01/06/12   Page 4 of 6
Case 1:08-cv-06978-TPG   Document 231-32   Filed 10/20/10   Page 3 of 5
Case 2:00-cv-00164-R-BQR   Document 123   Filed 05/29/01   Page 3 of 5

assign to Red Mountain, in and until satisfaction of the judgment in this matter:

 (1) any and all of Congo's or Bank's revenues or rights to receive income or other payments (however labeled and whether denominated as taxes, concession fees, royalties, net profits, or otherwise) arising out of or relating to a certain Convention of August 9, 1969, Regulating the Exploitation of Hydrocarbons in the Maritime Zone of the Democratic Republic of Congo, as amended;

 (2) any and all of Congo's or Bank's revenues or rights to receive income or other payments from Perenco (or any of its subsidiaries or affiliates), however labeled and whether denominated as taxes, concession fees, royalties, net profits, or otherwise, arising out of or relating to Perenco's acquisition of production or other interests in oil fields in Congo;

 (3) any and all of Congo's or Bank's right, title, and interest in and to any bank accounts maintained by Congo or Bank, or each of them, with Citibank, N.A., including any such accounts maintained with any of Citibank N.A.'s branches, subsidiaries or affiliates, including without limitation Account 02001-70-1000, maintained at Citibank (Congo), S.A.R.L., Kinshasa, Congo;

 (4) any and all of Congo's or Bank's shares or rights relating to such shares arising out of Congo's 20% interest in Soliza, S.A.R.L. (or any successor thereof);

 (5) any and all of Congo's or Bank's shares or rights relating to such shares arising out of Congo's 25.53%

Case 1:08-cv-06978-LAP   Document 362-4   Filed 01/06/12   Page 5 of 6
Case 1:08-cv-06978-JPG   Document 231-32   Filed 10/20/10   Page 4 of 5
Case 2:00-cv-00164-R-BQR   Document 123   Filed 05/29/01   Page 4 of 5

1  interest in Banque Commerciale Zairoise, S.A.R.L. (or any
2  successor thereof);
3       (6) any and all of Congo's or Bank's shares or
4  rights relating to such shares arising out of Congo's 35.59%
5  interest in Union Zairoise de Banques, S.A.R.L. (or any
6  successor thereof); and
7       **IT IS HEREBY FURTHER ORDERED** that, in the event that
8  Congo and/or Bank fail to execute the assignments ordered above
9  within ten (10) days of entry of this Order, the Clerk of the Court
10 shall be authorized to and shall execute forthwith such assignments
11 for and on behalf of each of Congo and Bank.
12 Dated: May 29, 2001

By: _____
Manuel L. Real, Judge
United States District Court
for the Central District of
California

Case 1:08-cv-06978-LAP   Document 362-4   Filed 01/06/12   Page 6 of 6
Case 1:08-cv-06978-JPG   Document 231-32   Filed 10/20/10   Page 5 of 5
Case 2:00-cv-00164-R-BQR   Document 123   Filed 05/30/01   Page 5 of 5

## PROOF OF SERVICE

STATE OF CALIFORNIA       )
                          ) ss
COUNTY OF LOS ANGELES     )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Sidley & Austin, 555 West Fifth Street, Suite 4000, Los Angeles, California 90013.

On April 30, 2001, I caused the foregoing document described as **[PROPOSED] ORDER GRANTING MOTION FOR (1) SPECIFIC PERFORMANCE IN AID OF EXECUTION; AND (2) ASSIGNMENT OF ASSETS** to be delivered by hand to the offices of:

Allan E. Ceran
Rodi, Pollock, Pettker, Galbraith & Cahill
A Law Corporation
444 S. Flower Street, Suite 1700
Los Angeles, CA 90071

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on April 30, 2001, at Los Angeles, California.

_____
Joanne Romanovich

LA1 345712v1