# Exhibit E

1  Peter I. Ostroff (SBN 045718)
   Scott D. Marcus (SBN 184980)
2  SIDLEY AUSTIN BROWN & WOOD LLP
   555 West Fifth Street, Suite 4000
3  Los Angeles, California 90013-1010
   Telephone: 213-896-6000
4  Facsimile: 213-896-6500

5  Attorneys for Plaintiff
   Red Mountain Finance, Inc.
6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  Red Mountain Finance, Inc.,          )  Case No. CV 00-0164 R (BQRx)
                                         )
12              Plaintiff,               )  STIPULATION AND [PROPOSED]
                                         )  ORDER (A) DISMISSING ENTIRE
13         v.                            )  ACTION WITH PREJUDICE; (B)
                                         )  RELEASING SUPERSEDEAS BOND;
14  Democratic Republic of Congo and     )  (C) VACATING DISTRICT COURT
    National Bank of Congo,              )  ORDERS ENTERED JANUARY 9,
15                                       )  2001, MAY 30, 2001, OCTOBER 2,
                Defendants.              )  2001 AND DECEMBER 5, 2001; AND
16                                       )  (D) VACATING CLERK'S
    _____)  ASSIGNMENT.
17
                                            Hon. Manuel L. Real
18

19         This stipulation is made with reference to the following facts:

20         A.    Red Mountain Finance, Inc. ("Red Mountain") has obtained a

21  judgment in this matter against the Democratic Republic of Congo and the National

22  Bank of Congo (collectively, "the DRC");

23         B.    Unocal Corporation ("Unocal") and Unocal International

24  Corporation ("UIC") are not parties to this action, but have been subject to post-

25  judgment proceedings in Red Mountain's effort to collect its judgment;

26         C.    As a result of these post-judgment proceedings, on October 2,

27  2001 the district court entered an order directing Unocal and UIC to comply with

28

1    certain subpoenas, which order Unocal and UIC have appealed to the Ninth Circuit

2    Court of Appeals (appeal no. 01-56774);

3           D.     Additionally, on December 5, 2001 the district court entered an

4    order compelling Unocal and UIC to comply with an assignment, which order

5    Unocal and UIC have also appealed to the Ninth Circuit (appeal no. 01-57206); and

6           E.     Red Mountain and the DRC have agreed to settle this litigation

7    in accordance with the terms set forth in a separate Settlement Agreement and

8    Release and related documents, the DRC has satisfied Red Mountain's judgment.

9           Based on the foregoing, which is to be considered part of this

10   stipulation, Red Mountain, the DRC and Unocal and UIC hereby agree and stipulate

11   as follows:

12          1.     Red Mountain hereby dismisses this entire action with prejudice;

13          2.     The DRC, Unocal and UIC have no objection to permitting Red

14   Mountain to dismiss this action with prejudice, and stipulate to the same;

15          3.     Red Mountain and the DRC hereby fully release and exonerate

16   Unocal, UIC and their surety from supersedeas bond no. 61S103671723BCM in the

17   amount of $1,931,896.46 posted on or about December 26, 2001; and

18          4.     Red Mountain, the Congo and Unocal and UIC hereby jointly

19   request the district court to vacate the orders entered by the Court in this matter on

20   October 2, 2001 and December 5, 2001.  In that regard, this stipulation and order

21   entered thereon, once signed and entered by the Court, are intended to adjudicate

22   once and for all the disputes that gave rise to the district court's orders entered on

23   October 2, 2001 and December 5, 2001 in this matter, as well as the disputes that

24   give rise to Ninth Circuit appeal nos. 01-56774 and 01-57206.

25          5.     Red Mountain and Congo agree and stipulate that in light of the

26   settlement referred to in recital E above, that the Court's orders entered January 9,

27   2001 permitting execution on the judgment and May 30, 2001, enjoining certain

28   conduct and directing assignments of certain assets, and the United State's District

1   Court Clerk's Assignment of Assets in this matter, dated July 23, 2001, are no longer

2   necessary to satisfy the judgment, are now moot and therefore jointly request that

3   the Court enter an order to that effect.

4

5   Dated: **May 30**, 2002               DEWEY BALLANTINE LLP

6                          By: _____

7                             Matthew M. Walsh

                           Attorneys for Unocal Corporation and

8   Dated: May 30, 2002             Unocal International Corporation

                           SIDLEY AUSTIN BROWN & WOOD

9                          By: _____

10                           Scott D. Marcus

                         Attorneys for Red Mountain Finance, Inc.

11

12   Dated: May 30, 2002          RODI POLLOCK PETTKER GALBRAITH & CAHILL

13                          By: _____

14                             Allan Ceran

                         Attorneys for the Democratic Republic of

15                          Congo and the National Bank of Congo

16       **IT IS HEREBY ORDERED THAT:**

17

18         1.     This stipulation is approved pursuant to Local Rule 7.1;

19         2.     This entire case is hereby dismissed with prejudice;

20         3.     Unocal, UIC and their surety are hereby fully released and

21   exonerated from their obligations under supersedeas bond no. 61S103671723BCM

22   in the amount of $1,931,896.46 posted with the Court on or about December 26,

23   2001;

24         4.     This Court has considered and balanced the competing values of

25   finality of judgment and right to relitigation of unreviewed disputes, as set forth in

26   Ringsby Truck Lines, Inc., v. Western Conference of Teamsters, 686 F.2d 720, 722

27   (9th Cir. 1982), and concludes that this Court's orders entered on January 9, 2001,

28   May 30, 2001, October 2, 2001 and December 5, 2001 are properly vacated, and

1    hereby VACATES these orders; and that the United State's District Court Clerk's

2    Assignment of Assets in this matter, dated July 23, 2001, is also properly vacated,

3    and hereby VACATES as moot that assignment with the assets assigned thereby

4    reverting to the persons or entity having title to them at the time of the assignment.

5

6    Dated:  June 10, 2002               By:  _____

7                                             The Hon. Manuel L. Real, JUDGE

8                                             UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28