# EXHIBIT S

# THE BANK OF NEW YORK

NEW YORK'S FIRST BANK - FOUNDED 1784 BY ALEXANDER HAMILTON

101 Barclay Street 21W, New York, N.Y. 10286

**FAX 011-54-11 4349-6242**     **and 54-11 4349-6239/6825**

The Republic of Argentina                                                                                   03-May-12
Ministerio de Economía y Producción
Hipolito Yrigoyen 250, 10th Floor
Buenos Aires – Argentina – C1109ADA

Attn: Mr. Osvaldo Colazo and Mr. Alejandro Granieri
   Email: ocolaz@mecon.gov.ar   Tel. 54-114- 349-6259
   Email: agrani@mecon.gov.ar   Tel. 54-11 4349-6239

Re: **The Republic of Argentina**
   **USD Denominated Global Bonds due 06/02/2017**

Dear Mr. Colazo,

Interest will be due for the subject issue as shown below:

Pays: June 2nd and December 2nd          Record date:   01-Jun-12        XS0501195480
30/360                                   Payment date:  04-Jun-12        d is a non business day

| ISSUE DATE | MATURITY DATE | RATE: | PRINCIPAL AMOUNT | PERIOD: 02-Dec-11 02-Jun-12 | INTEREST DUE: |
|---|---|---|---|---|---|
| 02-Jun-10 | 02-Jun-17 | 8.75% | $965,783,702.00 | 180 | $42,253,036.96 |

                                                                Total Due:   $42,253,036.96

Please send Federal Funds **no later than 10AM on or before June 1st, 2012** to:

   Pay to :   Banco Central de la Republica de Argentina
              A/C#                                    **REDACTED**
              Ref: ISIN: XS0501195480

If you have any questions about the above please call Juan Brito at (212) 815-5657

Sincerely

*L. Jaklitsch*
Lucia Jaklitsch
Vice President
Phone: (212) 815-5782