# EXHIBIT T

# THE BANK OF NEW YORK
NEW YORK'S FIRST BANK - FOUNDED 1784 BY ALEXANDER HAMILTON

101 Barclay Street 21W, New York, N.Y. 10286

**FAX 5411 4348-3934**

03-May-12

Banco Central de la Republica Argentina
Reconquista 266
1003 ABF,
Buenos Aires, Argentina

Attn: Luis Alberto D.Orio
Operations Manager with Securities and Exchange

Re: **The Republic of Argentina**
   **USD Denominated Global Bonds due 06/02/2017**

Dear Oscar Bellante

Interest will be due for the subject issue as shown below:

Pays: June 2nd and December 2nd          Record date:    01-Jun-12         XS0501195480
30/360                                    Payment date:   04-Jun-12   it is a non business day

| ISSUE DATE | MATURITY DATE | RATE: | PRINCIPAL AMOUNT | PERIOD: 02-Dec-11 02-Jun-12 | INTEREST DUE: |
|---|---|---|---|---|---|
| 02-Jun-10 | 02-Jun-17 | 8.75% | $965,783,702.00 | 180 | $42,253,036.96 |
|  |  |  |  | Total Due: | $42,253,036.96 |

Please send Federal Funds no later than 10AM on or before June 1st, 2012 to:

**REVALUED**

Pay to:            Bank of New York Mellon, New York, NY , IRVTUS3N
Account Name:      The Bank of New York Brussels, IRVTBEBB
Account Number:
REF:               The Republic of Argentina USD Denominated Global Bonds due 06/02/2017
ISIN:              XS0501195480

If you have any questions about the above please call Juan Brito (212) 815-5657

Sincerely

*L. Jaklitsch*
Lucia Jaklitsch
Vice President
Phone: (212) 815-5782

**CONFIDENTIAL**                                                                 BNYM-ARGENTINA-A 000644