UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

| | |
|---|---|
| NML CAPITAL, LTD., | 08 Civ. 6978 (TPG) |
| Plaintiff, | 09 Civ. 1707 (TPG) |
| - against - | 09 Civ. 1708 (TPG) |
| THE REPUBLIC OF ARGENTINA, | |
| Defendant. | |

---------------------------------------------------------------X

| | |
|---|---|
| AURELIUS CAPITAL MASTER, LTD. and ACP MASTER, LTD., | |
| Plaintiffs, | 09 Civ. 8757 (TPG) |
| - against - | 09 Civ. 10620 (TPG) |
| THE REPUBLIC OF ARGENTINA, | |
| Defendant. | |

---------------------------------------------------------------X

| | |
|---|---|
| AURELIUS OPPORTUNITIES FUND II, LLC and AURELIUS CAPITAL MASTER, LTD., | 10 Civ. 1602 (TPG) |
| Plaintiffs, | 10 Civ. 3507 (TPG) |
| | 10 Civ. 3970 (TPG) |
| - against - | 10 Civ. 8339 (TPG) |
| THE REPUBLIC OF ARGENTINA, | |
| Defendant. | |

---------------------------------------------------------------X *(captions continue on following pages)*

**DECLARATION OF FRANCISCO GUILLERMO EGGERS**

```
------------------------------------------------------------ X
BLUE ANGEL CAPITAL I LLC,                                    :
                                                             :   10 Civ. 4101 (TPG)
                                Plaintiff,                   :   10 Civ. 4782 (TPG)
                                                             :
            - against -                                      :
                                                             :
THE REPUBLIC OF ARGENTINA,                                   :
                                                             :
                                Defendant.                   :
                                                             :
------------------------------------------------------------ X
OLIFANT FUND, LTD.,                                          :
                                                             :
                                Plaintiff,                   :   10 Civ. 9587 (TPG)
                                                             :
            - against -                                      :
                                                             :
THE REPUBLIC OF ARGENTINA,                                   :
                                                             :
                                Defendant.                   :
                                                             :
------------------------------------------------------------ X
PABLO ALBERTO VARELA, et al.,                                :
                                                             :
                                Plaintiffs,                  :   10 Civ. 5338 (TPG)
                                                             :
            - against -                                      :
                                                             :
THE REPUBLIC OF ARGENTINA,                                   :
                                                             :
                                Defendant.                   :
------------------------------------------------------------ X
```

## DECLARATION OF FRANCISCO GUILLERMO EGGERS

Pursuant to 28 U.S.C. § 1746, Francisco Guillermo Eggers declares as follows:

1. I am the National Director of the National Bureau of Public Credit of the Ministry of Economy and Public Finance of the Republic of Argentina (the "Republic").

2. I am familiar with the facts of this case and submit this declaration on behalf of the Republic and in support of the Memorandum of the Republic in Response to Plaintiffs' Brief on Remand.

3. During the November 9, 2012 conference before the Court, the Court read the following provision of the Order dated March 5, 2012 (the "March 5 Stay Order") into the record: "[t]o secure Plaintiffs' rights during the pendency of the Republic's appeals of the February 23, 2012 Orders to the Second Circuit, it is ordered that the Republic shall not during the pendency of the appeal to the Second Circuit take any action to evade the directives of the February 23, 2012 Orders in the event they are affirmed, render them ineffective in the event they are affirmed, or diminish the Court's ability to supervise compliance with the February 23, 2012 Orders in the event they are affirmed, including without limitation, altering or amending the processes or specific transfer mechanisms by which it makes payments on the Exchange Bonds, without prior approval of the Court" (March 5 Stay Order ¶ 2).

4. As requested by the Court, on behalf of the Republic, I confirm that the Republic has complied, is complying, and will comply with the terms of the March 5 Stay Order as set forth above in paragraph 3.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 16, 2012, in Buenos Aires, Argentina.

_____
Francisco Guillermo Eggers

2