UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x<br>NML CAPITAL, LTD.,<br>　　　　　　Plaintiff,<br>　　- against -<br>THE REPUBLIC OF ARGENTINA,<br>　　　　　　Defendant.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | No. 08 Civ. 6978 (TPG)<br>No. 09 Civ. 1707 (TPG)<br>No. 09 Civ. 1708 (TPG) |
| AURELIUS CAPITAL MASTER, LTD. and<br>ACP MASTER, LTD.,<br>　　　　　　Plaintiffs,<br>　　- against -<br>THE REPUBLIC OF ARGENTINA,<br>　　　　　　Defendant.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | No. 09 Civ. 8757 (TPG)<br>No. 09 Civ. 10620 (TPG) |
| AURELIUS OPPORTUNITIES FUND II, LLC<br>and AURELIUS CAPITAL MASTER, LTD.,<br>　　　　　　Plaintiffs,<br>　　- against -<br>THE REPUBLIC OF ARGENTINA,<br>　　　　　　Defendant.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | No. 10 Civ. 1602 (TPG)<br>No. 10 Civ. 3507 (TPG)<br>No. 10 Civ. 3970 (TPG)<br>No. 10 Civ. 8339 (TPG) |
| BLUE ANGEL CAPITAL I LLC,<br>　　　　　　Plaintiff,<br>　　- against -<br>THE REPUBLIC OF ARGENTINA,<br>　　　　　　Defendant.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | No. 10 Civ. 4101 (TPG)<br>No. 10 Civ. 4782 (TPG)<br>*(captions continue on following page)* |

**CITIBANK, N.A.'S NOTICE OF MOTION FOR CLARIFICATION**

```
----------------------------------- x
                                    :
OLIFANT FUND, LTD.,                 :
            Plaintiff,              :
     - against -                    :   No. 10 Civ. 9587 (TPG)
THE REPUBLIC OF ARGENTINA,          :
            Defendant.              :
                                    :
----------------------------------- x
                                    :
PABLO ALBERTO VARELA, et al.,       :
            Plaintiffs,             :
     - against -                    :   No. 10 Civ. 5338 (TPG)
THE REPUBLIC OF ARGENTINA,          :
            Defendant.              :
                                    :
----------------------------------- x
```

PLEASE TAKE NOTICE that upon the accompanying Declaration of Federico Elewaut, the accompanying Declaration of Maximiliano D'Auro and all attached exhibits, the accompanying Declaration of Manuel Beccar Varela, and the accompanying Memorandum of Law, Citibank, N.A., an interested non-party, will move this Court, at a date and time to be determined by this Court, for clarification of certain orders entered in this matter on November 21, 2012.

Dated:   New York, New York
        May 22, 2013

                                DAVIS POLK & WARDWELL LLP

                                By:   /s/ Karen E. Wagner
                                      Karen E. Wagner
                                      James L. Kerr
                                      Lindsey T. Knapp

                                      450 Lexington Avenue
                                      New York, New York  10017
                                      Telephone:   (212) 450-4000
                                      Facsimile:    (212) 701-5800

                                      *Attorneys for Non-Party Citibank, N.A.*

1