UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

NML CAPITAL, LTD. ET AL.,

                Plaintiffs

– against –

REPUBLIC OF ARGENTINA
                Defendant.

------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/24/13

**ORDER**

08 CV 6978 (TPG)
09 CV 1707 (TPG)
09 CV 1708 (TPG)
09 CV 8757 (TPG)
09 CV 10620 (TPG)
10 CV 1602 (TPG)
10 CV 3507 (TPG)
10 CV 3970 (TPG)
10 CV 8339 (TPG)
10 CV 4101 (TPG)
10 CV 4782 (TPG)
10 CV 9587 (TPG)
10 CV 5338 (TPG)

      A non-party Citibank N.A. ("Citibank") filed a motion, and summarized the substance of that motion in a letter of May 23, 2013. Plaintiffs sent a letter to the court on the same day opposing the application of Citibank. Citibank replied with a further letter on that date.

      Citibank asserts that it needs clarification as to its obligations in the event that the Court of Appeals affirms the District Court's November 21, 2012 rulings. The District Court declines to make any further comment on matters now before the Court of Appeals. What further ruling or action is required from the District Court will obviously depend on the holding from the Court of Appeals. No more can be said at this time.

SO ORDERED.

Dated: New York, New York
       May 24, 2013

                                                     Thomas P. Griesa
                                                     U. S. District Judge