DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

NML CAPITAL, LTD.,

           Plaintiff,

– against –

THE REPUBLIC OF ARGENTINA,

           Defendant.

08 Civ. 6978 (TPG)
09 Civ. 1707 (TPG)
09 Civ. 1708 (TPG)

------------------------------------------------x

AURELIUS CAPITAL MASTER, LTD. and ACP MASTER, LTD.,

           Plaintiffs,

– against –

THE REPUBLIC OF ARGENTINA,

           Defendant.

09 Civ. 8757 (TPG)
09 Civ. 10620 (TPG)

------------------------------------------------x

AURELIUS OPPORTUNITIES FUND II, LLC and AURELIUS CAPITAL MASTER, LTD.,

           Plaintiffs,

– against –

THE REPUBLIC OF ARGENTINA,

           Defendant.

10 Civ. 1602 (TPG)
10 Civ. 3507 (TPG)
10 Civ. 3970 (TPG)
10 Civ. 8339 (TPG)

**(captions continued on next page)**

------------------------------------------------x

1

```
------------------------------------x
                                    :
BLUE ANGEL CAPITAL I LLC,           :
                                    :
                  Plaintiff,        :      10 Civ. 4101 (TPG)
                                    :      10 Civ. 4782 (TPG)
         – against –                :
                                    :
THE REPUBLIC OF ARGENTINA,          :
                                    :
                  Defendant.        :
                                    :
------------------------------------x
                                    :
OLIFANT FUND, LTD.,                 :
                                    :
                  Plaintiff,        :      10 Civ. 9587 (TPG)
                                    :
         – against –                :
                                    :
THE REPUBLIC OF ARGENTINA,          :
                                    :
                  Defendant.        :
                                    :
------------------------------------x
                                    :
PABLO ALBERTO VARELA, et al.,       :
                                    :
                  Plaintiffs,       :      10 Civ. 5338 (TPG)
                                    :
         – against –                :
                                    :
THE REPUBLIC OF ARGENTINA,          :
                                    :
                  Defendant.        :
                                    :
------------------------------------x
```

## **OPINION**

On September 11, 2013, counsel for NML Capital, Ltd. and certain other plaintiffs wrote to the court with factual allegations, which counsel asserted would violate a previous order of this court dated March 5, 2012. Plaintiffs submitted a proposed order designed to remedy the problems described in the September 11, 2013 letter.

Counsel for the Republic of Argentina (the "Republic") submitted a brief letter to the court dated September 19, 2013, objecting to plaintiffs' proposed order "to the extent it goes beyond the plain language of the March 5 order." The Republic's counsel concludes by stating that "plaintiffs provide no basis for the broader relief they now seek."

The significant point is that counsel for the Republic does not deny the factual allegations in plaintiffs' September 11, 2013 letter. In fact, there is a new problem that goes beyond the circumstances known as of the time of the March 5, 2012 order. Plaintiffs are surely within their rights to seek a remedy for this new problem. They do so in appropriate provisions in the proposed order.

The court will sign the proposed order.

SO ORDERED.

Dated: New York, New York
       October 3, 2013

_____
Thomas P. Griesa
U. S. District Judge