

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 11/25/2013 |

1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**ERIC C. KIRSCH**

eric.kirsch@dechert.com
+1 212 649 8719 Direct
+1 212 698 0419 Fax

November 22, 2013

**VIA ECF**

Honorable Thomas P. Griesa
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl St., Room 1630
New York, NY 10007-1312

Re: *NML Capital, Ltd. v. the Republic of Argentina*, No. 06 Civ. 6466 (TPG) *et al.*

Dear Judge Griesa:

I have appeared in several actions pending before the Court on behalf of plaintiff NML Capital, Ltd. ("NML"). Today is my last day of employment with Dechert LLP. Accordingly, I respectfully request permission to withdraw my appearance as counsel to NML in the following actions:

- *NML Capital, Ltd. v. Republic of Argentina*, No. 06 Civ. 6466 (TPG)
- *NML Capital, Ltd. v. Republic of Argentina*, No. 07 Civ. 1910 (TPG)
- *NML Capital, Ltd. v. Republic of Argentina*, No. 07 Civ. 2690 (TPG)
- *NML Capital, Ltd. v. Republic of Argentina*, No. 07 Civ. 6563 (TPG)
- *NML Capital, Ltd. v. Republic of Argentina*, No. 08 Civ. 2541 (TPG)
- *NML Capital, Ltd. v. Republic of Argentina*, No. 08 Civ. 6978 (TPG)
- *NML Capital, Ltd. v. Republic of Argentina*, No. 09 Civ. 1707 (TPG)
- *NML Capital, Ltd. v. Republic of Argentina*, No. 09 Civ. 1708 (TPG)

Dechert will continue to represent NML, and the other Dechert attorneys who have entered appearances will remain counsel of record. I respectfully request that you approve my withdrawal by endorsing this letter so that the Clerk's Office may update its records.

Respectfully submitted,

Eric C. Kirsch

Approved
Thomas P. Griesa
USDJ
11/25/13

**MEMO ENDORSED**

15090573