USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 5, 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
: 
NML CAPITAL, LTD.,  : 08 Civ. 6978 (TPG)
 : 09 Civ. 1707 (TPG)
Plaintiff, : 09 Civ. 1708 (TPG)
 :
v. :
 :
THE REPUBLIC OF ARGENTINA, :
 :
Defendant. :
 :
------------------------------------------------------- x

## ▆▆▆▆ ORDER AUTHORIZING FILING CERTAIN DOCUMENTS UNDER SEAL

WHEREAS, on May 30, 2014, Plaintiff in the above-captioned actions NML Capital, Ltd. ("NML") filed via the court's electronic filing system: (a) a letter from Robert A. Cohen to the Honorable Thomas P. Griesa, dated May 30, 2014; (b) a Motion with Proposed Order attached; (c) a Memorandum of Law in support of the Motion; and (d) the Declaration of Robert A. Cohen, dated May 30, 2014, including exhibits (together, the "May 30 Filings").

WHEREAS, the May 30 Filings in Case No. 08 Civ. 6978 (TPG) are Docket entries 512, 513, 514 and 515;

WHEREAS, the May 30 Filings in Case No. 09 Civ. 1707 (TPG) are Docket entries 323, 324, 325 and 326;

WHEREAS, the May 30 Filings in Case No. 09 Civ. 1708 (TPG) are Docket entries 326, 327, 328 and 329;

WHEREAS, the parties have reached an agreement as to the portions of the May 30 Filings that should be redacted in compliance with the Court's instructions to counsel for NML and the Republic;

WHEREAS, both parties have reserved all rights with respect to the privileged or confidential status of the information the parties propose to redact from the May 30 Filings, including but not limited to the ability to seek further consideration of the finding made in the Court's June 3, 2014 Memorandum to Counsel; and

WHEREAS, good cause having been shown to permit the filing of the unredacted May 30 Filings under seal, it is hereby

ORDERED as follows:

1. Document nos. 512, 513, 514 and 515 filed in Case No. 08 Civ. 6978 (TPG) shall be removed from the ECF system and filed under seal, and may be replaced by the redacted versions of those documents agreed by the parties;

2. Document nos. 323, 324, 325 and 326 filed in Case No. 09 Civ. 1707 (TPG) shall be removed from the ECF system and filed under seal, and may be replaced by the redacted versions of those documents agreed by the parties; and

3. Document nos. 326, 327, 328 and 329 filed in Case No. 09 Civ. 1708 (TPG) shall be removed from the ECF system and filed under seal, and may be replaced by the redacted versions of those documents agreed by the parties.

Dated: New York, New York
June 5, 2014

Thomas P. Griesa
U.S. District Judge