UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- x
:
NML CAPITAL, LTD.,                              :        08 Civ. 6978 (TPG)
                                                :        09 Civ. 1707 (TPG)
Plaintiff,                                      :        09 Civ. 1708 (TPG)
                                                :
v.                                              :
                                                :
THE REPUBLIC OF ARGENTINA,                      :
                                                :
Defendant.                                      :
                                                :
----------------------------------------------------------- x
:
AURELIUS CAPITAL MASTER, LTD. and               :
ACP MASTER, LTD.,                               :        09 Civ. 8757 (TPG)
                                                :        09 Civ. 10620 (TPG)
Plaintiffs,                                     :
                                                :
v.                                              :
                                                :
THE REPUBLIC OF ARGENTINA,                      :
                                                :
Defendant.                                      :
                                                :
----------------------------------------------------------- x
:
AURELIUS OPPORTUNITIES FUND II, LLC             :
and AURELIUS CAPITAL MASTER, LTD.,              :        10 Civ. 1602 (TPG)
                                                :        10 Civ. 3507 (TPG)
Plaintiffs,                                     :
                                                :
v.                                              :
                                                :
THE REPUBLIC OF ARGENTINA,                      :
                                                :
Defendant.                                      :
                                                :        (captions continued on next page)
----------------------------------------------------------- x

## **PLAINTIFFS' MOTION FOR DECLARATORY AND SUPPLEMENTAL INJUNCTIVE RELIEF**

| | |
|---|---|
| AURELIUS CAPITAL MASTER, LTD. and AURELIUS OPPORTUNITIES FUND II, LLC, | 10 Civ. 3970 (TPG)<br>10 Civ. 8339 (TPG) |
| Plaintiffs, | |
| v. | |
| THE REPUBLIC OF ARGENTINA, | |
| Defendant. | |
| BLUE ANGEL CAPITAL I LLC, | |
| Plaintiff, | 10 Civ. 4101 (TPG)<br>10 Civ. 4782 (TPG) |
| v. | |
| THE REPUBLIC OF ARGENTINA, | |
| Defendant. | |
| OLIFANT FUND, LTD., | |
| Plaintiff, | 10 Civ. 9587 (TPG) |
| v. | |
| THE REPUBLIC OF ARGENTINA, | |
| Defendant. | |
| PABLO ALBERTO VARELA, et al., | |
| Plaintiff, | 10 Civ. 5338 (TPG) |
| v. | |
| THE REPUBLIC OF ARGENTINA, | |
| Defendant. | |

Plaintiffs NML Capital, Ltd., Aurelius Capital Master, Ltd., ACP Master, Ltd., Aurelius Opportunities Fund II, LLC, Blue Angel Capital I LLC, Olifant Fund, Ltd., Pablo Alberto Varela, Lila Ines Burgueno, Mirta Susana Dieguez, Maria Evangelina Carballo, Leandro Daniel Pomilio, Susana Aquerreta, Maria Elena Corral, Teresa Munoz De Corral, Norma Elsa Lavorato, Carmen Irma Lavorato, Cesar Ruben Vazquez, Norma Haydee Gines, and Marta Azucena Vazquez move for this Court to enter the attached proposed orders granting Plaintiffs declaratory and supplemental injunctive relief.

Dated: May 30, 2014

Respectfully submitted,

By: /s/ Robert A. Cohen

**GIBSON, DUNN & CRUTCHER LLP**
Theodore B. Olson
Matthew D. McGill
Jason J. Mendro
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500

**DECHERT LLP**
Robert A. Cohen
Eric C. Kirsch
1095 Avenue of the Americas
New York, N.Y. 10036-6796
(212) 698-3500

*Attorneys for Plaintiff NML Capital, Ltd.*

**GOODWIN PROCTER LLP**
Robert D. Carroll
53 State Street
Boston, MA 02109
(617) 570-1000

*Attorneys for Plaintiff Olifant Fund, Ltd.*