UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/14

| | |
|---|---|
| NML CAPITAL, LTD.,<br><br>         Plaintiff,<br><br>  – against –<br><br>THE REPUBLIC OF ARGENTINA,<br><br>         Defendant. | 08-cv-6978<br>09-cv-1707<br>09-cv-1708 |
| AURELIUS CAPITAL MASTER, LTD. and ACP MASTER, LTD.,<br><br>         Plaintiffs,<br><br>  – against –<br><br>THE REPUBLIC OF ARGENTINA,<br><br>         Defendant. | 09-cv-8757<br>09-cv-10620 |
| AURELIUS OPPORTUNITIES FUND II, LLC and AURELIUS CAPITAL MASTER, LTD,<br><br>         Plaintiffs,<br><br>  – against –<br><br>THE REPUBLIC OF ARGENTINA,<br><br>         Defendant. | 10-cv-1602<br>10-cv-3507 |

*Caption continued on next page.*

| | |
|---|---|
| AURELIUS CAPITAL MASTER, LTD. and AURELIUS OPPORTUNITIES FUND II, LLC,<br><br>       Plaintiffs,<br><br>  – against –<br><br>THE REPUBLIC OF ARGENTINA,<br><br>       Defendant. | 10-cv-3970<br>10-cv-8339 |
| BLUE ANGEL CAPITAL I LLC,<br><br>       Plaintiff,<br><br>  – against –<br><br>THE REPUBLIC OF ARGENTINA,<br><br>       Defendant. | 10-cv-4101<br>10-cv-4782 |
| OLIGANT FUND, LTD.,<br><br>       Plaintiff,<br><br>  – against –<br><br>THE REPUBLIC OF ARGENTINA,<br><br>       Defendant. | 10-cv-9587 |
| PABLO ALBERTO VARELA, *et al.*,<br><br>       Plaintiffs,<br><br>  – against –<br><br>THE REPUBLIC OF ARGENTINA,<br><br>       Defendant. | 10-cv-5338<br><br>**ORDER** |

In a letter dated June 23, 2014, and in a letter dated today, counsel for the Republic requests that the court stay certain injunctive relief.

Such a request is not appropriate. The injunctive relief ordered by the court (dealing with the *pari passu* issue) does not even come into play unless the Republic makes payments to the exchange bondholders. The court has no control over whether or not the Republic makes such payments.

A Special Master has been appointed to assist settlement negotiations. It is the understanding of the court that such negotiations will include the handling of any further payments due to exchange bondholders.

The stay that is requested is denied.

So ordered.

Dated:   New York, New York
         June 26, 2014

_____
Thomas P. Griesa
United States District Judge