UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
NML CAPITAL, LTD.,                                     :
                                                       :
        Plaintiff,                             :    08 Civ. 6978 (TPG)
                                                       :    09 Civ. 1707 (TPG)
  v.                                                   :    09 Civ. 1708 (TPG)
                                                       :
THE REPUBLIC OF ARGENTINA,                             :
                                                       :
        Defendant.                             :
-------------------------------------------------------X
AURELIUS CAPITAL MASTER, LTD.                          :
and ACP MASTER, LTD.,                                  :
                                                       :
        Plaintiff,                             :    09 Civ. 8757 (TPG)
                                                       :    09 Civ. 10620 (TPG)
  v.                                                   :
                                                       :
THE REPUBLIC OF ARGENTINA,                             :
                                                       :
        Defendant.                             :
-------------------------------------------------------X
AURELIUS OPPORTUNITIES FUND II,                        :
LLC and AURELIUS CAPITAL MASTER,                       :
LTD.,                                                  :
                                                       :
                                                       :    10 Civ. 1602 (TPG)
        Plaintiffs,                            :    10 Civ. 3507 (TPG)
                                                       :    10 Civ. 3970 (TPG)
  v.                                                   :    10 Civ. 8339 (TPG)
                                                       :
THE REPUBLIC OF ARGENTINA,                             :
                                                       :
        Defendant.                             :
-------------------------------------------------------X    (*captions continue on following page*)

**INTERESTED NON-PARTY FINTECH ADVISORY INC.'S
JOINDER IN NON-PARTIES EURO BONDHOLDERS'
<u>EMERGENCY MOTION FOR CLARIFICATION</u>**

```
------------------------------------------------------X
BLUE ANGEL CAPITAL I LLC,               :
                                        :
                Plaintiff,              :     10 Civ. 4101 (TPG)
                                        :     10 Civ. 4782 (TPG)
        v.                              :
                                        :
THE REPUBLIC OF ARGENTINA,              :
                                        :
                Defendant.              :
------------------------------------------------------X
OLIFANT CAPITAL, LTD.,                  :
                                        :
                Plaintiff,              :     10 Civ. 9587 (TPG)
                                        :
        v.                              :
                                        :
THE REPUBLIC OF ARGENTINA,              :
                                        :
                Defendant.              :
------------------------------------------------------X
PABLO ALBERTO VARELA, et al.,           :
                                        :
                Plaintiffs,             :     10 Civ. 5338 (TPG)
                                        :
        v.                              :
                                        :
THE REPUBLIC OF ARGENTINA,              :
                                        :
                Defendant.              :
------------------------------------------------------X
```

Fintech Advisory, Inc. ("Fintech"), an interested non-party, respectfully joins in the submission by interested non-parties the Euro Bondholders in their Emergency Motion for Clarification, filed on June 29, 2014, Docket Nos. 543-546.  Without prejudice to other arguments it may have with respect thereto, Fintech believes that this Court's November 21, 2012 Orders must be clarified to permit payment of the Euro-denominated bonds, the payment process for which occurs entirely outside of the United States.  Fintech notes that on June 27, 2014, this Court granted Citibank N.A.'s motion for clarification concerning and permitting the payment of the Peso-denominated bonds which occurs entirely outside of the United States.  In the same manner, this Court should be consistent and permit the payment of the Euro-denominated bonds.

Dated:  New York, New York
       June 30, 2014

                                    Respectfully submitted,

                                    WOLLMUTH MAHER & DEUTSCH LLP

                                    By:  /s/ William F. Dahill
                                         William F. Dahill
                                         Vincent T. Chang
                                         Alexis H. Castillo

                                  500 Fifth Avenue
                                  New York, New York 10110

                                  *Attorneys for Fintech Advisory Inc.*