**Christopher J. Clark**
Direct Dial: (212) 906-1350
Christopher.clark2@lw.com

53rd at Third
885 Third Avenue
New York, New York  10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Milan |
| Barcelona | Moscow |
| Beijing | Munich |
| Boston | New Jersey |
| Brussels | New York |
| Chicago | Orange County |
| Doha | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

July 2, 2014

**VIA HAND AND ECF**

Honorable Thomas P. Griesa
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re:   *NML Capital, Ltd. v. Republic of Argentina*, 08 Civ. 6978 (TPG) and related cases

Dear Judge Griesa:

This firm represents non-parties Euro Bondholders in connection with the above-captioned cases, and I write in regard to the Euro Bondholders' emergency motion for clarification (the "Motion"), filed on June 29, 2014.  At the direction of the Court, we have reached an agreement with plaintiffs regarding an expedited briefing schedule for the Motion.  Plaintiffs' opposition briefs will be filed on July 10, 2014, and reply briefs will be filed on July 17, 2014.  We understand that your Honor is on vacation during the month of July but may be amenable to hearing the Motion during that time, therefore we respectfully request a hearing on the Motion on July 21, 2014, or as soon thereafter as counsel may be heard.  We also understand the Court is aware that the grace period for Argentina to make the June 30th interest payments ends on July 30, 2014, and we appreciate the Court's consideration in that regard.

Respectfully,

 /s/ Christopher J. Clark

Christopher J. Clark
of LATHAM & WATKINS LLP

cc:   All counsel of record (via ECF)