**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

Matthew D. McGill
Direct: +1 202.887.3680
Fax: +1 202.530.9662
MMcGill@gibsondunn.com

July 10, 2014

**VIA ECF**

The Honorable Thomas P. Griesa
U.S. District Court for the Southern District of New York
United States Courthouse
500 Pearl St., Room 1630
New York, NY 10007-1312

>   Re:   *NML Capital, Ltd.* v. *Republic of Argentina*, Nos. 08 Civ. 6978 (TPG), 09 Civ. 1707 (TPG), 09 Civ. 1708 (TPG); and related cases

Dear Judge Griesa,

We write on behalf of plaintiffs in the above-referenced actions in regard to the briefing schedule for the Euro Bondholders' emergency motion for clarification, filed on June 29, 2014, and for Euroclear Bank SA/NV's joinder of that motion, filed on July 9, 2014. In light of Euroclear's filing yesterday, plaintiffs, the Euro Bondholders, and Euroclear have agreed to adjust the briefing schedule as follows: plaintiffs' opposition briefs will now be filed on July 14, 2014, and the Euro Bondholders' and Euroclear's reply briefs will now be filed on July 21, 2014.

Respectfully,

/s/ Matthew D. McGill
Matthew D. McGill


cc:   All counsel of record (via ECF)

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Hong Kong • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.