```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- x
NML CAPITAL, LTD.,                                         :
                                                           :   08 Civ. 6978 (TPG)
                    Plaintiff,                             :   09 Civ. 1707 (TPG)
                                                           :   09 Civ. 1708 (TPG)
          v.                                               :
                                                           :
THE REPUBLIC OF ARGENTINA,                                 :
                                                           :
                    Defendant.                             :
---------------------------------------------------------- x
                                                           :
AURELIUS CAPITAL MASTER, LTD. and                          :
ACP MASTER, LTD.,                                          :   09 Civ. 8757 (TPG)
                                                           :   09 Civ. 10620 (TPG)
                    Plaintiffs,                            :
                                                           :
          v.                                               :
                                                           :
THE REPUBLIC OF ARGENTINA,                                 :
                                                           :
                    Defendant.                             :
                                                           :
---------------------------------------------------------- x
                                                           :
AURELIUS OPPORTUNITIES FUND II, LLC                        :
and AURELIUS CAPITAL MASTER, LTD.,                         :   10 Civ. 1602 (TPG)
                                                           :   10 Civ. 3507 (TPG)
                    Plaintiffs,                            :
                                                           :
          v.                                               :
                                                           :
THE REPUBLIC OF ARGENTINA,                                 :
                                                           :
                    Defendant.                             :
                                                           :   (captions continued on next page)
---------------------------------------------------------- x
```

**PLAINTIFFS' NOTICE OF MOTION
FOR PARTIAL RECONSIDERATION OF THE
JUNE 27, 2014 ORDER GRANTING CITIBANK, N.A.'S
MOTION FOR CLARIFICATION OR MODIFICATION**

2961906.1

```
------------------------------------------------------ x
AURELIUS CAPITAL MASTER, LTD. and                      :
AURELIUS OPPORTUNITIES FUND II, LLC,                   :   10 Civ. 3970 (TPG)
                                                       :   10 Civ. 8339 (TPG)
                        Plaintiffs,                    :
                                                       :
            v.                                         :
                                                       :
THE REPUBLIC OF ARGENTINA,                             :
                                                       :
                        Defendant.                     :
------------------------------------------------------ x
BLUE ANGEL CAPITAL I LLC,                              :
                                                       :
                        Plaintiff,                     :   10 Civ. 4101 (TPG)
                                                       :   10 Civ. 4782 (TPG)
            v.                                         :
                                                       :
THE REPUBLIC OF ARGENTINA,                             :
                                                       :
                        Defendant.                     :
------------------------------------------------------ x
OLIFANT FUND, LTD.,                                    :
                                                       :
                        Plaintiff,                     :   10 Civ. 9587 (TPG)
                                                       :
            v.                                         :
                                                       :
THE REPUBLIC OF ARGENTINA,                             :
                                                       :
                        Defendant.                     :
------------------------------------------------------ x
PABLO ALBERTO VARELA, et al.,                          :
                                                       :
                        Plaintiff,                     :   10 Civ. 5338 (TPG)
                                                       :
            v.                                         :
                                                       :
THE REPUBLIC OF ARGENTINA,                             :
                                                       :
                        Defendant.                     :
------------------------------------------------------ x
```

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law and all prior proceedings herein, plaintiffs NML Capital, Ltd., Aurelius Capital Master, Ltd., Aurelius Opportunities Fund II, LLC, ACP Master, Ltd., Blue Angel Capital I LLC, Olifant Fund, Ltd., and Pablo Alberto Varela, et al. will move, pursuant to Rule 6.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, before the Honorable Thomas P. Griesa, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, NY 10007, at a date and time to be determined by the Court, for an Order: (1) granting partial reconsideration of the order issued by the Court on June 27, 2014, which granted the motion of Citibank, N.A. ("Citibank") for clarification or modification (the "Citibank Order"); (2) upon reconsideration, limiting the clarification issued by the Court to the Argentine law peso-denominated bonds, and not to the Argentine law U.S. dollar-denominated bonds; and (3) granting such other and further relief as shall be just and proper.

Dated:     July 10, 2014
           New York, New York

FRIEDMAN KAPLAN SEILER &
ADELMAN LLP

By: _____ /CEE
    Edward A. Friedman (efriedman@fklaw.com)
    Daniel B. Rapport (drapport@fklaw.com)
    Charles E. Enloe (cenloe@fklaw.com)

    7 Times Square
    New York, New York  10036
    (212) 833-1100

*Attorneys for Plaintiffs Aurelius Capital Master, Ltd.,
Aurelius Opportunities Fund II, LLC, ACP Master, Ltd.,
and Blue Angel Capital I LLC*

2961906.1

QUINN EMANUAL URQUART & SULLIVAN, LLP

By: Kevin S. Reed
(kevinreed@quinnemanuel.com)

51 Madison Avenue, 22nd Floor
New York, New York  10010
(212) 849-7000

*Attorneys for Plaintiff NML Capital, Ltd.*

MILBERG LLP

By: Michael C. Spencer
(mspencer@milberg.com)

One Pennsylvania Plaza
New York, New York  10119
(212) 594-5300

*Attorneys for Plaintiffs
Pablo Alberto Varela, et al.*

SIMON LESSER PC

By: Leonard F. Lesser
(llesser@simonlesser.com)

355 Lexington Avenue, 10th Floor
New York, New York 10017
(212) 599-5455

*Attorneys for Plaintiff Olifant Fund, Ltd.*

2961906.1