**Christopher J. Clark**
Direct Dial: (212) 906-1350
Christopher.clark2@lw.com

53rd at Third
885 Third Avenue
New York, New York  10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Milan |
| Barcelona | Moscow |
| Beijing | Munich |
| Boston | New Jersey |
| Brussels | New York |
| Chicago | Orange County |
| Doha | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

July 14, 2014

**VIA HAND AND ECF**

Honorable Thomas P. Griesa
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl St.
New York, New York 10007-1312

Re:   *NML Capital, Ltd. v. Republic of Argentina*, 08 Civ. 6978 (TPG) and related cases

Dear Judge Griesa:

This firm represents non-parties Euro Bondholders in connection with the above-captioned cases, and I write in regard to the briefing schedule for the Euro Bondholders' emergency motion for clarification, filed on June 29, 2014, and for Euroclear Bank SA/NV's joinder of that motion, filed July 9, 2014.  Today, the Euro Bondholders filed a corrected memorandum of law in support of their motion for clarification.  The Euro Bondholders, Euroclear, and plaintiffs have agreed to adjust the briefing schedule as follows: plaintiffs' opposition briefs will now be filed on July 18, 2014, and the Euro Bondholders' and Euroclear's reply briefs will now be filed on July 25, 2014.

Respectfully,

 /s/ Christopher J. Clark

Christopher J. Clark
of LATHAM & WATKINS LLP

cc:   All counsel of record (via ECF)