UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
:
NML CAPITAL, LTD.,                              :
                        Plaintiff,              :
                                                :   08 Civ. 6978 (TPG)
        – against –                             :   09 Civ. 1707 (TPG)
                                                :   09 Civ. 1708 (TPG)
THE REPUBLIC OF ARGENTINA,                      :
                                                :
                        Defendant.              :
                                                :
------------------------------------------------x
                                                :
AURELIUS CAPITAL MASTER, LTD. and               :
ACP MASTER, LTD.,                               :
                                                :
                                                :   09 Civ. 8757 (TPG)
                        Plaintiffs,             :   09 Civ. 10620 (TPG)
                                                :
        – against –                             :
                                                :
THE REPUBLIC OF ARGENTINA,                      :
                                                :
                        Defendant.              :
                                                :
------------------------------------------------x
                                                :
AURELIUS OPPORTUNITIES FUND II,                 :
LLC and AURELIUS CAPITAL MASTER,                :
LTD.,                                           :   10 Civ. 1602 (TPG)
                                                :   10 Civ. 3507 (TPG)
                        Plaintiffs,             :   10 Civ. 3970 (TPG)
                                                :   10 Civ. 8339 (TPG)
        – against –                             :
                                                :
                                                :
THE REPUBLIC OF ARGENTINA,                      :
                                                :   **(captions continued on
                        Defendant.              :       next page)**
                                                :
------------------------------------------------x

1

```
------------------------------------------------x
                                                :
BLUE ANGEL CAPITAL I LLC,                       :
                                                :
                        Plaintiff,              :    10 Civ. 4101 (TPG)
                                                :    10 Civ. 4782 (TPG)
             – against –                        :
                                                :
THE REPUBLIC OF ARGENTINA,                      :
                                                :
                        Defendant.              :
                                                :
------------------------------------------------x
                                                :
OLIFANT FUND, LTD.,                             :
                                                :
                        Plaintiff,              :    10 Civ. 9587 (TPG)
                                                :
             – against –                        :
                                                :
                                                :
THE REPUBLIC OF ARGENTINA,                      :
                                                :
                        Defendant.              :
                                                :
------------------------------------------------x
                                                :
PABLO ALBERTO VARELA, et al.,                   :
                                                :
                        Plaintiffs,             :    10 Civ. 5338 (TPG)
                                                :
             – against –                        :
                                                :
                                                :
THE REPUBLIC OF ARGENTINA,                      :
                                                :
                        Defendant.              :
                                                :
------------------------------------------------x
```

## ORDER

The court will hold a hearing on July 22, 2014 at 10:30am to consider the following motions, as docketed in No. 08 Civ. 6978:

- Motion for clarification filed by Euro Bondholders (Doc. No. 543)
- Motion for clarification filed by Euroclear Bank SA/NV (Doc. No. 553)
- Motion for clarification filed by Clearstream Banking S.A. (Doc. No. 564)
- Motion for clarification filed by Bank of New York Mellon (Doc. No. 577)
- Motion for partial reconsideration filed by NML Capital, Ltd., et al. (Doc. No. 585)
- Letter motion for clarification filed by JPMorgan Chase Bank, N.A. (not docketed)

The court will consider any briefing on these motions submitted by July 21, 2014 at 2:00pm.

SO ORDERED.

Dated: New York, New York
July 16, 2014

Thomas P. Griesa
U. S. District Judge