UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
NML CAPITAL, LTD.,                                                :
                                                                  :
                      Plaintiff,            :     08 Civ. 6978 (TPG)
                                                                  :
                 v.                                       :
                                                                  :     **NOTICE OF APPEAL**
THE REPUBLIC OF ARGENTINA,                                        :
                                                                  :
                     Defendant.            :
                                                                  :
------------------------------------------------------------------X

        Notice is hereby given that the Republic of Argentina (the "Republic"), defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Order entered in this action on June 20, 2014 granting plaintiffs' request for injunctive relief.

Dated: New York, New York
       July 21, 2014

                                    CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                    By: /s/ Carmine D. Boccuzzi
                                        Jonathan I. Blackman (jblackman@cgsh.com)
                                        Carmine D. Boccuzzi (cboccuzzi@cgsh.com)

                                    One Liberty Plaza
                                   New York, New York 10006
                                   (212) 225-2000

                                   Attorneys for the Republic of Argentina

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
                                                        :
NML CAPITAL, LTD.,                                      :     08 Civ. 6978 (TPG)
                                                        :     09 Civ. 1707 (TPG)
          Plaintiff,                                    :     09 Civ. 1708 (TPG)
                                                        :
v.                                                      :
                                                        :
THE REPUBLIC OF ARGENTINA,                              :
                                                        :
          Defendant.                                    :
                                                        :
------------------------------------------------------- x
                                                        :
AURELIUS CAPITAL MASTER, LTD. and                       :
ACP MASTER, LTD.,                                       :     09 Civ. 8757 (TPG)
                                                        :     09 Civ. 10620 (TPG)
          Plaintiffs,                                   :
                                                        :
v.                                                      :
                                                        :
THE REPUBLIC OF ARGENTINA,                              :
                                                        :
          Defendant.                                    :
                                                        :
------------------------------------------------------- x
                                                        :
AURELIUS OPPORTUNITIES FUND II, LLC                     :
and AURELIUS CAPITAL MASTER, LTD.,                      :     10 Civ. 1602 (TPG)
                                                        :     10 Civ. 3507 (TPG)
          Plaintiffs,                                   :
                                                        :
v.                                                      :
                                                        :
THE REPUBLIC OF ARGENTINA,                              :
                                                        :
          Defendant.                                    :     (captions continued on next page)
                                                        :
------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/14

**ORDER**

```
------------------------------------------------  :
AURELIUS CAPITAL MASTER, LTD. and                 :
AURELIUS OPPORTUNITIES FUND II,                   :  10 Civ. 3970 (TPG)
LLC,                                              :  10 Civ. 8339 (TPG)
                                                  :
        Plaintiffs,                               :
                                                  :
v.                                                :
                                                  :
THE REPUBLIC OF ARGENTINA,                        :
                                                  :
        Defendant.                                :
------------------------------------------------  x
BLUE ANGEL CAPITAL I LLC,                         :
                                                  :
        Plaintiff,                                :  10 Civ. 4101 (TPG)
                                                  :  10 Civ. 4782 (TPG)
v.                                                :
                                                  :
THE REPUBLIC OF ARGENTINA,                        :
                                                  :
        Defendant.                                :
------------------------------------------------  x
OLIFANT FUND, LTD.,                               :
                                                  :
        Plaintiff,                                :  10 Civ. 9587 (TPG)
                                                  :
v.                                                :
                                                  :
THE REPUBLIC OF ARGENTINA,                        :
                                                  :
        Defendant.                                :
------------------------------------------------  x
PABLO ALBERTO VARELA, et al.,                     :
                                                  :
        Plaintiff,                                :  10 Civ. 5338 (TPG)
                                                  :
v.                                                :
                                                  :
THE REPUBLIC OF ARGENTINA,                        :
                                                  :
        Defendant.                                :
------------------------------------------------  x
```

1. In his June 17, 2014 speech, Argentina's Economy Minister Axel Kicillof proposed that Argentina initiate steps to carry out a debt exchange to pay the exchange bondholders in Argentina under Argentine law.

2. This court rules that the above proposal of the Economy Minister is in violation of the rulings and procedures now in place in the Southern District of New York, and the Republic of Argentina is prohibited from carrying out the proposal of the Economy Minister.

SO ORDERED.

Dated:   New York, New York
         June 20, 2014

_____
Thomas P. Griesa
United States District Judge