## Greenfield Stein & Senior, LLP
### Attorneys at Law
### 600 Third Avenue, New York, N.Y. 10016
### www.gss-law.com

ANNE BEDERKA
COLLEEN F. CAREW
HARVEY E. CORN
GARY B. FREIDMAN
ALAN E. KATZ
CHARLES T. SCOTT
NORMAN A. SENIOR
PAUL T. SHOEMAKER
KENNETH L. STEIN

COUNSEL
ALAN C. ROTHFELD

TEL: (212) 818-9600
FAX: (212) 818-1264

E-MAIL: PSHOEMAKER@GSS-LAW.COM

July 25, 2014

**VIA ECF**

Honorable Thomas P. Griesa
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    *NML Capital, Ltd. v. Republic of Argentina*, 08 Civ. 6978 (TPG)
                and related cases
                Our File No.: 9750-1

Dear Judge Griesa:

       This firm represents non-party Euroclear Bank SA/NV in connection with the above-captioned cases. I am writing in order to correct a misstatement contained in the Reply Declaration of Fabien Debarre dated July 21, 2014.

       In Paragraph 11 of the Reply Declaration, Mr. Debarre described the payment process for the Argentine Law Bonds. With respect to the U.S. dollar ("USD") denominated in Argentine Law Bonds, he stated that Euroclear Bank's cash account with Citibank, N.A., New York is credited with the funds (USD) related to the Argentine Law Bonds which are held by Citibank, Argentina.

       It has come to our attention, however, based on review of the relevant records, that Euroclear Bank's cash account in New York which is credited with the funds (USD) related to the Argentine Law Bonds is in fact maintained with JPMorgan Chase Bank, N.A., not with Citibank, N.A.

Respectfully,

Paul T. Shoemaker

Paul T. Shoemaker

PTS:rmk

cc: All counsel of record (via ECF)