UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NML CAPITAL, LTD.,<br><br>                                    Plaintiff,<br>    -against-<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                                  Defendant. | 08 Civ. 6978 (TPG)<br>09 Civ. 1707 (TPG)<br>09 Civ. 1708 (TPG) |
| AURELIUS CAPITAL MASTER, LTD. And<br>ACP MASTER, LTD.,<br><br>                                  Plaintiffs,<br>    -against-<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                                  Defendant. | 09 Civ. 8757 (TPG)<br>09 Civ. 10620 (TPG) |
| AURELIUS OPPORTUNITIES FUND II, LLC<br>and AURELIUS CAPITAL MASTER, LTD.,<br><br>                                  Plaintiffs,<br>    -against-<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                                  Defendant. | 10 Civ. 1602 (TPG)<br>10 Civ. 3507 (TPG)<br>10 Civ. 3970 (TPG)<br>10 Civ. 8339 (TPG)<br><br>*(captions continue on following page)* |

**NOTICE OF EMERGENCY MOTION FOR STAY**

| | |
|---|---|
| BLUE ANGEL CAPITAL I LLC,<br><br>         Plaintiff,<br><br> -against-<br><br>THE REPUBLIC OF ARGENTINA,<br><br>         Defendant. | 10 Civ. 4101 (TPG)<br>10 Civ. 4782 (TPG) |
| OLIFANT FUND, LTD.,<br><br>         Plaintiff,<br><br> -against-<br><br>THE REPUBLIC OF ARGENTINA,<br><br>         Defendant. | 10 Civ. 9587 (TPG) |
| PABLO ALBERTO VARELA, et al.,<br>         Plaintiff,<br><br> -against-<br><br>THE REPUBLIC OF ARGENTINA,<br><br>         Defendant. | 10 Civ. 5338 (TPG) |

PLEASE TAKE NOTICE that upon the annexed Declaration of Christopher J. Clark, dated July 29, 2014, and the attached exhibits, and the accompanying Memorandum of Law, interested non-parties Euro Bondholders,[1] will move this Court, before the Honorable Thomas P. Griesa, in Courtroom 26B of the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an order staying this Court's November 21, 2012 orders, and for such other relief as the Court deems just and proper.

Dated: July 29, 2014
New York, New York

    Respectfully submitted,

    LATHAM & WATKINS LLP

    By  /s/ Christopher J. Clark

    Christopher J. Clark
    Craig A. Batchelor
    885 Third Avenue
    New York, New York 10022
    Tel: (212) 906-1200

    *Attorneys for Non-Parties Euro Bondholders*

---

[1] The Euro Bondholders are Knighthead Capital Management, LLC, Redwood Capital Management, LLC, Perry Capital LLC, VR Global Partners, LP, Monarch Master Funding 2 (Luxembourg) S.à r.l., QVT Financial LP, and Centerbridge Partners LP (each on behalf of itself or one or more investment funds or accounts managed or advised by it).