UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NML CAPITAL, LTD.,

                 Plaintiff,

                 v.

THE REPUBLIC OF ARGENTINA,

                 Defendant.
------------------------------------------------------------------X

08 Civ. 6978 (TPG)

**NOTICE OF APPEAL**

        Notice is hereby given that the Republic of Argentina ("Republic"), defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Order entered in this action on July 28, 2014 to the extent the district court ruled that the injunctions entered on November 21, 2012 and affirmed by the Second Circuit in *NML Capital, Ltd. v. Republic of Argentina*, 727 F.3d 230 (2d Cir. 2013) (the "Injunctions"), now enjoin payments due after July 30, 2014 on U.S. dollar-denominated bonds governed by Argentine law and payable in Argentina if the Republic does not make a "ratable payment" to plaintiffs, thereby granting in part plaintiffs' motion for partial reconsideration of the order dated June 27, 2014 that had granted Citibank N.A.'s motion to clarify or modify the Injunctions.

Dated: New York, New York
July 29, 2014

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

        By: /s/ Carmine D. Boccuzzi
            Jonathan I. Blackman (jblackman@cgsh.com)
            Carmine D. Boccuzzi (cboccuzzi@cgsh.com)

        One Liberty Plaza
        New York, New York 10006
        (212) 225-2000

        Attorneys for the Republic of Argentina

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
:
NML CAPITAL, LTD.,                              :
     Plaintiff,       :
                 :  08 Civ. 6978 (TPG)
  – against –                         :  09 Civ. 1707 (TPG)
                 :  09 Civ. 1708 (TPG)
THE REPUBLIC OF ARGENTINA,                      :
                 :
     Defendant.      :
                 :
------------------------------------------------x
:
AURELIUS CAPITAL MASTER, LTD. and               :
ACP MASTER, LTD.,                               :
                 :  09 Civ. 8757 (TPG)
     Plaintiffs,     :  09 Civ. 10620 (TPG)
                 :
  – against –                         :
                 :
THE REPUBLIC OF ARGENTINA,                      :
                 :
     Defendant.      :
                 :
------------------------------------------------x
:
AURELIUS OPPORTUNITIES FUND II,                 :
LLC and AURELIUS CAPITAL MASTER,                :
LTD.,                                           :  10 Civ. 1602 (TPG)
                 :  10 Civ. 3507 (TPG)
     Plaintiffs,     :  10 Civ. 3970 (TPG)
                 :  10 Civ. 8339 (TPG)
  – against –                         :
                 :
THE REPUBLIC OF ARGENTINA,                      :
                 :  **(captions continued on**
     Defendant.      :  **next page)**
                 :
------------------------------------------------x

```
------------------------------------------x
                                          :
BLUE ANGEL CAPITAL I LLC,                 :
                                          :
                    Plaintiff,            :     10 Civ. 4101 (TPG)
                                          :     10 Civ. 4782 (TPG)
        - against -                       :
                                          :
THE REPUBLIC OF ARGENTINA,                :
                                          :
                    Defendant.            :
                                          :
------------------------------------------x
                                          :
OLIFANT FUND, LTD.,                       :
                                          :
                    Plaintiff,            :     10 Civ. 9587 (TPG)
                                          :
        - against -                       :
                                          :
                                          :
THE REPUBLIC OF ARGENTINA,                :
                                          :
                    Defendant.            :
                                          :
------------------------------------------x
                                          :
PABLO ALBERTO VARELA, et al.,             :
                                          :
                    Plaintiffs,           :     10 Civ. 5338 (TPG)
                                          :
        - against -                       :
                                          :
                                          :
THE REPUBLIC OF ARGENTINA,                :
                                          :
                    Defendant.            :
                                          :
------------------------------------------x
```

## ORDER

Before the court is plaintiffs' motion for partial reconsideration of the June 27, 2014 order granting Citibank, N.A.'s ("Citibank") motion for clarification (the "Citibank order"). At the hearing held on July 22, 2014, the parties raised—for the first time—new information regarding the exchange bonds paid through Citibank Argentina. Accordingly, the court reserved judgment on plaintiffs' motion. After the hearing, Citibank and the parties brought additional information to the court's attention. That information is as follows.

By letter dated July 23, 2014, Citibank advised the court that the Republic of Argentina (the "Republic") issued bonds pursuant to a settlement with Repsol YPF, S.A. in an unrelated case (the "Repsol bonds"), which have the same International Securities Identification Number ("ISIN") as the dollar-denominated exchange bonds paid through Citibank. That ISIN number is ARARGE03E113. As a result, Citibank cannot distinguish between the Repsol bonds and the dollar-denominated exchange bonds. In other words, the court cannot enjoin payment on the dollar-denominated exchange bonds without also upsetting the Repsol settlement.

Unfortunately, because of the July 30, 2014 expiration of the grace period, this issue demands the court's immediate attention. Accordingly, the court states the following.

3

The court does not wish to upset the settlement with Repsol. For this reason only, the court denies plaintiffs' motion for partial reconsideration at this time. Citibank may make payment on the interest due on the Repsol bonds and on both the peso- and dollar-denominated exchange bonds described in the Citibank order.

However, the court will only allow this one-time payment on the dollar-denominated exchange bonds. After July 30, 2014, the court will rescind the Citibank order with regard to the dollar-denominated exchange bonds. To avoid future confusion, the parties are directed to devise a way to distinguish between the Repsol bonds and the exchange bonds before the next interest payment is due.

SO ORDERED.

Dated: New York, New York
      July 28, 2014

/s/ Thomas P. Griesa
Thomas P. Griesa
U. S. District Judge
