UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
: 
NML CAPITAL, LTD., :
         Plaintiff, : No. 08 Civ. 6978 (TPG)
  - against - : No. 09 Civ. 1707 (TPG)
THE REPUBLIC OF ARGENTINA, : No. 09 Civ. 1708 (TPG)
         Defendant. :
------------------------------------- x
:
AURELIUS CAPITAL MASTER, LTD. and :
ACP MASTER, LTD., :
         Plaintiffs, : No. 09 Civ. 8757 (TPG)
  - against - : No. 09 Civ. 10620 (TPG)
THE REPUBLIC OF ARGENTINA, :
         Defendant. :
------------------------------------- x
:
AURELIUS OPPORTUNITIES FUND II, LLC :
and AURELIUS CAPITAL MASTER, LTD., :
         Plaintiffs, : No. 10 Civ. 1602 (TPG)
  - against - : No. 10 Civ. 3507 (TPG)
THE REPUBLIC OF ARGENTINA, : No. 10 Civ. 3970 (TPG)
         Defendant. : No. 10 Civ. 8339 (TPG)
------------------------------------- x
:
BLUE ANGEL CAPITAL I LLC, :
         Plaintiff, : No. 10 Civ. 4101 (TPG)
  - against - : No. 10 Civ. 4782 (TPG)
THE REPUBLIC OF ARGENTINA, :
         Defendant. :
------------------------------------- x *(captions continue on following page)*


## **NOTICE OF APPEAL**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
OLIFANT FUND, LTD.,                                              :
                    Plaintiff,                                   :
         - against -                                             :   No. 10 Civ. 9587 (TPG)
THE REPUBLIC OF ARGENTINA,                                       :
                    Defendant.                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
PABLO ALBERTO VARELA, et al.,                                    :
                    Plaintiffs,                                  :
         - against -                                             :   No. 10 Civ. 5338 (TPG)
THE REPUBLIC OF ARGENTINA,                                       :
                    Defendant.                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

Notice is hereby given that Citibank, N.A. ("Citibank"), interested non-party, hereby appeals to the United States Court of Appeals for the Second Circuit from the Order entered in the above-captioned actions on July 28, 2014 (the "July 28 Order"), to the extent that the district court in the July 28 Order ruled that the injunctions entered on November 21 and 26, 2012, and affirmed by the Second Circuit in *NML Capital, Ltd. v. Republic of Argentina*, 727 F.3d 230 (2d Cir. 2013) (the "Injunctions"), now effectively enjoin Citibank's Argentine branch from making payments to customers for whom it acts as custodian in Argentina on U.S. Dollar-denominated bonds—issued by the Republic of Argentina, governed by Argentine law, and payable in Argentina—if the Republic does not make a "ratable payment" to plaintiffs, thereby granting in part plaintiffs' motion for partial reconsideration of the order dated June 27, 2014, that had granted Citibank N.A.'s motion to clarify the Injunctions.

Dated: New York, New York
July 29, 2014

        DAVIS POLK & WARDWELL LLP

By:   /s/ Karen E. Wagner
       Karen E. Wagner

450 Lexington Avenue
New York, New York 10017
(212) 450-4000
karen.wagner@davispolk.com

*Attorneys for Citibank, N.A.*