UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

NML CAPITAL, LTD.,

           Plaintiff,

    – against –

THE REPUBLIC OF ARGENTINA,

           Defendant.

08 Civ. 6978 (TPG)
09 Civ. 1707 (TPG)
09 Civ. 1708 (TPG)

------------------------------------------------x

AURELIUS CAPITAL MASTER, LTD. and
ACP MASTER, LTD.,

           Plaintiffs,

    – against –

THE REPUBLIC OF ARGENTINA,

           Defendant.

09 Civ. 8757 (TPG)
09 Civ. 10620 (TPG)

------------------------------------------------x

AURELIUS OPPORTUNITIES FUND II,
LLC and AURELIUS CAPITAL MASTER,
LTD.,

           Plaintiffs,

    – against –

THE REPUBLIC OF ARGENTINA,

           Defendant.

10 Civ. 1602 (TPG)
10 Civ. 3507 (TPG)
10 Civ. 3970 (TPG)
10 Civ. 8339 (TPG)

**(captions continued on next page)**

------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/2014

```
------------------------------------------------x
                                                :
BLUE ANGEL CAPITAL I LLC,                       :
                                                :
                          Plaintiff,            :    10 Civ. 4101 (TPG)
                                                :    10 Civ. 4782 (TPG)
              – against –                       :
                                                :
THE REPUBLIC OF ARGENTINA,                      :
                                                :
                          Defendant.            :
                                                :
------------------------------------------------x
                                                :
OLIFANT FUND, LTD.,                             :
                                                :
                          Plaintiff,            :    10 Civ. 9587 (TPG)
                                                :
              – against –                       :
                                                :
                                                :
THE REPUBLIC OF ARGENTINA,                      :
                                                :
                          Defendant.            :
                                                :
------------------------------------------------x
                                                :
PABLO ALBERTO VARELA, et al.,                   :
                                                :
                          Plaintiffs,           :    10 Civ. 5338 (TPG)
                                                :
              – against –                       :
                                                :
THE REPUBLIC OF ARGENTINA,                      :
                                                :
                          Defendant.            :
                                                :
------------------------------------------------x
```

## **ORDER**

The court will hold a hearing regarding recent statements made by the Republic of Argentina on Friday, August 8, 2014 at 3pm.

SO ORDERED.

Dated:  New York, New York
        August 7, 2014

*Thomas P. Griesa*
Thomas P. Griesa
U. S. District Judge