# CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC · PARIS · BRUSSELS · LONDON · MOSCOW
FRANKFURT · COLOGNE · ROME · MILAN · HONG KONG
BEIJING · BUENOS AIRES · SÃO PAULO · ABU DHABI · SEOUL

Writer's Direct Dial  +1 212 225 2490
E-Mail  jblackman@cgsh.com

LAURENT ALPERT, VICTOR I LEWKOW, LESLIE N SILVERMAN, ROBERT L TORTORIELLO, LEE C BUCHHEIT, JAMES M PEASLEE, ALAN L BELLER, THOMAS J MOLONEY, JONATHAN I BLACKMAN, MICHAEL L RYAN, ROBERT P DAVIS, YARON Z REICH, RICHARD S LINCER, JAIME A EL KOURY, STEVEN G HOROWITZ, JAMES A DUNCAN, STEVEN M LOEB, DONALD A STERN, CRAIG B BROD, MITCHELL A LOWENTHAL, EDWARD J ROSEN, LAWRENCE B FRIEDMAN, NICOLAS GRABAR, CHRISTOPHER E AUSTIN, SETH GROSSHANDLER, WILLIAM A GROLL, HOWARD S ZELBO, DAVID E BRODSKY, MICHAEL R LAZERWITZ, ARTHUR H KOHN, RICHARD J COOPER, JEFFREY S LEWIS, FILIP MOERMAN, PAUL J SHIM, STEVEN L WILNER, ERIKA W NIJENHUIS, LINDSEE P GRANFIELD, ANDRES DE LA CRUZ, DAVID C LOPEZ, CARMEN A CORRALES, JAMES L BROMLEY, MICHAEL A GERSTENZANG, LEWIS J LIMAN, LEV L DASSIN, NEIL Q WHORISKEY, JORGE U JUANTORENA, MICHAEL D WEINBERGER, DAVID LEINWAND, JEFFREY A ROSENTHAL, ETHAN A KLINGSBERG, MICHAEL J VOLKOVITSCH, MICHAEL D DAYAN, CARMINE D BOCCUZZI, JR, JEFFREY D KARPF, KIMBERLY BROWN BLACKLOW, ROBERT J RAYMOND, LEONARD C JACOBY, SANDRA L FLOW, FRANCISCO L CESTERO, FRANCESCA L ODELL, WILLIAM L MCRAE, JASON FACTOR, MARGARET S PEPONIS, LISA M SCHWEITZER, JUAN G GIRÁLDEZ, DUANE MCLAUGHLIN, BREON S PEACE, MEREDITH E KOTLER, CHANTAL E KORDULA, BENET J O'REILLY, DAVID AMAN, ADAM E FLEISHER, SEAN A O'NEAL, GLENN P MCGRORY, MATTHEW P SALERNO, MICHAEL J ALBANO, VICTOR L HOU, ROGER A COOPER, AMY R SHAPIRO, JENNIFER KENNEDY PARK, ELIZABETH LENAS, LUKE A BAREFOOT, PAMELA L MARCOGLIESE, PAUL M TIGER, JONATHAN S KOLODNER, RESIDENT PARTNERS

SANDRA M ROCKS, S DOUGLAS BORISKY, JUDITH KASSEL, DAVID E WEBB, PENELOPE L CHRISTOPHOROU, BOAZ S MORAG, MARY E ALCOCK, DAVID H HERRINGTON, HEIDE H ILGENFRITZ, HUGH C CONROY JR, KATHLEEN M EMBERGER, WALLACE L LARSON JR, JAMES D SMALL, AVRAM E LUFT, DANIEL ILAN, ANDREW WEAVER, HELENA K GRANNIS, GRANT M BINDER, MEYER H FEDIDA, CAROLINE F HAYDAY, JOHN V HARRISON, RESIDENT COUNSEL

LOUISE M PARENT
OF COUNSEL

August 13, 2014

BY HAND

The Honorable Thomas P. Griesa
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street - Room 1630
New York, New York 10007

    Re: *NML Capital, Ltd. v. Republic of Argentina*, Nos. 08 Civ. 6978 (TPG), 09 Civ. 1707 (TPG) and 09 Civ. 1708 (TPG); and related cases

Dear Judge Griesa:

    I write to request that the Court endorse by this Thursday the enclosed proposed order, which we have also sent via e-mail to the Orders Clerk. *See* Exhibit A. The proposed order adds to the above-captioned dockets letters submitted to the Court that are relevant to the July 28, 2014 Order, which the Republic of Argentina and Citibank, N.A. have appealed and have asked the Second Circuit to review on an expedited basis, with opening briefs and the Joint Appendix due this Friday, August 15, 2014. The proposed order also adds documents filed in a subset of the *pari passu* cases to the dockets of the other *pari passu* cases to which they apply.

    Adding these items to the dockets will ensure that the Second Circuit has a complete record of the proceedings relating to the July 28 Order. Notwithstanding the Court's practice in this litigation of routinely granting such administrative requests, *see* Exhibit B (Nov. 20, 2013 Docketing Order), counsel for plaintiffs declined without explanation to consent to

entry of the proposed order.

