USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

NML CAPITAL, LTD.,
        Plaintiff,
  - against -
THE REPUBLIC OF ARGENTINA,
        Defendant.

No. 08 Civ. 6978 (TPG)
No. 09 Civ. 1707 (TPG)
No. 09 Civ. 1708 (TPG)

------------------------------------x

AURELIUS CAPITAL MASTER, LTD. and
ACP MASTER, LTD.,
        Plaintiffs,
  - against -
THE REPUBLIC OF ARGENTINA,
        Defendant.

No. 09 Civ. 8757 (TPG)
No. 09 Civ. 10620 (TPG)

------------------------------------x

AURELIUS OPPORTUNITIES FUND II, LLC
and AURELIUS CAPITAL MASTER, LTD.,
        Plaintiffs,
  - against -
THE REPUBLIC OF ARGENTINA,
        Defendant.

No. 10 Civ. 1602 (TPG)
No. 10 Civ. 3507 (TPG)
No. 10 Civ. 3970 (TPG)
No. 10 Civ. 8339 (TPG)

------------------------------------x

BLUE ANGEL CAPITAL I LLC,
        Plaintiff,
  - against -
THE REPUBLIC OF ARGENTINA,
        Defendant.

No. 10 Civ. 4101 (TPG)
No. 10 Civ. 4782 (TPG)

------------------------------------x

*(captions continue on following page)*

**ORDER TO SHOW CAUSE REGARDING CITIBANK, N.A.'S MOTION TO VACATE THE CITIBANK INJUNCTION, TO CLARIFY OR MODIFY THE INJUNCTION, AND FOR A STAY**

```
------------------------------------- x
OLIFANT FUND, LTD.,                   :
              Plaintiff,              :
        - against -                   :  No. 10 Civ. 9587 (TPG)
THE REPUBLIC OF ARGENTINA,            :
              Defendant.              :
------------------------------------- x
PABLO ALBERTO VARELA, et al.,         :
              Plaintiffs,             :
        - against -                   :  No. 10 Civ. 5338 (TPG)
THE REPUBLIC OF ARGENTINA,            :
              Defendant.              :
------------------------------------- x
```

UPON the accompanying Declaration of Karen E. Wagner, dated September 22, 2014, and the Memorandum of Law in Support of Citibank, N.A.'s Motion by Order to Show Cause for Reconsideration or Modification of the Citibank Injunction, dated September 22, 2014; Citibank, N.A.'s Motion for Clarification, dated May 22, 2013 (Docket No. 459),[1] and the accompanying Declaration of Federico Elewaut, dated May 22, 2013 (Docket No. 461), the accompanying Declaration of Maximiliano D'Auro, dated May 21, 2013 (Docket No. 463) and all attached exhibits, the accompanying Declaration of Manuel Beccar Varela, dated May 21, 2013 (Docket No. 462), and the accompanying Memorandum of Law of Citibank, N.A., dated May 22, 2013 (Docket No. 460); the Memorandum of Law in Support of Citibank, N.A.'s Renewed Motion for Clarification or Modification, dated June 19, 2014 (Docket No. 550); the Declaration of Federico Elewaut, dated July 28, 2014; and all prior proceedings in these actions, it is

---

[1] "Docket No." refers to the assigned docket number in *NML Capital, Ltd. v. Argentina*, No. 08 Civ. 6978 (TPG). The referenced documents have been filed in each of the above-captioned cases.

1

ORDERED, that plaintiffs show cause before the Honorable Thomas P. Griesa on the 26th day of September, 2014, at 3pm, or as soon thereafter as counsel can be heard, in Courtroom 26B, Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York, 10007, why an order should not be entered:

(a) vacating this Court's order entered on July 28, 2014 (the "Citibank Injunction") (Docket No. 613) and reinstating this Court's order entered on June 27, 2014 (the "Clarification Order") (Docket No. 547); and

(b) if the Citibank Injunction is not vacated prior to September 30, 2014, staying the application of the Citibank Injunction and this Court's order entered on November 21, 2012 (the "Injunction") (Docket No. 425) to the payments that are due to be made on September 30, 2014 by Citibank, N.A.'s Argentine branch to customers for whom it acts as custodian in Argentina with respect to U.S. Dollar-denominated bonds—governed by Argentine law and payable in Argentina—that were issued by the Republic of Argentina (the "Argentine Law Bonds"); and it is further

ORDERED, that e-mail service of this Order to Show Cause, and the papers upon which it is based, upon counsel for Plaintiffs, Friedman Kaplan Seiler & Adelman LLP, 7 Times Square, New York, New York, 10036, attention Edward A. Friedman, Esq., at efriedman@fklaw.com; upon counsel for Plaintiffs, Dechert LLP, 1095 Avenue of the Americas, New York, New York 10036, attention Robert A. Cohen,

Esq., at robert.cohen@dechert.com; and upon counsel for Plaintiffs, Simon Lesser PC, 355 Lexington Avenue, New York, New York 10017, attention Leonard F. Lesser, Esq., at llesser@simonlesser.com; upon counsel for Plaintiffs, Milberg LLP, One Pennsylvania Plaza, New York, New York 10119, attention Michael C. Spencer, Esq., at mspencer@milberg.com; and upon counsel for Defendant the Republic of Argentina, Cleary, Gottlieb, Steen & Hamilton, One Liberty Plaza, New York, New York, 10006, attention Carmine Boccuzzi, Esq., at cboccuzzi@cgsh.com, shall be deemed good and sufficient service;

ORDERED, that opposing papers, if any, are to be served on counsel for Citibank, N.A., so as to be received no later than __7__ p.m. on the __25th__ day of September, 2014; and it is further

ORDERED, that reply papers, if any, shall be served on counsel for plaintiffs, so as to be received no later than __3__ p.m. on the __26th__ day of September, 2014; and it is further

ORDERED, that service by the Court's ECF system of a copy of this order and the papers on which it is based upon the parties to these actions on or before __9__ p.m., September __22__, 2014, shall be deemed good and sufficient service; however, Citibank, N.A. shall not be required to re-serve papers referred to above that are already on this Court's docket in these actions.

Dated: September __22__, 2014

_____
Hon. Thomas P. Griesa
United States District Judge

3