# EXHIBIT 47

Capital Reporting Company
Aurelius Capital Master, Ltd., et al. v. Republic of Argentina  09-18-2014

1

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

---------------------------:
AURELIUS CAPITAL MASTER,    : No. 14-2689
LTD., ET AL.,               :
                            :
    Plaintiffs-Appellees,   : HON. REENA RAGGI
                            :
         v.                 : HON. ROSEMARY POOLER
                            :
REPUBLIC OF ARGENTINA,      : HON. BARRINGTON PARKER
                            :
    Defendant-Appellant.    :
---------------------------:

                              New York, New York

                     Thursday, September 18, 2014


     The hearing in the above-entitled matter

was heard at the United States Court of Appeals

for the Second Circuit, Thurgood Marshall United

States Courthouse, 40 Foley Square, New York,

New York 10007, when were present on behalf of

the respective parties:

Capital Reporting Company
Aurelius Capital Master, Ltd., et al. v. Republic of Argentina  09-18-2014

19

1   complaint right?

2        MS. WAGNER:  I think it is extremely

3   right because it's going to become extremely

4   relevant in 12 days when we get funds and when the

5   District Court has said we cannot pay them out.  I

6   think it is absolutely right.  It's a final order.

7   There are no further proceedings going on in the

8   District Court relating to this injunction, and we

9   are bound by it right now, and so, we need

10  immediate relief from this Court.

11       JUDGE RAGGI:  All right. Thank you.

12  We'll hear from the Republic.

13       MS. WAGNER:  Thank you.

14       JUDGE RAGGI:  You've reserved some time

15  for rebuttal.

16       MR. BOCCUZZI:  Good afternoon, Your

17  Honors.  Carmine Boccuzzi from Cleary Gottlieb on

18  behalf of the Republic of Argentina.  The District

19  Court --

20       JUDGE PARKER:  So in the spring, you

21  went into the Supreme Court and you told the

22  Supreme Court that, to be clear, absent relief,

Capital Reporting Company
Aurelius Capital Master, Ltd., et al. v. Republic of Argentina  09-18-2014

20

1   Argentina will comply with the orders under

2   review.

3              MR. BOCCUZZI:  Yes, Your Honor.

4              JUDGE PARKER:  And then shortly

5   thereafter, you took steps that were palpably in

6   violation of the injunction, right?

7              MR. BOCCUZZI:  The Republic did, yes,

8   Your Honor.

9              JUDGE PARKER:  So how are we to -- I

10  mean, what are we to make of these

11  representations?  You told the Supreme Court you

12  were going to comply, then as soon as you didn't

13  get what you wanted out of the Supreme Court, you

14  disregarded the representation and went on your

15  merry way.

16             MR. BOCCUZZI:  Our understanding when we

17  wrote to the Supreme Court was that that's how

18  things would unfold and then, following the denial

19  of cert, the Republic acting at the highest levels

20  chose to act otherwise.

21             As I explained to the District Court,

22  the officials charged with overseeing these bonds

```
 1  at the Ministry of Economy, given current
 2  legislation, themselves faced criminal prosecution
 3  in Argentina if they did not process the payment
 4  without some change in Argentine law, which had
 5  not occurred.
 6            As to these bonds, Your Honor, these
 7  Argentine law-governed bonds, Judge Griesa never
 8  found that that payment to Citibank was in
 9  violation of any of his orders because following
10  Ms. Wagner's motion for clarification, he said,
11  and I think he was absolutely right, these bonds
12  have always been treated differently, and there's
13  a reason why these bonds, the Citibank bonds, have
14  always been treated differently.  They're governed
15  by Argentine law.
16            JUDGE RAGGI:  This is the June 27th
17  order?
18            MR. BOCCUZZI:  Correct, the response to
19  Ms. Wagner's motion for clarification.
20            JUDGE RAGGI:  Treated differently by
21  whom?
22            MR. BOCCUZZI:  By the Court, and I think
```