UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

| | |
|---|---|
| NML CAPITAL, LTD., | 08 Civ. 6978 (TPG) |
| Plaintiff, | 09 Civ. 1707 (TPG) |
| | 09 Civ. 1708 (TPG) |
| v. | |
| THE REPUBLIC OF ARGENTINA, | |
| Defendant. | |

------------------------------------------------------------- x

| | |
|---|---|
| AURELIUS CAPITAL MASTER, LTD. and ACP MASTER, LTD., | 09 Civ. 8757 (TPG) |
| | 09 Civ. 10620 (TPG) |
| Plaintiffs, | |
| v. | |
| THE REPUBLIC OF ARGENTINA, | |
| Defendant. | |

------------------------------------------------------------- x

| | |
|---|---|
| AURELIUS OPPORTUNITIES FUND II, LLC and AURELIUS CAPITAL MASTER, LTD., | 10 Civ. 1602 (TPG) |
| | 10 Civ. 3507 (TPG) |
| Plaintiffs, | |
| v. | |
| THE REPUBLIC OF ARGENTINA, | |
| Defendant. | (captions continued on next page) |

------------------------------------------------------------- x

**DECLARATION OF CHRISTOPHER B. LEACH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO NON-PARTY CITIBANK, N.A.'S MOTION BY ORDER TO SHOW CAUSE TO VACATE THE JULY 28, 2014 ORDER OR TO MODIFY THE INJUNCTION, AND FOR A STAY FOR CLARIFICATION**

```
------------------------------------------------------- x
AURELIUS CAPITAL MASTER, LTD. and                       :
AURELIUS OPPORTUNITIES FUND II, LLC,                    :    10 Civ. 3970 (TPG)
                                                        :    10 Civ. 8339 (TPG)
                              Plaintiffs,               :
                                                        :
              v.                                        :
                                                        :
THE REPUBLIC OF ARGENTINA,                              :
                                                        :
                              Defendant.                :
------------------------------------------------------- x
BLUE ANGEL CAPITAL I LLC,                               :
                                                        :
                              Plaintiff,                :    10 Civ. 4101 (TPG)
                                                        :    10 Civ. 4782 (TPG)
              v.                                        :
                                                        :
THE REPUBLIC OF ARGENTINA,                              :
                                                        :
                              Defendant.                :
------------------------------------------------------- x
OLIFANT FUND, LTD.,                                     :
                                                        :
                              Plaintiff,                :    10 Civ. 9587 (TPG)
                                                        :
              v.                                        :
                                                        :
THE REPUBLIC OF ARGENTINA,                              :
                                                        :
                              Defendant.                :
------------------------------------------------------- x
PABLO ALBERTO VARELA, et al.,                           :
                                                        :
                              Plaintiff,                :    10 Civ. 5338 (TPG)
                                                        :
              v.                                        :
                                                        :
THE REPUBLIC OF ARGENTINA,                              :
                                                        :
                              Defendant.                :
------------------------------------------------------- x
```

I, Christopher B. Leach, declare under penalty of perjury that the following is true and correct:

1. I am a member in good standing of the bars of Washington, D.C. and the state of New York. My firm, Gibson, Dunn & Crutcher LLP, is counsel to plaintiff NML Capital, Ltd. ("NML").

2. I make this declaration in support of the Memorandum of Law In Opposition to Non-Party Citibank, N.A.'s Motion By Order To Show Cause To Vacate The July 28, 2014 Order Or To Modify The Injunction, And For A Stay filed by NML, Aurelius Capital Master, Ltd., Aurelius Opportunities Fund II, LLC, ACP Master, Ltd., Blue Angel Capital I LLC, Pablo Alberto Varela, et al., and Olifant Fund, Ltd.

3. I make this Declaration to put before this Court certain documents related to Plaintiffs' Memorandum of Law.

4. Attached to this Declaration as Exhibits 1 through 14 are true and correct copies of the following documents:

| Ex. | Document |
|---|---|
| A. | Fiscal Agency Agreement Between The Republic of Argentina and Bankers Trust Company, Fiscal Agent (Oct. 19, 1994) |
| B. | Hearing Transcript, *NML Capital, Ltd. v. Republic of Argentina*, No. 08-cv-6978 (TPG) (S.D.N.Y. July 22, 2014) |
| C. | Hearing Transcript, *Aurelius Capital Master, Ltd. v. Republic of Argentina*, No. 14-2689 (2d Cir. Sept. 18, 2014) |
| D. | Law 26984, Sovereign Payment. Debt Restructuring., Official Gazette of the Argentine Republic (Sept. 12, 2014)[1] |
| E. | Presidency of the Nation Argentine Republic, Legal Notice: Holders of Argentine Debt Securities, N.Y. TIMES (Sept. 22, 2014) |

---

[1] Unless otherwise noted, for all Spanish language documents referenced in this declaration, the exhibits contain a certified translation and the original Spanish document.

| Ex. | Document |
|---|---|
| F. | Prospectus Supplement to Prospectus Dated December 27, 2004 Issued By The Republic of Argentina (Jan. 10, 2005) |
| G. | Listing Memorandum for 8.75% Bonos del Tesoro of the Republic of Argentina due May 9, 2002 (Nov. 24, 1998) |
| H. | Listing Supplement to Offering Circular dated February 1, 2001, for 11.75% Bonos del Tesoro a Mediano Plazo of the Republic of Argentina due 2006 (May 29, 2001) |
| I. | Listing Memorandum for Floating Rate Bonos del Tesoro of the Republic of Argentina due July 21, 2003 (May 25, 2000) |
| J. | Prospectus Supplement to Debt Consolidation Prospectus Dated May 22, 2001 Issued by The Republic of Argentina (May 24, 2001) |

Dated: Washington, D.C.
    September 25, 2014.

_____
Christopher B. Leach