1:08-cv-06978-TPG

# MANDATE

**UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT**

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of October, two thousand and fourteen.

_____

NML Capital, Ltd.,

    Plaintiff-Appellee,

v.

Republic of Argentina,

    Defendant-Appellant.

_____

**ORDER**
Docket No. 14-3235

Appellant moves for voluntary dismissal of this appeal pursuant to FRAP 42(b).

IT IS HEREBY ORDERED that the motion is GRANTED.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 22, 2014

FOR THE COURT:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/22/2014