UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
NML CAPITAL, LTD., :
:
                  Plaintiff, : 08 Civ. 6978 (TPG)
:
              v. : **NOTICE OF APPEAL**
:
THE REPUBLIC OF ARGENTINA, :
:
                  Defendant. :
:
:
:
:
:
-----------------------------------------------------------------------X

       Notice is hereby given that the Republic of Argentina (the "Republic"), defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Order entered in this action on October 6, 2014, which held the Republic in civil contempt, and all underlying and/or associated orders, including the district court's September 29 and June 20, 2014 Orders.

Dated: New York, New York
       November 3, 2014

                              CLEARY GOTTLIEB STEEN & HAMILTON LLP

                              By: /s/ Carmine D. Boccuzzi
                                  Jonathan I. Blackman (jblackman@cgsh.com)
                                  Carmine D. Boccuzzi (cboccuzzi@cgsh.com)

                              One Liberty Plaza
                              New York, New York 10006
                              (212) 225-2000

                              Attorneys for the Republic of Argentina

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

NML CAPITAL, LTD.,

               Plaintiff,

    – against –

THE REPUBLIC OF ARGENTINA,

               Defendant.

08 Civ. 6978 (TPG)
09 Civ. 1707 (TPG)
09 Civ. 1708 (TPG)

------------------------------------------------x

AURELIUS CAPITAL MASTER, LTD. and ACP MASTER, LTD.,

               Plaintiffs,

    – against –

THE REPUBLIC OF ARGENTINA,

               Defendant.

09 Civ. 8757 (TPG)
09 Civ. 10620 (TPG)

------------------------------------------------x

AURELIUS OPPORTUNITIES FUND II, LLC and AURELIUS CAPITAL MASTER, LTD.,

               Plaintiffs,

    – against –

THE REPUBLIC OF ARGENTINA,

               Defendant.

10 Civ. 1602 (TPG)
10 Civ. 3507 (TPG)
10 Civ. 3970 (TPG)
10 Civ. 8339 (TPG)

**(captions continued on next page)**

------------------------------------------------x

---------------------------------------------x
BLUE ANGEL CAPITAL I LLC,                    :
                                             :
                       Plaintiff,            :   10 Civ. 4101 (TPG)
                                             :   10 Civ. 4782 (TPG)
            – against –                      :
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
                       Defendant.            :
                                             :
---------------------------------------------x
OLIFANT FUND, LTD.,                          :
                                             :
                       Plaintiff,            :   10 Civ. 9587 (TPG)
                                             :
            – against –                      :
                                             :
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
                       Defendant.            :
                                             :
---------------------------------------------x
PABLO ALBERTO VARELA, et al.,                :
                                             :
                       Plaintiffs,           :   10 Civ. 5338 (TPG)
                                             :
            – against –                      :
                                             :
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
                       Defendant.            :
                                             :
---------------------------------------------x

## AMENDED AND SUPPLEMENTAL ORDER

On September 29, 2014, pursuant to an order to show cause, the court held a hearing, at the conclusion of which it found that the Republic of Argentina was in civil contempt of court. The reasons for this finding were stated on the record.

The court now reaffirms this finding, and incorporates it by reference in this order.

Pursuant to Local Civil Rule 83.6(c), a finding of contempt should include a statement of conditions the performance of which will operate to purge the contempt. The court believes that it is clear what such conditions are. The Republic of Argentina will need to reverse entirely the steps which it has taken constituting the contempt, including, but not limited to, re-affirming the role of The Bank of New York Mellon as the indenture trustee and withdrawing any purported authorization of Nación Fideicomisos, S.A. to act as the indenture trustee, and complying completely with the February 23, 2012 injunction.

The current order amends and supplements the order of September 29, 2014.

SO ORDERED.

Dated: New York, New York
       October 3, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/14

Thomas P. Griesa
U. S. District Judge

3