UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NML CAPITAL, LTD.,<br><br>                            Plaintiff,<br><br>    v.<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                            Defendants. | No. 08 Civ. 6978 (TPG)<br>No. 09 Civ. 1707 (TPG)<br>No. 09 Civ. 1708 (TPG) |
| AURELIUS CAPITAL MASTER, LTD. and, ACP MASTER, LTD.,<br><br>                            Plaintiffs,<br><br>    v.<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                            Defendants. | No. 09 Civ. 8757 (TPG)<br>No. 09 Civ. 10620 (TPG) |
| AURELIUS OPPORTUNITIES FUND II, LLC<br>and AURELIUS CAPITAL MASTER, LTD.,<br><br>                            Plaintiffs,<br><br>    v.<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                            Defendants. | No. 10 Civ. 1602 (TPG)<br>No. 10 Civ. 3507 (TPG)<br>No. 10 Civ. 3970 (TPG)<br>No. 10 Civ. 8339 (TPG) |
| BLUE ANGEL CAPITAL I LLC,<br>                            Plaintiffs,<br>    v.<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                            Defendants. | No. 10 Civ. 4101 (TPG)<br>No. 10 Civ. 4782 (TPG) |

*(captions continue on the following page)*

| | |
|---|---|
| OLIFANT FUND, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> THE REPUBLIC OF ARGENTINA, <br><br> Defendants. | No. 10 Civ. 9587 (TPG) |
| PABLO ALBERTO VARELA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE REPUBLIC OF ARGENTINA, <br><br> Defendants. | No. 10 Civ. 5338 (TPG) |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for Euroclear Bank SA/NV . I certify that I am admitted to practice in this court.

Dated: New York, New York
       November 5, 2014

                              Respectfully submitted,

                              /s/ Andrew Goldman_____
                              Andrew Goldman
                              Wilmer Cutler Pickering Hale and Dorr LLP
                              7 World Trade Center
                              250 Greenwich Street
                              New York, NY 10007
                              Tel: (212) 230-8800
                              Fax: (212) 230-8888

                              *Attorney for Euroclear Bank SA/NV*