UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NML CAPITAL, LTD.,<br><br>                         Plaintiff,<br><br>    v.<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                         Defendant. | No. 08 Civ. 6978 (TPG) |

## MOTION TO ADMIT CRAIG GOLDBLATT
### *PRO HAC VICE*

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Craig Goldblatt, hereby move this Court for an Order for admission to practice p*ro hac vice* to appear as counsel for Euroclear Bank SA/NV in the above-captioned actions.

I am in good standing with the Bar of District of Columbia and there are no disciplinary proceedings pending against me in any State or Federal court. A Certificate of Good Standing in the State Bar of District of Columbia is attached hereto and a proposed order is filed herewith.

Dated: November 10, 2014               Respectfully submitted,

                                                    /s/Craig Goldblatt_____
                                                    Craig Goldblatt
                                                    Wilmer Cutler Pickering Hale and Dorr LLP
                                                    1875 Pennsylvania Avenue NW
                                                    Washington, DC 20006
                                                    Tel: (202) 663-6000
                                                    Fax: (202) 663-6363

                                                    *Attorney for Non-Party Euroclear Bank SA/NV*