USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

| | |
|---|---|
| NML CAPITAL, LTD., | 08 Civ. 6978 (TPG) |
| Plaintiff, | 09 Civ. 1707 (TPG) |
| | 09 Civ. 1708 (TPG) |
| v. | |
| THE REPUBLIC OF ARGENTINA, | |
| Defendant. | |

------------------------------------------------------------ x

| | |
|---|---|
| AURELIUS CAPITAL MASTER, LTD. and ACP MASTER, LTD., | 09 Civ. 8757 (TPG) |
| | 09 Civ. 10620 (TPG) |
| Plaintiffs, | |
| v. | |
| THE REPUBLIC OF ARGENTINA, | |
| Defendant. | |

------------------------------------------------------------ x

| | |
|---|---|
| AURELIUS OPPORTUNITIES FUND II, LLC and AURELIUS CAPITAL MASTER, LTD., | 10 Civ. 1602 (TPG) |
| | 10 Civ. 3507 (TPG) |
| Plaintiffs, | |
| v. | |
| THE REPUBLIC OF ARGENTINA, | |
| Defendant. | |

**(captions continued on next page)**

------------------------------------------------------------ x

```
------------------------------------------------------- x
AURELIUS CAPITAL MASTER, LTD. and       :
AURELIUS OPPORTUNITIES FUND II,         :
LLC,                                    :     10 Civ. 3970 (TPG)
                                        :     10 Civ. 8339 (TPG)
                    Plaintiffs,         :
                                        :
        v.                              :
                                        ::
THE REPUBLIC OF ARGENTINA,              :
                                        :
                    Defendant.          :
                                        :
                                        x
-------------------------------------------
BLUE ANGEL CAPITAL I LLC,               :
                                        :
                    Plaintiff,          :     10 Civ. 4101 (TPG)
                                        :     10 Civ. 4782 (TPG)
        v.                              :
                                        :
THE REPUBLIC OF ARGENTINA,              :
                                        :
                    Defendant.          :
------------------------------------------------------- x
OLIFANT FUND, LTD.,                     :
                                        :
                    Plaintiff,          :     10 Civ. 9587 (TPG)
                                        :
        v.                              :
                                        :
THE REPUBLIC OF ARGENTINA,              :
                                        :
                    Defendant.          :
------------------------------------------------------- x
PABLO ALBERTO VARELA, et al.,           :
                                        :
                    Plaintiff,          :     10 Civ. 5338 (TPG)
                                        :
        v.                              :
                                        :
THE REPUBLIC OF ARGENTINA,              :
                                        :
                    Defendant.          :
------------------------------------------------------- x
```

## ORDER

The Court will further defer the hearing on Citibank's September 22, 2014 motion by order to show cause to vacate the Court's July 28, 2014 order or to modify the injunction contained in that order, or for a stay of that Order (the "Motion") now scheduled for December 9, 2014, and will defer the date for briefs (now scheduled for November 21, 2014), to dates to be set after January 1, 2015, and will allow Citibank to process the December 31, 2014 interest payment, approximately $85 million, that it receives on the U.S. Dollar denominated Argentine law bonds, ISINs ARARGE03E113 and ARARGE03G688, and will further allow Citibank's downstream recipients to receive and process their respective portions of such payment.

In the interim, it is the Court's direction that the parties and non-parties served with discovery related to the Motion cooperate in the production of relevant documents and information, so that the Court will have the benefit of a complete and accurate record in resolving the Motion.

SO ORDERED.

Dated: New York, New York
November 10, 2014

_____
Thomas P. Griesa
U.S. District Judge