# LEVI LUBARSKY & FEIGENBAUM LLP

ATTORNEYS AT LAW
1185 AVENUE OF THE AMERICAS
17TH FLOOR
NEW YORK, NEW YORK 10036

TEL. (212) 308-6100
FAX (212) 308-8830
WWW.LLF-LAW.COM

November 19, 2014

*Via ECF and email*

Honorable Thomas P. Griesa
United States District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *NML Capital v. The Republic of Argentina*, No. 08 Civ. 6978 (TPG) (SDNY) and related cases

Dear Judge Griesa:

      We represent interested non-party JPMorgan Chase Bank, N.A. ("JPMCB"). We write to provide the Court with a form of order that provides further clarification with respect to JPMCB's obligations under the Amended February 23, 2012 Order, dated November 21, 2012, with respect to funds transferred in connection with interest payments due on December 31, 2014 on U.S. Dollar-denominated bonds with ISNS ARARGE03E113 and ARARGE03G688 (the "December 31, 2014 Interest Payment"). A copy of the proposed order ("Proposed Order") is enclosed. All plaintiffs have consented to the entry of the Proposed Order.

      On November 10, 2014, the Court signed an order allowing Citibank, N.A. ("Citibank") to process the December 31, 2014 Interest Payment and further allowing Citibank's downstream recipients to receive and process their respective portions of such payments (the "November 10, 2014 Order"). The Proposed Order clarifies that JPMCB and other persons and entities in the payment stream may process the December 31, 2014 Interest Payment regardless of whether Citibank is in the payment stream. On August 4, 2014, and October 1, 2014, the Court entered similar orders with respect to the interest payments due on June 30, 2014 and September 30, 2014, respectively. *See, e.g.*, 08 Civ. 6978, ECF Nos. 627, 689.

Hon. Thomas P. Griesa
November 19, 2014
Page 2

    We thank the Court for its consideration of this letter and the Proposed Order.

Respectfully submitted,

*Andrea Likwornik Weiss*

Andrea Likwornik Weiss

Enc.

cc: All counsel of record (via ECF)