UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

NML CAPITAL, LTD.,                     :

                                   :   08 Civ. 6978 (TPG)

              Plaintiff,      :   09 Civ. 1707 (TPG)

                                   :   09 Civ. 1708 (TPG)

              v.               :

                                   :

THE REPUBLIC OF ARGENTINA,   :

                                 :

             Defendant.    :

-------------------------------------------------------- x

                                   :

AURELIUS CAPITAL MASTER, LTD. and  :
ACP MASTER, LTD.,              :   09 Civ. 8757 (TPG)

                                 :   09 Civ. 10620 (TPG)

             Plaintiffs,     :

                                 :

             v.               :

                                 :

THE REPUBLIC OF ARGENTINA,   :

                                 :

             Defendant.    :

                                 :

-------------------------------------------------------- x

                                 :

AURELIUS OPPORTUNITIES FUND II, LLC :
and AURELIUS CAPITAL MASTER, LTD.,   :   10 Civ. 1602 (TPG)

                                 :   10 Civ. 3507 (TPG)

             Plaintiffs,     :

                                 :

             v.               :

                                 :

THE REPUBLIC OF ARGENTINA,   :

                                 :

             Defendant.    :

                                 :   **(captions continued on next page)**

-------------------------------------------------------- x

**[PROPOSED] ORDER RE: JPMCB (US DOLLAR
DENOMINATED, ARGENTINE LAW BONDS)**

```
------------------------------------------------- x
AURELIUS CAPITAL MASTER, LTD. and      :
AURELIUS OPPORTUNITIES FUND II, LLC,   :      10 Civ. 3970 (TPG)
                                       :      10 Civ. 8339 (TPG)
                        Plaintiffs,    :
                                       :
                v.                     :
                                       :
THE REPUBLIC OF ARGENTINA,             :
                                       :
                        Defendant.     :
------------------------------------------------- x
BLUE ANGEL CAPITAL I LLC,              :
                                       :
                        Plaintiff,     :      10 Civ. 4101 (TPG)
                                       :      10 Civ. 4782 (TPG)
                v.                     :
                                       :
THE REPUBLIC OF ARGENTINA,             :
                                       :
                        Defendant.     :
------------------------------------------------- x
OLIFANT FUND, LTD.,                    :
                                       :
                        Plaintiff,     :      10 Civ. 9587 (TPG)
                                       :
                v.                     :
                                       :
THE REPUBLIC OF ARGENTINA,             :
                                       :
                        Defendant.     :
------------------------------------------------- x
PABLO ALBERTO VARELA, et al.,          :
                                       :
                        Plaintiff,     :      10 Civ. 5338 (TPG)
                                       :
                v.                     :
                                       :
THE REPUBLIC OF ARGENTINA,             :
                                       :
                        Defendant.     :
------------------------------------------------- x
```

WHEREAS on November 10, 2014, the Court issued an order (the "Order") deferring the hearing and time for briefing on the September 22, 2014 motion by order to show cause of Citibank, N.A. ("Citibank") to vacate the Court's July 28, 2014 order, or to modify the injunction contained in that order, or for a stay of that order;

WHEREAS the Order further permitted Citibank to process the December 31, 2014 interest payment (the "December 31, 2014 Interest Payment") that it receives on the U.S. Dollar-denominated, Argentine law bonds, ISINS ARARGE03E113 and ARARGE03G688 (the "U.S. Dollar-denominated Bonds") and permitted Citibank's downstream recipients (the "Downstream Recipients") to receive and process their respective portions of such payments;

WHEREAS JPMorgan Chase Bank, N.A. ("JPMCB") understands that it is a Downstream Recipient within the meaning of the Order, and also that it may receive funds that constitute the December 31, 2014 Interest Payment  from sources that are not Citibank or Downstream Recipients;

**IT IS HEREBY ORDERED** that:

1.      JPMCB is allowed to effectuate the December 31, 2014 Interest Payment in respect of the U.S. Dollar-denominated Bonds by transferring the funds received in respect of that payment whether or not received from Citibank or a Downstream Recipient.

2.      Any other person or entity in the payment chain of the December 31, 2014 Interest Payment on the U.S. Dollar-denominated Bonds, to and including the holders of beneficial interests, that receives a portion of the funds constituting the December 31, 2014 Interest Payment is permitted to transfer such funds.  This permission

3

applies only to payments due December 31, 2014 in respect of the U.S. Dollar

denominated Bonds with ISINs ARARGE03E113 and ARARGE03G688.

Dated: New York, New York
      November __, 2014

 

_____
Thomas P. Griesa
United States District Judge