USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
:
NML CAPITAL, LTD.,                                      :    08 Civ. 6978 (TPG)
                                                        :    09 Civ. 1707 (TPG)
                Plaintiff,                              :    09 Civ. 1708 (TPG)
                                                        :
        v.                                              :
                                                        :
THE REPUBLIC OF ARGENTINA,                              :
                                                        :
                Defendant.                              :
------------------------------------------------------- x
                                                        :
AURELIUS CAPITAL MASTER, LTD. and                       :
ACP MASTER, LTD.,                                       :    09 Civ. 8757 (TPG)
                                                        :    09 Civ. 10620 (TPG)
                Plaintiffs,                             :
                                                        :
        v.                                              :
                                                        :
THE REPUBLIC OF ARGENTINA,                              :
                                                        :
                Defendant.                              :
                                                        :
------------------------------------------------------- x
                                                        :
AURELIUS OPPORTUNITIES FUND II,                         :
LLC and AURELIUS CAPITAL MASTER,                        :    10 Civ. 1602 (TPG)
LTD.,                                                   :    10 Civ. 3507 (TPG)
                                                        :
                Plaintiffs,                             :
                                                        :
        v.                                              :
                                                        :
THE REPUBLIC OF ARGENTINA,                              :
                                                        :    (captions continued on next page)
                Defendant.                              :
                                                        :
------------------------------------------------------- x

**ORDER**

| | | |
|---|---|---|
| ------------------------------------------------------ x | | |
| AURELIUS CAPITAL MASTER, LTD. and<br>AURELIUS OPPORTUNITIES FUND II,<br>LLC, | : <br> : <br> : | 10 Civ. 3970 (TPG)<br>10 Civ. 8339 (TPG) |
| Plaintiffs, | : | |
| v. | : | |
| THE REPUBLIC OF ARGENTINA, | : | |
| Defendant. | : | |
| ------------------------------------------------------ x | | |
| BLUE ANGEL CAPITAL I LLC, | : | |
| Plaintiff, | : | 10 Civ. 4101 (TPG)<br>10 Civ. 4782 (TPG) |
| v. | : | |
| THE REPUBLIC OF ARGENTINA, | : | |
| Defendant. | : | |
| ------------------------------------------------------ x | | |
| OLIFANT FUND, LTD., | : | |
| Plaintiff, | : | 10 Civ. 9587 (TPG) |
| v. | : | |
| THE REPUBLIC OF ARGENTINA, | : | |
| Defendant. | : | |
| ------------------------------------------------------ x | | |
| PABLO ALBERTO VARELA, et al., | : | |
| Plaintiff, | : | 10 Civ. 5338 (TPG) |
| v. | : | |
| THE REPUBLIC OF ARGENTINA, | : | |
| Defendant. | : | |
| ------------------------------------------------------ x | | |

Pending before the Court is the fully briefed June 29, 2014 "Emergency Motion for Clarification" filed by the non-party "Euro Bondholders" (as defined in the "Notice of Emergency Motion for Clarification"), seeking an order concerning the Court's Amended February 23, 2012 Order, dated November 21, 2012 (the "Injunction"). Specifically, the Euro Bondholders ask for an order clarifying that the Injunction does not apply to certain third parties that process payments on Exchange Bonds, as defined in the Injunction.

The Court declines to grant the requested order. To do so would start making important exceptions to the basic ruling and Injunction, which was issued by the Court and affirmed by the Court of Appeals for the Second Circuit.

Motion denied.

SO ORDERED.

Dated: New York, New York
November 25, 2014

Thomas P. Griesa
U.S. District Judge