USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
NML CAPITAL, LTD.,

        Plaintiff,

v.

THE REPUBLIC OF ARGENTINA,

        Defendant.
------------------------------------------------------- x

08 Civ. 6978 (TPG)
09 Civ. 1707 (TPG)
09 Civ. 1708 (TPG)

AURELIUS CAPITAL MASTER, LTD. and
ACP MASTER, LTD.,

        Plaintiffs,

v.

THE REPUBLIC OF ARGENTINA,

        Defendant.
------------------------------------------------------- x

09 Civ. 8757 (TPG)
09 Civ. 10620 (TPG)

AURELIUS OPPORTUNITIES FUND II, LLC
and AURELIUS CAPITAL MASTER, LTD.,

        Plaintiffs,

v.

THE REPUBLIC OF ARGENTINA,

        Defendant.
------------------------------------------------------- x

10 Civ. 1602 (TPG)
10 Civ. 3507 (TPG)

**(captions continued on next page)**

## ORDER

```
------------------------------------------------- x
AURELIUS CAPITAL MASTER, LTD. and :
AURELIUS OPPORTUNITIES FUND II,   :
LLC,                              :
                                  :
              Plaintiffs,         :
                                  :    10 Civ. 3970 (TPG)
      v.                          :    10 Civ. 8339 (TPG)
                                  :
THE REPUBLIC OF ARGENTINA,        :
                                  :
              Defendant.          :
                                  :
------------------------------------------------- x
BLUE ANGEL CAPITAL I LLC,         :
                                  :
              Plaintiff,          :
                                  :
      v.                          :    10 Civ. 4101 (TPG)
                                  :    10 Civ. 4782 (TPG)
THE REPUBLIC OF ARGENTINA,        :
                                  :
              Defendant.          :
------------------------------------------------- x
OLIFANT FUND, LTD.,               :
                                  :
              Plaintiff,          :
                                  :
      v.                          :
                                  :    10 Civ. 9587 (TPG)
THE REPUBLIC OF ARGENTINA,        :
                                  :
              Defendant.          :
------------------------------------------------- x
PABLO ALBERTO VARELA, et al.,     :
                                  :
              Plaintiff,          :
                                  :
      v.                          :
                                  :    10 Civ. 5338 (TPG)
THE REPUBLIC OF ARGENTINA,        :
                                  :
              Defendant.          :
------------------------------------------------- x
```

Citibank, N.A. has written the court requesting a stay of the court's opinion and order of March 12, 2015. The March 12th Opinion and Order upheld an earlier order which clarified that the injunction issued in this case prohibits Citibank from processing payments on the dollar-denominated exchange bonds governed by Argentine law.

The court has received plaintiff's response to Citibank's request, and has also received additional submissions from both sides. Having considered all the arguments, and having also considered all factors pertinent to obtaining a stay, the court does not believe that a stay of the March 12th Opinion and Order is warranted.

Therefore, Citibank's request for a stay of the March 12th Opinion and Order is hereby denied.

SO ORDERED.

Dated: New York, New York
       March 16, 2015

_____
Thomas P. Griesa
United States District Judge

1