USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

| | |
|---|---|
| NML CAPITAL, LTD., | 08 Civ. 6978 (TPG) |
| Plaintiff, | 09 Civ. 1707 (TPG) |
| | 09 Civ. 1708 (TPG) |
| v. | |
| THE REPUBLIC OF ARGENTINA, | |
| Defendant. | |

------------------------------------------------------------ x

| | |
|---|---|
| AURELIUS CAPITAL MASTER, LTD. and ACP MASTER, LTD., | 09 Civ. 8757 (TPG) |
| | 09 Civ. 10620 (TPG) |
| Plaintiffs, | |
| v. | |
| THE REPUBLIC OF ARGENTINA, | |
| Defendant. | |

------------------------------------------------------------ x

| | |
|---|---|
| AURELIUS OPPORTUNITIES FUND II, LLC and AURELIUS CAPITAL MASTER, LTD., | 10 Civ. 1602 (TPG) |
| | 10 Civ. 3507 (TPG) |
| Plaintiffs, | |
| v. | |
| THE REPUBLIC OF ARGENTINA, | |
| Defendant. | (captions continued on next page) |

------------------------------------------------------------ x

**ORDER**

3034141.5

```
------------------------------------------------------- x
AURELIUS CAPITAL MASTER, LTD. and       :
AURELIUS OPPORTUNITIES FUND II, LLC,    :      10 Civ. 3970 (TPG)
                                        :      10 Civ. 8339 (TPG)
                    Plaintiffs,         :
                                        :
        v.                              :
                                        :
THE REPUBLIC OF ARGENTINA,              :
                                        :
                    Defendant.          :
------------------------------------------------------- x
BLUE ANGEL CAPITAL I LLC,               :
                                        :
                    Plaintiff,          :      10 Civ. 4101 (TPG)
                                        :      10 Civ. 4782 (TPG)
        v.                              :
                                        :
THE REPUBLIC OF ARGENTINA,              :
                                        :
                    Defendant.          :
------------------------------------------------------- x
OLIFANT FUND, LTD.,                     :
                                        :
                    Plaintiff,          :      10 Civ. 9587 (TPG)
                                        :
        v.                              :
                                        :
THE REPUBLIC OF ARGENTINA,              :
                                        :
                    Defendant.          :
------------------------------------------------------- x
```

WHEREAS Plaintiff NML Capital, Ltd. served a subpoena on non-party Euroclear Bank SA/NV ("Euroclear") dated March 12, 2015; and

WHEREAS Plaintiffs Aurelius Capital Master, Ltd., ACP Master, Ltd., Aurelius Opportunities Fund II, LLC and Blue Angel Capital I LLC served a subpoena on Euroclear dated March 16, 2015; and

2

WHEREAS Plaintiff Olifant Fund, Ltd. served a subpoena on Euroclear dated March 16, 2015; and

WHEREAS upon the entry of this Order the above-referenced subpoenas are withdrawn with prejudice, subject to the provisions of paragraph 3 hereof.

It is hereby ORDERED that:

1. Absent further order of this Court or confirmation that a Ratable Payment has been or is being made in compliance with the Amended February 23, 2012 Orders of the Court (the "Injunction"), Euroclear will not process any payments received from any source, including but not limited to Nacion Fideicomisos S.A. and Caja de Valores, in respect of any bonds subject to the Injunction, and will hold any such payments in suspension pending a ruling from this Court on their proper disposition, and;

2. Before any bonds subject to the Injunction and held by Euroclear or a Euroclear depositary or nominee are transferred from Euroclear or a Euroclear depositary or nominee, or the custodial location of such bonds is changed, Euroclear shall provide notice of the proposed transfer, including but not limited to the date of the proposed transfer, the identity of the proposed transferee and other particulars regarding the transfer that are known to Euroclear, to Plaintiffs' counsel at least thirty days in advance of the proposed transfer, except that if it is not reasonably practicable for Euroclear to provide such notice at least thirty days in advance through no fault of Euroclear, Euroclear will provide the notice as soon as reasonably practicable.

3. Should Euroclear violate the terms of this Order, Plaintiffs shall be free to compel prompt compliance with the above-referenced Subpoenas, and to seek any other just and proper relief against Euroclear as to which they may be entitled, subject to any and all rights or defenses Euroclear may have.

SO ORDERED.

Dated: New York, New York
       March 25, 2015

*[signature]*

Hon. Thomas P. Griesa
United States District Judge