UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
NML CAPITAL, LTD.,                                                      :
                                                                        :   08 Civ. 6978 (TPG)
                                  Plaintiff,                            :   09 Civ. 1707 (TPG)
                                                                        :   09 Civ. 1708 (TPG)
                    - against -                                         :
                                                                        :
THE REPUBLIC OF ARGENTINA,                                              :
                                                                        :
                                  Defendant.                            :
                                                                        :
------------------------------------------------------------------------X
AURELIUS CAPITAL MASTER, LTD. and                                       :
ACP MASTER, LTD.,                                                       :
                                                                        :
                                                                        :   09 Civ. 8757 (TPG)
                                  Plaintiffs,                           :   09 Civ. 10620 (TPG)
                                                                        :
                    - against -                                         :
                                                                        :
                                                                        :
THE REPUBLIC OF ARGENTINA,                                              :
                                                                        :
                                  Defendant.                            :
------------------------------------------------------------------------X
AURELIUS OPPORTUNITIES FUND II, LLC                                     :
and AURELIUS CAPITAL MASTER, LTD.,                                      :   10 Civ. 1602 (TPG)
                                                                        :   10 Civ. 3507 (TPG)
                                  Plaintiffs,                           :   10 Civ. 3970 (TPG)
                                                                        :   10 Civ. 8339 (TPG)
                    - against -                                         :
                                                                        :
THE REPUBLIC OF ARGENTINA,                                              :
                                                                        :
                                  Defendant.                            :
------------------------------------------------------------------------X  *(captions continue on following page)*

**NOTICE OF APPEAL**

```
------------------------------------------------------------------- X
BLUE ANGEL CAPITAL I LLC,                            :
                                                     :
                              Plaintiff,             :   10 Civ. 4101 (TPG)
                                                     :   10 Civ. 4782 (TPG)
              - against -                            :
                                                     :
THE REPUBLIC OF ARGENTINA,                           :
                                                     :
                              Defendant.             :
                                                     :
-------------------------------------------------------------------X
OLIFANT FUND, LTD.,                                  :
                                                     :
                              Plaintiff,             :   10 Civ. 9587 (TPG)
                                                     :
              - against -                            :
                                                     :
THE REPUBLIC OF ARGENTINA,                           :
                                                     :
                              Defendant.             :
                                                     :
-------------------------------------------------------------------X
PABLO ALBERTO VARELA, et al.,                        :
                                                     :
                              Plaintiffs,            :   10 Civ. 5338 (TPG)
                                                     :
              - against -                            :
                                                     :
THE REPUBLIC OF ARGENTINA,                           :
                                                     :
                              Defendant.             :
-------------------------------------------------------------------X
```

**NOTICE OF APPEAL**

Notice is hereby given that the Republic of Argentina ("Republic"), defendant in the above-captioned cases, hereby appeals to the United States Court of Appeals for the Second Circuit from the Order entered in these actions on March 12, 2015, as well as all associated orders. The Order erroneously modified and extended the injunctions entered on November 21, 2012, so as to enjoin payments on certain U.S. dollar-denominated bonds governed by Argentine

law and payable in Argentina unless and until the Republic makes a "ratable payment" to plaintiffs.

Dated: New York, New York
April 6, 2015

                              CLEARY GOTTLIEB STEEN & HAMILTON LLP

                    By:   /s/ Carmine Boccuzzi
                          Jonathan I. Blackman (jblackman@cgsh.com)
                          Carmine D. Boccuzzi (cboccuzzi@cgsh.com)

                    One Liberty Plaza
                    New York, New York 10006
                    (212) 225-2000

                    *Attorneys for the Republic of Argentina*