UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
| | |
|---|---|
| NML CAPITAL, LTD., : | |
| : | |
| Plaintiff, : | No.  08 Civ. 6978 (TPG) |
| : | |
| - against - : | |
| : | |
| THE REPUBLIC OF ARGENTINA, : | |
| : | |
| Defendant. : | |
| : | |

------------------------------------------------------------------x :
| | |
|---|---|
| NML CAPITAL, LTD., : | |
| : | |
| Plaintiff, : | No.  09 Civ. 1707 (TPG) |
| : | |
| - against - : | |
| : | |
| THE REPUBLIC OF ARGENTINA, : | |
| : | |
| Defendant. : | |
| : | |

------------------------------------------------------------------x :
| | |
|---|---|
| NML CAPITAL, LTD., : | |
| : | |
| Plaintiff, : | No.  09 Civ. 1708 (TPG) |
| : | |
| - against - : | |
| : | |
| THE REPUBLIC OF ARGENTINA, : | |
| : | |
| Defendant. : | |
------------------------------------------------------------------x :

*(captions continue on following pages)*

**PLAINTIFF'S NOTICE OF MOTION FOR LEAVE
TO AMEND AND SUPPLEMENT COMPLAINTS**

```
-------------------------------------------------------------------x
NML CAPITAL, LTD.,                              :
                                                :
                              Plaintiff,        :   No.  14 Civ. 8988 (TPG)
                                                :
              - against -                       :
                                                :
THE REPUBLIC OF ARGENTINA,                      :
                                                :
                              Defendant.        :
-------------------------------------------------------------------x
```

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Kevin S. Reed, the accompanying Declaration of Robert A. Cohen, all attached exhibits, the accompanying Memorandum of Law, and all prior proceedings herein, Plaintiff NML Capital, Ltd., ( "Plaintiff") will move, pursuant to Rules 15(a) and (d) of the Federal Rules of Civil Procedure, before the Honorable Thomas P. Griesa, United States District Judge for the Southern District of New York, United States Courthouse, 500 Pearl Street, New York, NY 10007, at a date and time to be determined by the Court, for an Order granting Plaintiff's Motion for Leave to Amend and Supplement Complaints and for such other relief as the Court deems just and proper; and

**PLEASE TAKE NOTICE FURTHER NOTIVE** that the Republic of Argentina's response to this Motion, if any, shall be served within fourteen (14) days after service hereof, on counsel for Plaintiff: Robert A. Cohen, Dechert LLP, 1095 Avenue of the Americas, New York, NY 10036-6797.

Dated:   New York, New York
         May 12, 2015

                              Respectfully Submitted,

                              DECHERT LLP

                              By: /s/ Robert A. Cohen
                                  Robert A. Cohen
                                  (robert.cohen@dechert.com)
                                  Dennis H. Hranitzky
                                  (dennis.hranitzky@dechert.com)

                              1095 Avenue of the Americas
                              New York, NY  10036-6797
                              Telephone (212) 698-3500
                              Facsimile (212) 698-3599

                              *Attorneys for Plaintiff NML Capital, Ltd.*