CONFIDENTIAL—SUBJECT TO COURT ORDER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
NML CAPITAL, LTD.,

                Plaintiff,      No. 08 Civ. 6978 (TPG)

      - against -

THE REPUBLIC OF ARGENTINA,

                Defendant.
------------------------------------------------------------------x
NML CAPITAL, LTD.,

                Plaintiff,      No. 09 Civ. 1707 (TPG)

      - against -

THE REPUBLIC OF ARGENTINA,

                Defendant.
------------------------------------------------------------------x
NML CAPITAL, LTD.,

                Plaintiff,      No. 09 Civ. 1708 (TPG)

      - against -

THE REPUBLIC OF ARGENTINA,

                Defendant.
------------------------------------------------------------------x

*(captions continue on following pages)*

**DECLARATION OF KEVIN S. REED IN SUPPORT
OF PLAINTIFF'S MOTION FOR LEAVE TO
AMEND AND SUPPLEMENT COMPLAINTS**

15584979.2.LITIGATION

```
-----------------------------------------------------------------x :
NML CAPITAL, LTD.,                                                 :
                                                                   :
                                       Plaintiff,                  :   No.  14 Civ. 8988 (TPG)
                                                                   :
                - against -                                        :
                                                                   :
THE REPUBLIC OF ARGENTINA,                                         :
                                                                   :
                                       Defendant.                  :
                                                                   :
-----------------------------------------------------------------x
```

Pursuant to 28 U.S.C. Section 1746, Kevin S. Reed, declares as follows:

  1. I am a partner of the firm Quinn Emanuel Urquhart & Sullivan LLP, which has been retained by Plaintiff NML Capital, Ltd. ("Plaintiff " or "NML") as counsel in the above-captioned NML matters.

  2. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would competently testify to them.   I respectfully make this Declaration to put before this Court certain facts related to Plaintiff's motion for leave to amend and supplement its complaints in the above-captioned actions.

  3. On April 23, 2015, at 11:00 am, I, along with counsel for certain of the other plaintiffs with claims against Argentina, took part in a telephone conference with Philippe A. Zimmerman of Moses & Singer LLP, counsel to non-party Deutsche Bank, regarding Deutsche Bank's production of documents in response to NML's request for production and the directive issues by the Court at a hearing on April 22, 2015.  The call was scheduled for that time because Zimmerman indicated that he was not available earlier in the day.  Deutsche Bank

designated the substance of the telephone conference as "confidential" pursuant to the confidentiality orders entered in the above-captioned actions.[1]



5. On the evening of May 11, 2015, I received an email from Zimmerman regarding the information exchanged during the call on the April 23. Zimmerman confirmed that during that call, he "provided [me] with some information concerning various bids placed at the auction by Deutsche Bank Argentina (SA) *on behalf of Deutsche Bank AG - London Branch* ('DB AG – London') on behalf of customers."  (emphasis added). Zimmerman has thus confirmed that bids for BONAR 2024 Bonds were placed on behalf of DB AG – London customers and *not* customers in Argentina.

---

[1]   A confidentiality agreement has not yet been entered in case number No.14 Civ. 8988 (TPG), but will be submitted shortly for the Court's consideration.

[2]   [redacted]

-3-

      6.      I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Executed in New York, New York
on this 12th day of May, 2015

                                                                                                              _____
                                                                                                              Kevin S. Reed