# **Exhibit 17**



translations@geotext.com
www.geotext.com

STATE OF NEW YORK )
                      )
                      )  ss
COUNTY OF NEW YORK )

## **CERTIFICATION**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Spanish into English of the attached Resolution, dated April 30,

2014.


Mirna Turina, Project Manager
Geotext Translations, Inc.


Sworn to and subscribed before me

this 8ᵗʰ day of May, 20 15.


DUSTIN PAUL RICHARD
NOTARY PUBLIC-STATE OF NEW YORK
No. 01RI6319157
Qualified in Bronx County
My Commission Expires February 09, 2019

New York
t: +1.212.631.7432

Washington, D.C.
t: +1.202.828.1267

Chicago
t: +1.312.242.3756

Houston
t: +1.713.353.3909

San Francisco
t: +1.415.576.9500

London
t: +44.20.7553.4100

Paris
t: +33.1.42.68.51.47

Stockholm
t: +46.8.463.11.87

Frankfurt
t: +49.69.7593.8434

Hong Kong
t: +852.2159.9143

C D I

This regulation was consulted through InfoLEG, database of the Documentation and Information Center, Ministry of Economy and Public Finance

**Office of the Finance Secretary**

**PUBLIC DEBT**

**Resolution 26/2014**

**Expansion of issuance of Bonds. Issuance and placement of Treasury Bill.**

Buenos Aires, 4/30/2014

HAVING REVIEWED File No. S01:0083205/2014 of the Registry of the MINISTRY OF ECONOMY AND PUBLIC FINANCE, and Laws No. 26,741 and No. 26,932, and

WHEREAS:

Article 1 of Law No. 26,932 ratified the "AGREEMENT ON AMICABLE RESOLUTION AND SETTLEMENT OF EXPROPRIATION" entered into between the ARGENTINE REPUBLIC and REPSOL S. A., REPSOL CAPITAL SL, AND REPSOL BUTANO S.A., signed on February 27, 2014 pursuant to Law No. 26,741, which declared 51% of the equity of YPF SA and YPF GAS SA to be of public interest and subject to expropriation.

Article 2 authorizes the OFFICE OF THE FINANCE SECRETARY, an office within the MINISTRY OF ECONOMY AND PUBLIC FINANCE, to issue NATIONAL TREASURY BONDS under the conditions and in the amounts established in the above-mentioned Agreement, as well as to issue Treasury Bills in guarantee in favor of the BANK OF THE ARGENTINE NATION, to be used as a counter-guarantee of the suretyship to be granted by said Bank.

The Department of Legal Affairs of the MINISTRY OF ECONOMY AND PUBLIC FINANCE has taken the actions for which it is responsible.

This measure is issued by virtue of the powers conferred by Article 2 of Law No. 26,932.

Therefore,

THE FINANCE SECRETARY

RESOLVES:

**Article 1 –** To order the expansion of the issuance of the "2017 7% ARGENTINE NATION BOND IN UNITED STATES DOLLARS" (BONAR X), originally issued by Article 1 of Joint Resolution No. 100 of the OFFICE OF THE TREASURY SECRETARY and No. 24 of the OFFICE OF THE FINANCE SECRETARY, dated April 10, 2007, both of the former MINISTRY OF ECONOMY AND PRODUCTION, for an amount up to EIGHT HUNDRED MILLION UNITED STATES DOLLARS ORIGINAL PAR VALUE (US$ 800,000,000 OPV), which shall be placed as determined in the Agreement ratified by Article 1 of Law No. 26,932.

**Art. 2 –** To order the expansion of the issuance of the "2033 8.28% DISCOUNT BONDS OF THE REPUBLIC OF ARGENTINA" (DISCOUNT 33), whose applicable law is that of the ARGENTINE REPUBLIC, originally issued through Decree No. 1,735 of December 9, 2004, for an amount of ONE BILLION TWO-HUNDRED FIFTY MILLION UNITED STATES DOLLARS ORIGINAL PAR VALUE (US$ 1,250,000,000 OPV), which shall be placed as determined in the Agreement ratified by Article 1 of Law No. 26,932.

