UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

NML CAPITAL, LTD.,

                    Plaintiff,

       -against-

THE REPUBLIC OF ARGENTINA,

                    Defendant.

:   08 Civ. 6978 (TPG)

------------------------------------------------------------- X

NML CAPITAL, LTD.,

                    Plaintiffs,

       -against-

THE REPUBLIC OF ARGENTINA,

                    Defendant.

:   09 Civ. 1707 (TPG)

------------------------------------------------------------- X

NML CAPITAL, LTD.,

                    Plaintiff,

       -against-

THE REPUBLIC OF ARGENTINA,

                    Defendant.

:   09 Civ. 1708 (TPG)

------------------------------------------------------------- X  *(captions continue on following page)*

**DECLARATION OF ELIZABETH M. HANLY IN OPPOSITION TO PLAINTIFFS'
MOTIONS FOR LEAVE TO AMEND AND SUPPLEMENT THEIR COMPLAINTS**

```
-------------------------------------------------------------------X
AURELIUS CAPITAL MASTER, LTD. and ACP          :
MASTER, LTD.,                                  :
                                               :
                                               :
                    Plaintiffs,                :
                                               :
                                               :   09 Civ. 8757 (TPG)
          -against-                            :
                                               :
THE REPUBLIC OF ARGENTINA,                     :
                                               :
                    Defendant.                 :
-------------------------------------------------------------------X
AURELIUS CAPITAL MASTER, LTD. and ACP          :
MASTER, LTD.,                                  :
                                               :
                                               :
                    Plaintiffs,                :
                                               :
                                               :
          -against-                            :   09 Civ. 10620 (TPG)
                                               :
THE REPUBLIC OF ARGENTINA                      :
                                               :
                    Defendant.                 :
-------------------------------------------------------------------X
AURELIUS OPPORTUNITIES FUND II, LLC            :
and AURELIUS CAPITAL MASTER, LTD.,             :
                                               :
                                               :
                    Plaintiffs,                :
                                               :
          -against-                            :   10 Civ. 1602 (TPG)
                                               :
THE REPUBLIC OF ARGENTINA,                     :
                                               :
                    Defendant.                 :
-------------------------------------------------------------------X
```

```
--------------------------------------------------------------------X
AURELIUS OPPORTUNITIES FUND II, LLC        :
and AURELIUS CAPITAL MASTER, LTD.,         :
                                           :
                  Plaintiffs,              :
                                           :
            - against -                    :     10 Civ. 3507 (TPG)
                                           :
THE REPUBLIC OF ARGENTINA,                 :
                                           :
                  Defendant.               :
--------------------------------------------------------------------X
AURELIUS CAPITAL MASTER, LTD. and          :
AURELIUS OPPORTUNITIES FUND II, LLC,       :
                                           :
                  Plaintiffs,              :
                                           :
            - against -                    :     10 Civ. 3970 (TPG)
                                           :
THE REPUBLIC OF ARGENTINA,                 :
                                           :
                  Defendant.               :
--------------------------------------------------------------------X
BLUE ANGEL CAPITAL I LLC,                  :
                                           :
                  Plaintiff,               :
                                           :
            - against -                    :     10 Civ. 4101 (TPG)
                                           :
THE REPUBLIC OF ARGENTINA,                 :
                                           :
                  Defendant.               :
--------------------------------------------------------------------X
```

```
-------------------------------------------------------------X
BLUE ANGEL CAPITAL I LLC,                               :
                                                        :
                            Plaintiff,                  :
                                                        :
              - against -                               :     10 Civ. 4782 (TPG)
                                                        :
THE REPUBLIC OF ARGENTINA,                              :
                                                        :
                            Defendant.                  :
-------------------------------------------------------------X
AURELIUS CAPITAL MASTER, LTD. and                       :
AURELIUS OPPORTUNITIES FUND II, LLC,                    :
                                                        :
                            Plaintiffs,                 :
                                                        :
              - against -                               :     10 Civ. 8339 (TPG)
                                                        :
THE REPUBLIC OF ARGENTINA,                              :
                                                        :
                            Defendant.                  :
-------------------------------------------------------------X
OLIFANT FUND, LTD.,                                     :
                                                        :
                            Plaintiff,                  :
                                                        :
              -against-                                 :     10 Civ. 9587 (TPG)
                                                        :
THE REPUBLIC OF ARGENTINA,                              :
                                                        :
                            Defendant.                  :
-------------------------------------------------------------X
NML CAPITAL, LTD.                                       :
                                                        :
                            Plaintiffs,                 :
                                                        :
              -against-                                 :     14 Civ. 8988 (TPG)
                                                        :
THE REPUBLIC OF ARGENTINA,                              :
                                                        :
                            Defendant.                  :
-------------------------------------------------------------X
```

Pursuant to 28 U.S.C. § 1746, Elizabeth M. Hanly declares as follows:

1.      I am an attorney admitted to practice before this Court and an associate at Cleary Gottlieb Steen & Hamilton LLP, counsel for defendant the Republic of Argentina (the "Republic") in these matters.  I submit this declaration on behalf of the Republic in opposition to plaintiffs' motions to amend and supplement their complaints.

2.      Attached to this declaration as Exhibits A-C are true and correct copies of the following documents:

| Ex. | Document |
| --- | --- |
| A | Fiscal Agency Agreement, dated Oct. 19, 1994; |
| B | Press Release, Aurelius Capital Management, LP, Notice to (A) Participants in Argentina's Offering of BONAR 2024s and (B) Subsequent Purchasers of Those Bonds, dated Apr. 22, 2015; |
| C | Secretaría de Finanzas, Resolución No. 26/2014, Apr. 30, 2014 (Arg.), *available at* http://infoleg.mecon.gov.ar/infolegInternet/anexos/225000-229999/229627/norma.htm (with English translation of excerpts). |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 29, 2015 in New York, New York.

_____
ELIZABETH M. HANLY