USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ x

NML CAPITAL, LTD.,

        Plaintiff,

v.

THE REPUBLIC OF ARGENTINA,

        Defendant.

08 Civ. 6978 (TPG)
09 Civ. 1707 (TPG)
09 Civ. 1708 (TPG)

------------------------------------------------------ x

AURELIUS CAPITAL MASTER, LTD., *et al.*,

        Plaintiffs,

v.

THE REPUBLIC OF ARGENTINA,

        Defendant.

09 Civ. 8757 (TPG)

------------------------------------------------------ x

AURELIUS OPPORTUNITIES FUND II, LLC
and AURELIUS CAPITAL MASTER, LTD.,

        Plaintiffs,

v.

THE REPUBLIC OF ARGENTINA,

        Defendant.

10 Civ. 1602 (TPG)

**(captions continued on next page)**

------------------------------------------------------ x

**ORDER**

```
------------------------------------------x
AURELIUS CAPITAL MASTER, LTD., et         :
al.,                                      :
              Plaintiffs,                 :
                                          :  10 Civ. 3970 (TPG)
       v.                                 :
                                          :
THE REPUBLIC OF ARGENTINA,                :
                                          :
              Defendant.                  :
                                          :
------------------------------------------x
BLUE ANGEL CAPITAL I LLC,                 :
                                          :
              Plaintiff,                  :
                                          :
       v.                                 :  10 Civ. 4101 (TPG)
                                          :
THE REPUBLIC OF ARGENTINA,                :
                                          :
              Defendant.                  :
------------------------------------------x
OLIFANT FUND, LTD.,                       :
                                          :
              Plaintiff,                  :
                                          :
       v.                                 :
                                          :  10 Civ. 9587 (TPG)
THE REPUBLIC OF ARGENTINA,                :
                                          :
              Defendant.                  :
------------------------------------------x
PABLO ALBERTO VARELA, et al.,             :
                                          :
              Plaintiff,                  :
                                          :
       v.                                 :
                                          :  10 Civ. 5338 (TPG)
THE REPUBLIC OF ARGENTINA,                :
                                          :
              Defendant.                  :
------------------------------------------x
```

On July 6, 2015 and July 8, 2015, non-parties Deutsche Bank, Fintech Advisory, Inc., and others wrote letters to the court requesting a pre-motion discovery conference pursuant to Rule 2(A) of the undersigned's individual rules of practice and Local Civil Rule 37.2.

The court hereby waives the requirement for a pre-motion discovery conference. The non-parties may file their discovery motions, and the court will consider the matters raised in due course.

SO ORDERED.

Dated: New York, New York
       July 14, 2015

_____
Thomas P. Griesa
United States District Judge

1