USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
NML CAPITAL, LTD.,

        Plaintiff,

v.

THE REPUBLIC OF ARGENTINA,

        Defendant.
-------------------------------------------------------- x

08 Civ. 6978 (TPG)
09 Civ. 1707 (TPG)
09 Civ. 1708 (TPG)
14 Civ. 8988 (TPG)

AURELIUS CAPITAL MASTER, LTD., *et al.*,

        Plaintiffs,

v.

THE REPUBLIC OF ARGENTINA,

        Defendant.
-------------------------------------------------------- x

09 Civ. 8757 (TPG)
09 Civ. 10620 (TPG)

AURELIUS OPPORTUNITIES FUND II, LLC
and AURELIUS CAPITAL MASTER, LTD.,

        Plaintiffs,

v.

THE REPUBLIC OF ARGENTINA,

        Defendant.
-------------------------------------------------------- x

10 Civ. 1602 (TPG)
10 Civ. 3507 (TPG)

**(captions continued on next page)**

**ORDER**

```
------------------------------------------------- x
                                                  :
AURELIUS CAPITAL MASTER, LTD., et                 :
al.,                                              :
              Plaintiffs,                         :
                                                  :   10 Civ. 3970 (TPG)
       v.                                         :   10 Civ. 8339 (TPG)
                                                  :
THE REPUBLIC OF ARGENTINA,                        :
                                                  :
              Defendant.                          :
                                                  :
------------------------------------------------- x
BLUE ANGEL CAPITAL I LLC,                         :
                                                  :
              Plaintiff,                          :
                                                  :
                                                  :   10 Civ. 4101 (TPG)
       v.                                         :   10 Civ. 4782 (TPG)
                                                  :
THE REPUBLIC OF ARGENTINA,                        :
                                                  :
              Defendant.                          :
------------------------------------------------- x
OLIFANT FUND, LTD.,                               :
                                                  :
              Plaintiff,                          :
                                                  :
       v.                                         :
                                                  :   10 Civ. 9587 (TPG)
THE REPUBLIC OF ARGENTINA,                        :
                                                  :
              Defendant.                          :
------------------------------------------------- x
```

Plaintiffs in these actions have filed motions for leave to amend and supplement their complaints.

The court hereby grants the motions in light of the liberal standard for amending and supplementing the pleadings. *See* Federal R. Civ. P. 15(a)(2) and (d). The amendments are not brought in bad faith or unduly delayed, and they would not be unduly prejudicial or futile. *See Foman v. Davis*, 371 U.S. 178, 182 (1962).

SO ORDERED.

Dated: New York, New York
July 16, 2015

*Thomas P. Griesa*
Thomas P. Griesa
United States District Judge