UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/15

-------------------------------------------------- x

NML CAPITAL, LTD.,

                Plaintiff,

      v.

THE REPUBLIC OF ARGENTINA,

                Defendant.

:
:
:
:
:
:
:
:
:
:
:
:

03 Civ. 8845 (TPG)
05 Civ. 2434 (TPG)
06 Civ. 6466 (TPG)
07 Civ. 1910 (TPG)
07 Civ. 2690 (TPG)
07 Civ. 6563 (TPG)
08 Civ. 2541 (TPG)
08 Civ. 3302 (TPG)
08 Civ. 6978 (TPG)
09 Civ. 1707 (TPG)
09 Civ. 1708 (TPG)

-------------------------------------------------- x

AURELIUS CAPITAL PARTNERS, LP
and AURELIUS CAPITAL MASTER, LTD.,

                Plaintiffs,

      v.

THE REPUBLIC OF ARGENTINA,

                Defendant.

:
:
:
:
:
:
:
:
:
:
:
:
:

07 Civ. 2715   (TPG)
07 Civ. 11327 (TPG)

-------------------------------------------------- x

BLUE ANGEL CAPITAL I LLC,

                Plaintiff,

      v.

THE REPUBLIC OF ARGENTINA,

                Defendant.

:
:
:
:
:
:
:
:
:
:
:

07 Civ. 2693 (TPG)
10 Civ. 4101 (TPG)
10 Civ. 4782 (TPG)

-------------------------------------------------- x

*captions continued on
following pages*

```
------------------------------------------------- x
AURELIUS CAPITAL MASTER, LTD.             :
and ACP MASTER, LTD.,                     :
                                          :
              Plaintiffs,                 :
                                          :
                                          :   09 Civ. 8757 (TPG)
         v.                               :   09 Civ. 10620 (TPG)
                                          :
THE REPUBLIC OF ARGENTINA,                :
                                          :
              Defendant.                  :
                                          :
------------------------------------------------- x
AURELIUS OPPORTUNITIES FUND II, LLC       :
and AURELIUS CAPITAL MASTER, LTD.,        :
                                          :
              Plaintiffs,                 :
                                          :
         v.                               :   10 Civ. 1602 (TPG)
                                          :   10 Civ. 3507 (TPG)
THE REPUBLIC OF ARGENTINA,                :
                                          :
              Defendant.                  :
                                          :
------------------------------------------------- x
AURELIUS CAPITAL MASTER, LTD. and         :
AURELIUS OPPORTUNITIES FUND II, LLC       :
                                          :
              Plaintiffs,                 :
                                          :
         v.                               :   10 Civ. 3970 (TPG)
                                          :   10 Civ. 8339 (TPG)
THE REPUBLIC OF ARGENTINA,                :
                                          :
              Defendant.                  :
                                          :
------------------------------------------------- x
```

## ORDER

As stated at yesterday's hearing, the court's ruling regarding plaintiffs'

motions for discovery sanctions is as follows:

"The Court finds that the Republic of Argentina has failed to comply
with the September 25, 2013 discovery order as it relates to assets
of the Republic. The Court further imposes the following sanction
for such failure. The following is the sanction: any property of the
Republic in the United States except diplomatic or military property
is deemed to be used for commercial activity. The Court further
holds that if the Republic is claiming a privilege as to any documents
or information required to be produced under the discovery order of
September 25, 2013, it is directed to prepare and deliver within 10
days of today a privilege log on a document-by-document basis.
Failure to do so will be deemed to be a waiver of the claim of privilege.
The Court makes no determination at this time as to sanctions, if
any, with respect to the alter ego issue."

Hr'g Tr. at 58:24–59:12 (Aug. 12, 2015).


SO ORDERED.


Dated: New York, New York
        August 13, 2015

                                    Thomas P. Griesa
                                    United States District Judge