USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/15

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470

(212) 225-2000

FACSIMILE (212) 225-3999

WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC · PARIS · BRUSSELS · LONDON · MOSCOW
FRANKFURT · COLOGNE · ROME · MILAN · HONG KONG
BEIJING · BUENOS AIRES · SÃO PAULO · ABU DHABI · SEOUL

Writer's Direct Dial: +1 212 225 2508
E-Mail: cboccuzzi@cgsh.com

August 20, 2015

BY EMAIL AND ECF

Honorable Thomas P. Griesa
United States District Court for
the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *NML Capital, Ltd. v. Republic of Argentina*, No. 08 Civ. 6978 (TPG), and related cases

Dear Judge Griesa:

I write in connection with Your Honor's August 12, 2015 Order in the above-captioned matters, in which Your Honor Ordered, *inter alia*, that the Republic of Argentina (the "Republic") "prepare and deliver within 10 days of today a privilege log on a document-by-document basis." ECF No. 814. Under the current schedule, that privilege log is due this coming Monday, August 24, 2015.

We write to request a brief, one-week extension of that deadline, to August 31, 2015. We need the additional time given the lengthy time period covered by plaintiffs' demands with the resulting amount of document review that needs to occur. Plaintiffs have informed us that they do not object to our request for this one additional week, and have asked that we attach to this letter their email to us setting out their non-objection. *See* Email from R. Cohen to C. Boccuzzi, dated Aug. 20, 2015.

Hon. Thomas P. Griesa, p. 2

We respectfully requests that the Court so-order the proposed schedule.

Respectfully submitted,

Carmine D. Boccuzzi

Attachment

cc: Counsel of Record (via Email and ECF)

SO ORDERED:

Thomas P. Griesa
U.S.D.J.
Aug. 20, 2015