UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------- x
NML CAPITAL, LTD.,                                      :
                                                        :   08 Civ. 6978 (TPG)
                Plaintiff,                              :   09 Civ. 1707 (TPG)
                                                        :   09 Civ. 1708 (TPG)
        v.                                              :
                                                        :
THE REPUBLIC OF ARGENTINA,                              :
                                                        :
                Defendant.                              :
------------------------------------------------------- x
                                                        :
AURELIUS CAPITAL MASTER, LTD. and                       :
ACP MASTER, LTD.,                                       :   09 Civ. 8757 (TPG)
                                                        :   09 Civ. 10620 (TPG)
                Plaintiffs,                             :
                                                        :
        v.                                              :
                                                        :
THE REPUBLIC OF ARGENTINA,                              :
                                                        :
                Defendant.                              :
                                                        :
------------------------------------------------------- x
                                                        :
AURELIUS OPPORTUNITIES FUND II, LLC                     :
and AURELIUS CAPITAL MASTER, LTD.,                      :   10 Civ. 1602 (TPG)
                                                        :   10 Civ. 3507 (TPG)
                Plaintiffs,                             :
                                                        :
        v.                                              :
                                                        :
THE REPUBLIC OF ARGENTINA,                              :
                                                        :
                Defendant.                              :
                                                        :   (captions continued on next page)
------------------------------------------------------- x
```

**PLAINTIFFS' NOTICE OF MOTION TO COMPEL
DEUTSCHE BANK, JP MORGAN AND BBVA
TO PRODUCE DOCUMENTS CONCERNING THE BONAR 2024 BONDS**

3135435.1

```
------------------------------------------------------------ x
AURELIUS CAPITAL MASTER, LTD. and                            :
AURELIUS OPPORTUNITIES FUND II, LLC,                         :   10 Civ. 3970 (TPG)
                                                             :   10 Civ. 8339 (TPG)
                          Plaintiffs,                        :
                                                             :
              v.                                             :
                                                             :
THE REPUBLIC OF ARGENTINA,                                   :
                                                             :
                          Defendant.                         :
------------------------------------------------------------ x
BLUE ANGEL CAPITAL I LLC,                                    :
                                                             :
                          Plaintiff,                         :   10 Civ. 4101 (TPG)
                                                             :   10 Civ. 4782 (TPG)
              v.                                             :
                                                             :
THE REPUBLIC OF ARGENTINA,                                   :
                                                             :
                          Defendant.                         :
------------------------------------------------------------ x
OLIFANT FUND, LTD.,                                          :
                                                             :
                          Plaintiff,                         :   10 Civ. 9587 (TPG)
                                                             :
              v.                                             :
                                                             :
THE REPUBLIC OF ARGENTINA,                                   :
                                                             :
                          Defendant.                         :
------------------------------------------------------------ x
PABLO ALBERTO VARELA, et al.,                                :
                                                             :
                          Plaintiff,                         :   10 Civ. 5338 (TPG)
                                                             :
              v.                                             :
                                                             :
THE REPUBLIC OF ARGENTINA,                                   :
                                                             :
                          Defendant.                         :
------------------------------------------------------------ x
```

3135435.1

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Marc G. Farris, all attached exhibits, the accompanying Memorandum of Law in Support of Plaintiffs' Motion to Compel Deutsche Bank, JPMorgan and BBVA to Produce Documents Concerning the Bonar 2024 Bonds, and all prior proceedings herein, Plaintiffs NML Capital, Ltd., Aurelius Capital Master, Ltd., Aurelius Opportunities Fund II, LLC, ACP Master, Ltd., Blue Angel Capital I LLC, Olifant Fund, Ltd., and Pablo Alberto Varela, et al. (collectively "Plaintiffs") will move, pursuant to Rules 26, 37, and 45 of the Federal Rules of Civil Procedure, before the Honorable Thomas P. Griesa, United States District Judge for the Southern District of New York, United States Courthouse, 500 Pearl Street, New York, NY 10007, at a date and time to be determined by the Court, for an Order granting Plaintiffs' Motion to Compel Deutsche Bank, JPMorgan, and BBVA to Produce Documents Concerning the Bonar 2024 Bonds and for such other relief as the Court deems just and proper; and

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 6.1(a), any opposing affidavits and answering memoranda of law shall be served within seven days after service of Plaintiffs' moving papers.

Dated:  New York, New York
October 5, 2015

| | |
|---|---|
| FRIEDMAN KAPLAN SEILER & ADELMAN LLP | QUINN EMANUAL URQUART & SULLIVAN, LLP |
| By: *Edw A Friedm* <br> Edward A. Friedman <br> (efriedman@fklaw.com) <br> Daniel B. Rapport <br> (drapport@fklaw.com) <br><br> 7 Times Square <br> New York, New York  10036 <br> Telephone:  (212) 833-1100 <br> Facsimile:  (212) 833-1250 | By: /s/Kevin S. Reed <br> Kevin S. Reed <br> (kevinreed@quinnemanuel.com) <br><br> 51 Madison Avenue, 22nd Floor <br> New York, New York  10010 <br> Telephone:  (212) 849-7000 <br> Facsimile:  (212) 849-7100 |
| *Attorneys for Plaintiffs Aurelius Capital Master, Ltd., Aurelius Opportunities Fund II, LLC, ACP Master, Ltd., Blue Angel Capital I LLC* | *Attorneys for Plaintiff NML Capital, Ltd.* |
| SIMON LESSER, P.C. | MILBERG LLP |
| By: /s/Leonard F. Lesser <br> Leonard F. Lesser <br> (llesser@simonlesser.com) <br><br> 420 Lexington Avenue <br> New York, New York  10170 <br> Telephone:  (212) 599-5455 <br> Facsimile:  (212) 599-5459 | By: /s/Michael C. Spencer <br> Michael C. Spencer <br> (mspencer@milberg.com) <br><br> One Pennsylvania Plaza, 49th Floor <br> New York, New York  10119 <br> Telephone:  (212) 594-5300 <br> Facsimile:  (212) 868-1229 |
| *Attorneys for Plaintiff Olifant Fund, Ltd* | *Attorneys for Plaintiffs Pablo Alberto Varela, et al.* |