UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
NML CAPITAL, LTD., : 08 Civ. 6978 (TPG)
: 09 Civ. 1707 (TPG)
        Plaintiff, : 09 Civ. 1708 (TPG)
vs. :
:
THE REPUBLIC OF ARGENTINA, :
:
        Defendant. :
------------------------------------x
AURELIUS CAPITAL MASTER, LTD. and : 09 Civ. 8757 (TPG)
ACP MASTER, LTD., : 09 Civ. 10620 (TPG)
:
        Plaintiffs, :
vs. :
:
THE REPUBLIC OF ARGENTINA, :
:
        Defendant. :
------------------------------------x
AURELIUS OPPORTUNITIES FUND II, LLC : 10 Civ. 1602 (TPG)
and AURELIUS CAPITAL MASTER, LTD., : 10 Civ. 3507 (TPG)
:
        Plaintiffs, :
vs. :
:
THE REPUBLIC OF ARGENTINA, :
:
        Defendant. :
: (captions continued on next page)
------------------------------------x

**CORPORATE DISCLOSURE STATEMENT**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
AURELIUS CAPITAL MASTER, LTD. and                   : 10 Civ. 3970 (TPG)
AURELIUS OPPORTUNITIES FUND II, LLC,                : 10 Civ. 8339 (TPG)
                                                    :
              Plaintiffs,                           :
                                                    :
    vs.                                             :
                                                    :
THE REPUBLIC OF ARGENTINA,                          :
                                                    :
              Defendant.                            :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
BLUE ANGEL CAPITAL I LLC,                           : 10 Civ. 4101 (TPG)
                                                    : 10 Civ. 4782 (TPG)
              Plaintiff,                            :
                                                    :
    vs.                                             :
                                                    :
THE REPUBLIC OF ARGENTINA,                          :
                                                    :
              Defendant.                            :
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                    :
OLIFANT FUND, LTD.,                                 : 10 Civ. 9587 (TPG)
                                                    :
              Plaintiff,                            :
                                                    :
    vs.                                             :
                                                    :
THE REPUBLIC OF ARGENTINA,                          :
                                                    :
              Defendant.                            :
                                                    : (captions continued on next page)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

```
------------------------------------x
                                    :
PABLO ALBERTO VARELA, et al.,       :  10 Civ. 5338 (TPG)
                                    :
                Plaintiff,          :
                                    :
        vs.                         :
                                    :
THE REPUBLIC OF ARGENTINA,          :
                                    :
                Defendant.          :
                                    :
------------------------------------x
```

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for non-parties JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., and J.P. Morgan Securities LLC certifies that (a) JPMorgan Chase & Co. is a publicly held corporation and has no parent; (b) JPMorgan Chase Bank, N.A. is a wholly owned subsidiary of its parent corporation, JPMorgan Chase & Co.; and (c) J.P. Morgan Securities LLC is a wholly owned subsidiary of its parent corporation, J.P. Morgan Broker-Dealing Holdings Inc., which is a wholly owned subsidiary of its parent corporation, JPMorgan Chase & Co.

Dated: New York, New York
       October 23, 2015

                        LEVI LUBARSKY FEIGENBAUM & WEISS, LLP

                        By: _____
                            Andrea Likwornik Weiss
                            Gregory P. Feit
                        655 Avenue of the Americas, 27th Floor
                        New York, New York 10017
                        Tel.: (212) 308-6100

                        *Attorneys for JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., and J.P. Morgan Securities LLC*