Respectfully submitted,

Jonathan I. Blackman

Enclosures

cc:   Counsel of Record (by e-mail)

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
NML CAPITAL, LTD., : 08 Civ. 6978 (TPG)
: 09 Civ. 1707 (TPG)
Plaintiff, : 09 Civ. 1708 (TPG)
v. :
THE REPUBLIC OF ARGENTINA, :
Defendant. :
------------------------------------------------------- x
AURELIUS CAPITAL MASTER, LTD. and :
ACP MASTER, LTD., : 09 Civ. 8757 (TPG)
: 09 Civ. 10620 (TPG)
Plaintiffs, :
v. :
THE REPUBLIC OF ARGENTINA, :
Defendant. :
------------------------------------------------------- x
AURELIUS OPPORTUNITIES FUND II, LLC :
and AURELIUS CAPITAL MASTER, LTD., : 10 Civ. 1602 (TPG)
: 10 Civ. 3507 (TPG)
Plaintiffs, : 10 Civ. 3970 (TPG)
: 10 Civ. 8339 (TPG)
v. :
THE REPUBLIC OF ARGENTINA, :
Defendant. :
------------------------------------------------------- x

```
------------------------------------------------------- x
BLUE ANGEL CAPITAL I LLC,                               :
                                                        :   10 Civ. 4101 (TPG)
                Plaintiff,                              :   10 Civ. 4782 (TPG)
                                                        :
        v.                                              :
                                                        :
THE REPUBLIC OF ARGENTINA,                              :
                                                        :
                Defendant.                              :
------------------------------------------------------- x
OLIFANT FUND, LTD.,                                     :
                                                        :
                Plaintiff,                              :   10 Civ. 9587 (TPG)
                                                        :
        v.                                              :
                                                        :
THE REPUBLIC OF ARGENTINA,                              :
                                                        :
                Defendant.                              :
------------------------------------------------------- x
PABLO ALBERTO VARELA, et al.,                           :
                                                        :
                Plaintiff,                              :   10 Civ. 5338 (TPG)
                                                        :
        v.                                              :
                                                        :
THE REPUBLIC OF ARGENTINA,                              :
                                                        :
                Defendant.                              :
------------------------------------------------------- x
```

## [PROPOSED] ORDER

WHEREAS, the Republic of Argentina and Citibank, N.A. have appealed the Order entered by this Court in the above-captioned actions on July 28, 2014 to the Second Circuit Court of Appeals;

WHEREAS, appellants to the Second Circuit Court of Appeals are required to file with that court an appendix of relevant portions of the proceedings in the district court;

WHEREAS, the correspondence attached to this Order as Exhibits A-G consists of relevant letters addressed to the Court by the parties and interested non-parties that were not entered on the dockets in these matters;

WHEREAS, the documents attached to this Order as Exhibits H-Q consists of relevant letters addressed to the Court by the parties and interested non-parties and other documents that were entered on some of the dockets in these matters but not others;

IT IS HEREBY:

ORDERED, that the letters attached here as Exhibits A-G be added to the docket in each of the above-captioned cases; and

ORDERED, that the documents attached here as Exhibits H-Q be added to the dockets in cases 08 Civ. 6978 (TPG), 09 Civ. 1707 (TPG), 09 Civ. 1708 (TPG), 10 Civ. 9587 (TPG), and 10 Civ. 5338 (TPG).

Dated: New York, New York
       August ___, 2014

                                        SO ORDERED:

                                        _____
                                        JUDGE THOMAS P. GRIESA
                                        U.S.D.J.

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

NML CAPITAL, LTD.,

                Plaintiff,

      – against –

THE REPUBLIC OF ARGENTINA,

                Defendant.

08 Civ. 6978 (TPG)
09 Civ. 1707 (TPG)
09 Civ. 1708 (TPG)

------------------------------------------x

AURELIUS CAPITAL MASTER, LTD. and
ACP MASTER, LTD.,

                Plaintiffs,

      – against –

THE REPUBLIC OF ARGENTINA,

                Defendant.

09 Civ. 8757 (TPG)
09 Civ. 10620 (TPG)

------------------------------------------x

AURELIUS OPPORTUNITIES FUND II,
LLC and AURELIUS CAPITAL MASTER,
LTD.,

                Plaintiffs,

      – against –

THE REPUBLIC OF ARGENTINA,

                Defendant.

10 Civ. 1602 (TPG)
10 Civ. 3507 (TPG)
10 Civ. 3970 (TPG)
10 Civ. 8339 (TPG)

**(captions continued on next page)**

------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2013

1

```
-------------------------------------x
                                     :
BLUE ANGEL CAPITAL I LLC,            :
                                     :
                   Plaintiff,        :    10 Civ. 4101 (TPG)
                                     :    10 Civ. 4782 (TPG)
          – against –                :
                                     :
THE REPUBLIC OF ARGENTINA,           :
                                     :
                   Defendant.        :
                                     :
-------------------------------------x
                                     :
OLIFANT FUND, LTD.,                  :
                                     :
                   Plaintiff,        :    10 Civ. 9587 (TPG)
                                     :
          – against –                :
                                     :
THE REPUBLIC OF ARGENTINA,           :
                                     :
                   Defendant.        :
                                     :
-------------------------------------x
                                     :
PABLO ALBERTO VARELA, et al.,        :
                                     :
                   Plaintiffs,       :    10 Civ. 5338 (TPG)
                                     :
          – against –                :
                                     :
THE REPUBLIC OF ARGENTINA,           :
                                     :
                   Defendant.        :
                                     :
-------------------------------------x
```

2

## ORDER

On November 1, 2013, the Republic of Argentina filed a notice of appeal regarding an order issued by the court on October 3, 2013. Plaintiffs now ask the court to docket the following letters so that the Second Circuit will have a full record of the communications related to the October 3, 2013 order:

- A letter dated August 30, 2013, from Robert A. Cohen to the court;
- A letter dated September 11, 2013, from Robert A. Cohen to the court;
- A letter dated September 19, 2013, from Carmine D. Boccuzzi, Jr. to the court;
- A letter dated September 19, 2013, from Robert A. Cohen to the court.

The court respectfully orders the clerk of the court to docket the enclosed letters.

SO ORDERED.

Dated: New York, New York
November 20, 2013

Thomas P. Griesa
U. S. District Judge

3