**Art. 3 –** To order the expansion of the issuance of the "2015 SEVEN PERCENT (7%) p.a. NATIONAL GOVERNMENT BONDS IN UNITED STATES DOLLARS" (BODEN 2015), originally issued through Joint Resolution No. 240 of the OFFICE OF THE TREASURY SECRETARY and No. 85 of the OFFICE OF THE FINANCE SECRETARY, dated September 16, 2005, both of the former MINISTRY OF ECONOMY AND PRODUCTION, for an amount up to FOUR HUNDRED MILLION UNITED STATES DOLLARS ORIGINAL PAR VALUE (US$ 400,000,000 OPV), which shall be placed as determined in the Agreement ratified by Article 1 of Law No. 26,932.

**Art. 4 –** To order the issuance of "2024 8.75% ARGENTINE NATION BONDS IN UNITED STATES DOLLARS" (BONAR 2024), whose applicable law is that of the ARGENTINE REPUBLIC, for an amount up to THREE BILLION FIVE HUNDRED FIFTY MILLION DOLLARS ORIGINAL PAR VALUE (US$ 3,550,000,000 OPV), with the following financial conditions:

Date of issuance: May 7, 2014.

Date of maturity: May 7, 2024.

Term: TEN (10) years.

Currency of issuance and payment: United States Dollars

Amortization: in SIX (6) consecutive annual installments, beginning the 5th year subsequent to the date of issuance (2019). The first FIVE (5) amortization installments shall be for SIXTEEN AND SIXTY-SIX ONE-HUNDREDTHS PERCENT (16.66%), and the last installment shall be for SIXTEEN AND SEVENTY ONE-HUNDREDTHS PERCENT (16.70%).

Interest: it shall accrue at a nominal annual rate of EIGHT AND SEVENTY-FIVE ONE-HUNDREDTHS PERCENT (8.75%). The interest shall be paid semi-annually, calculated on base months of THIRTY (30) days and a year of THREE HUNDRED SIXTY days (30/360). The interest payment dates shall be May 7 and November 7 of each year until maturity, with the first interest payment date being November 7, 2014. When the maturity of a coupon does not fall on a business day, the coupon payment date shall be the business day immediately following the original maturity date, but the interest shall be calculated up to the original maturity date.

Minimum denomination: ONE UNITED STATES DOLLAR ORIGINAL PAR VALUE (US$ 1 O.P.V.).

Placement: as determined in the Agreement ratified by Article 1 of Law No. 26,932.

Negotiation: they shall be negotiable, and application shall be made for their listing on the ELECTRONIC OPEN MARKET (MAE) and stock and securities markets in the country.

Ownership: Global Certificates shall be issued in the name of the Center for Registration and Settlement of Public Liabilities and Financial Trusts of the CENTRAL BANK OF THE REPUBLIC OF ARGENTINA (CRYL), in its capacity as Registration Agent for the Bonds.

Tax exemptions: they shall enjoy all tax exemptions provided by the applicable laws and regulations in force.

Financial services: the payments shall be processed through the CENTRAL BANK OF THE ARGENTINE REPUBLIC through transfers of funds in the respective cash accounts held by the account holders of record in said Institution.

Art. 5 – To order the issuance and placement of ONE (1) Treasury Bill in guarantee for ONE HUNDRED FIFTY MILLION UNITED STATES DOLLARS ORIGINAL PAR VALUE (US$ 150,000,000 O.P.V.) to the BANK OF THE ARGENTINE NATION (BNA), to be used as a counter-guarantee of the suretyship bond to be granted by said Bank to REPSOL S.A., corresponding to the first THREE (3) interest service payments of the "2024 8.75% ARGENTINE NATION BONDS IN UNITED STATES DOLLARS" ("BONAR 2024"), issued by Article 4 herein, in accordance with the following conditions:

Date of issuance: May 7, 2014

Maximum effective term: up to TEN (10) business days following the date of the third interest service payment of "BONAR 2024," this date being November 24, 2015. It shall expire by operation of law on said date, or upon the extinction of the Agreement before said date.

In the event of a total or partial breach by the National State of the obligation to pay any of the first THREE (3) interest service payments of the "BONAR 2024" on the dates provided in Article 4 herein, and to the extent that the BNA has made the payment of the service corresponding to the aforesaid security to the beneficiary of the suretyship bond, the aforementioned bank may demand the total or partial payment of the present Bill in guarantee through a note addressed to the National Office of Public Credit. The National Government shall proceed to deposit the requested funds, within a period of SEVEN (7) business days after receiving the demand from the BNA, into the account indicated by said Institution.

Ownership: a global certificate shall be issued, which shall be deposited in the Center for Registration and Settlement of Public Liabilities and Financial Trusts (CRYL) of the CENTRAL BANK OF THE REPUBLIC OF ARGENTINA.

Negotiation: the Treasury Bill in guarantee shall be non-transferable and non-negotiable.

Minimum denomination: ONE (1) United States Dollar.

Currency of issuance and payment: United States Dollars.

Art. 6 – To be communicated, published, sent to the National Official Registry Office and archived. – Pablo J. López

C D I

Esta norma fue consultada a través de InfoLEG, base de datos del Centro de Documentación e Información, Ministerio de Economía y Finanzas Públicas.

**Secretaría de Finanzas**

**DEUDA PUBLICA**

**Resolución 26/2014**

**Ampliación de emisión de Bonos. Emisión y colocación de Letra del Tesoro.**

Bs. As., 30/4/2014

VISTO el Expediente Nº S01:0083205/2014 del Registro del MINISTERIO DE ECONOMIA Y FINANZAS PUBLICAS, y las Leyes Nros. 26.741 y 26.932, y

CONSIDERANDO:

Que por el Artículo 1° de la Ley N° 26.932 se ratificó el "CONVENIO DE SOLUCION AMIGABLE Y AVENIMIENTO DE EXPROPIACION" celebrado entre la REPUBLICA ARGENTINA y REPSOL S. A., REPSOL CAPITAL SL, Y REPSOL BUTANO S.A., suscripto el 27 de febrero de 2014 en el marco de lo dispuesto por la Ley Nº 26.741 que declaró de utilidad pública y sujeto a expropiación el 51% del patrimonio de YPF SA e YPF GAS SA.

Que por el Artículo 2° se autoriza a la SECRETARIA DE FINANZAS dependiente del MINISTERIO DE ECONOMIA Y FINANZAS PUBLICAS para la emisión de los BONOS DEL TESORO DE LA NACION en las condiciones y montos establecidos en el Convenio arriba mencionado, así como la emisión de Letras del Tesoro en garantía a favor del BANCO DE LA NACION ARGENTINA, para ser utilizadas como contragarantía del aval a ser otorgado por dicho Banco.

Que la Dirección General de Asuntos Jurídicos del MINISTERIO DE ECONOMIA Y FINANZAS PUBLICAS ha tomado la intervención que le compete.

Que la presente medida se dicta en virtud de las facultades conferidas por el Artículo 2° de la Ley Nº 26.932.

Por ello,

EL SECRETARIO DE FINANZAS

RESUELVE:

**Artículo 1°** — Dispónese la ampliación de la emisión del "BONO DE LA NACION ARGENTINA EN DOLARES ESTADOUNIDENSES 7% 2017" (BONAR X), originalmente emitido por el Artículo 1° de la Resolución Conjunta N° 100 de la SECRETARIA DE HACIENDA y N° 24 de la SECRETARIA DE FINANZAS de fecha 10 de abril de 2007, ambas del ex MINISTERIO DE ECONOMIA Y PRODUCCION, por hasta un monto de VALOR NOMINAL ORIGINAL DOLARES ESTADOUNIDENSES OCHOCIENTOS MILLONES (VNO U$S 800.000.000), los que se colocarán conforme se determina en el Convenio ratificado por el artículo 1° de la Ley N° 26.932.

**Art. 2°** — Dispónese la ampliación de la emisión de los "BONOS DE LA REPUBLICA ARGENTINA CON DESCUENTO EN DOLARES ESTADOUNIDENSES 8,28% 2033" (DISCOUNT 33), cuya ley aplicable es la de la REPUBLICA ARGENTINA, emitidos originalmente mediante el Decreto N° 1.735 de fecha 9 de diciembre de 2004, por un monto de VALOR NOMINAL ORIGINAL DOLARES ESTADOUNIDENSES MIL DOSCIENTOS CINCUENTA MILLONES (VNO U$S 1.250.000.000), los que se colocarán conforme se determina en el Convenio ratificado por el artículo 1° de la Ley N° 26.932.

**Art. 3°** — Dispónese la ampliación de la emisión de los "BONOS DEL GOBIERNO NACIONAL EN DOLARES ESTADOUNIDENSES SIETE POR CIENTO (7%) p.a. 2015" (BODEN 2015), emitidos originalmente mediante la Resolución Conjunta N° 240 de la SECRETARIA DE HACIENDA y N° 85 de la SECRETARIA DE FINANZAS de fecha 16 de setiembre de 2005, ambas del ex MINISTERIO DE ECONOMIA Y PRODUCCION, por hasta un monto de VALOR NOMINAL ORIGINAL DOLARES ESTADOUNIDENSES CUATROCIENTOS MILLONES (VNO U$S 400.000.000), los que se colocarán conforme se determina en el Convenio ratificado por el artículo 1° de la Ley N° 26.932.

**Art. 4°** — Dispónese la emisión de los "BONOS DE LA NACION ARGENTINA EN DOLARES ESTADOUNIDENSES 8,75% 2024" (BONAR 2024), cuya ley aplicable es la de la REPUBLICA ARGENTINA, por hasta un monto de VALOR NOMINAL ORIGINAL DOLARES ESTADOUNIDENSES TRES MIL QUINIENTOS CINCUENTA MILLONES (V.N.O. U$S 3.550.000.000), con las siguientes condiciones financieras:

Fecha de emisión: 7 de mayo de 2014.

Fecha de vencimiento: 7 de mayo de 2024.

Plazo: DIEZ (10) años.

Moneda de emisión y pago: Dólares Estadounidenses.

Amortización: en SEIS (6) cuotas anuales y consecutivas, comenzando el 5° año posterior a la fecha de emisión (2019). Las primeras CINCO (5) cuotas de amortización serán del DIECISEIS CON SESENTA Y SEIS CENTESIMOS POR CIENTO (16,66%) y la última cuota de DIECISEIS CON SETENTA CENTESIMOS POR CIENTO (16,70%).

Interés: devengará una tasa del OCHO CON SETENTA Y CINCO CENTESIMOS POR CIENTO (8,75%) nominal anual. Los intereses serán pagaderos semestralmente calculados sobre la base meses de TREINTA (30) días y un año de TRESCIENTOS SESENTA días (30/360). Las fechas de pago de intereses serán el 7 de mayo y 7 de noviembre de cada año hasta su vencimiento, siendo la primera fecha de pago de intereses el 7 de noviembre de 2014. Cuando el vencimiento de un cupón no fuere un día hábil, la fecha de pago del cupón será el día hábil inmediato posterior a la fecha de vencimiento original, pero el cálculo del mismo se realizará hasta la fecha de vencimiento original.

Denominación mínima: será de VALOR NOMINAL ORIGINAL DOLARES ESTADOUNIDENSES UNO (V.N.O. U$S 1).

Colocación: conforme se determina en el Convenio ratificado por el artículo 1° de la Ley N° 26.932.

Negociación: serán negociables y se solicitará su cotización en el MERCADO ABIERTO ELECTRONICO (MAE) y en bolsas y mercados de valores del país.

Titularidad: se emitirán Certificados Globales a nombre de la Central de Registro y Liquidación de Pasivos Públicos y Fideicomisos Financieros del BANCO CENTRAL DE LA REPUBLICA ARGENTINA (CRYL), en su carácter de Agente de Registro de los Bonos.

Exenciones impositivas: gozarán de todas las exenciones impositivas dispuestas por las leyes y reglamentaciones vigentes en la materia.

Atención de los servicios financieros: los pagos se cursarán a través del BANCO CENTRAL DE LA REPUBLICA ARGENTINA mediante transferencias de fondos en las respectivas cuentas de efectivo que posean los titulares de cuentas de registro en dicha Institución.

**Art. 5°** — Dispónese la emisión y colocación de UNA (1) Letra del Tesoro en garantía por un VALOR NOMINAL ORIGINAL DOLARES ESTADOUNIDENSES CIENTO CINCUENTA MILLONES (V.N.O. U$S 150.000.000) al BANCO DE LA NACION ARGENTINA (BNA), a los efectos de ser utilizadas como contragarantía de la fianza solidaria a ser otorgada por dicho Banco a REPSOL S.A. correspondiente a los TRES (3) primeros servicios de intereses de los "BONOS DE LA NACION ARGENTINA EN DOLARES ESTADOUNIDENSES 8,75% 2024" ("BONAR 2024"), emitidos por el Artículo 4° de la presente, de acuerdo a las siguientes condiciones:

Fecha de emisión: 7 de mayo de 2014.

Plazo Máximo de vigencia: hasta DIEZ (10) días hábiles posteriores a la fecha de pago del tercer servicio de intereses del "BONAR 2024", siendo esta fecha el 24 de noviembre de 2015. Expirará de pleno derecho en dicha fecha o bien de ocurrir la extinción del Convenio, antes de dicha fecha.

En caso de incumplimiento, total o parcial, por parte del Estado Nacional en el pago de cualquiera de los TRES (3) primeros servicios de intereses del "BONAR 2024", en las fechas previstas en el Artículo 4° de la presente y en la medida que el BNA haya realizado el pago del servicio correspondiente al citado título al beneficiario de la fianza solidaria, el mencionado banco podrá requerir la cancelación, total o parcial, de la presente Letra en garantía mediante nota dirigida a la Oficina Nacional de Crédito Público. El Estado Nacional procederá al depósito de los fondos solicitados, dentro de un plazo de SIETE (7) días hábiles de recibido el requerimiento por parte del BNA, en la cuenta que dicha Institución indique.

Titularidad: se emitirá un certificado global que será depositado en la Central de Registro y Liquidación de Pasivos Públicos y Fideicomisos Financieros (CRYL) del BANCO CENTRAL DE LA REPUBLICA ARGENTINA.

Negociación: la Letra del Tesoro en garantía será intransferible y no negociable.

Denominación mínima: Dólares Estadounidenses UNO (1).

Moneda de emisión y pago: Dólares Estadounidenses.

**Art. 6°** — Comuníquese, publíquese, dése a la Dirección Nacional del Registro Oficial y archívese. — Pablo J. López.

# **Exhibit 18**



**Repsol International Finance, B.V.**

*Koninginnegracht 19
The Hague
NL-2514-AB
The Netherlands*

*Tel. 31 703141611
www.repsolinternationalfinancebv.com*

The Hague, May 12, 2014

In accordance with Article 14 of Law of 9 May 2006, on market abuse, Repsol International Finance, B.V. (the "Company") is filing the attached English translation of the official notice published by Repsol, S.A, Guarantor of the Euro 10,000,000,000 Guaranteed Euro Medium Term Note Programme of the Company, related to the sale of Argentinean sovereign BONAR 24 bond.

The Spanish version of the official notice was filed on May 9, 2014 by Repsol, S.A. with the Spanish Securities Market Commission (*Comisión Nacional del Mercado de Valores*).

Repsol, S.A.
C/Méndez Alvaro, 44
28045 Madrid

Tlf.:+34 917 538 100
+34 917 538 000
Fax:+34 913 489 494
repsol.com



## Official Notice

Madrid, 9 May 2014

Repsol has today agreed the sale of all of the Argentinean sovereign BONAR24 bonds to JP Morgan Securities PLC. for U.S.$ 2,813,619,791 dollars, including accrued interest.

The closing of the sale, expected to occur on May 13, is subject to the fulfilment of customary terms and conditions in this kind of transactions. Likewise, according to the agreement entered into with the buyer, the remaining bonds delivered by the Republic of Argentina will have a seven days lock-up period, subject to certain exceptions.

With this first transaction, which has no impact on the financial results of the Repsol Group, the debt of the Republic of Argentina with Repsol is reduced by an amount equivalent to the sale.

* * *

*This document does not constitute an offer or invitation to purchase or subscribe securities nor an offer of purchase, sale or exchange, neither a request for an offer of purchase, sale or exchange of securities in any jurisdiction.*

# **Exhibit 19**

**Filed Under Seal**

# **Exhibit 20**

## **Filed Under Seal**

## **Exhibit 21**

## **Filed Under Seal**

# **Exhibit 22**

## **Filed Under Seal**

# **Exhibit 23**

**Filed Under Seal**

# **Exhibit 24**

## **Filed Under Seal**

# **Exhibit 25**

**Filed Under Seal**

# **Exhibit 26**

## **Filed Under Seal**

# **Exhibit 27**

## **Filed Under Seal**

# **Exhibit 28**

## **Filed Under Seal**

## **Exhibit 29**

**Filed Under Seal**

# **Exhibit 30**

## **Filed Under Seal**

# **Exhibit 31**

**Filed Under Seal**