UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
NML CAPITAL, LTD.,

          Plaintiff,

          v.

THE REPUBLIC OF ARGENTINA,

          Defendant.
--------------------------------------------------------x

Civil Action Nos.
08 Civ. 6978 (TPG)
09 Civ. 1707 (TPG)
09 Civ. 1708 (TPG)

AURELIUS CAPITAL MASTER, LTD. and
ACP MASTER LTD.,

          Plaintiff,

          v.

THE REPUBLIC OF ARGENTINA,

          Defendant.
--------------------------------------------------------x

Civil Action Nos.
09 Civ. 8757 (TPG)
09 Civ. 10602 (TPG)

AURELIUS OPPORTUNITIES FUND II,
LLC and AURELIUS CAPITAL MASTER,
LTD.,

          Plaintiff,

          v.

THE REPUBLIC OF ARGENTINA,

          Defendant.
--------------------------------------------------------x

Civil Action Nos.
10 Civ. 1602 (TPG)
10 Civ. 3507 (TPG)

(*captions continued on next page*)

## NOTICE OF CROSS-MOTION TO QUASH
## AND/OR LIMIT THE SUBPOENAS AT ISSUE

---------------------------------------------------------x
AURELIUS CAPITAL MASTER, LTD. and
AURELIUS OPPORTUNITIES FUND II,        Civil Action Nos.
LLC,                                   10 Civ. 3970 (TPG)
                                       10 Civ. 8339 (TPG)
        Plaintiff,

        v.

THE REPUBLIC OF ARGENTINA,

        Defendant.
---------------------------------------------------------x

BLUE ANGEL CAPITAL I LLC,
                                       Civil Action Nos.
        Plaintiff,            10 Civ. 4101 (TPG)
                                       10 Civ. 4782 (TPG)
        v.

THE REPUBLIC OF ARGENTINA,

        Defendant.
---------------------------------------------------------x

PABLO ALBERTO VARELA, et. al.,
                                       Civil Action No.
        Plaintiff,            10 Civ. 5338 (TPG)

        v.

THE REPUBLIC OF ARGENTINA,

        Defendant.
---------------------------------------------------------x

OLIFANT FUND, LTD.,
                                       Civil Action No.
        Plaintiff,            10 Civ. 9587 (TPG)

        v.

THE REPUBLIC OF ARGENTINA,

        Defendant.
---------------------------------------------------------x

**PLEASE TAKE NOTICE** that upon the Declaration of Philippe Zimmerman, dated October 23, 2015 and the exhibits annexed thereto, the Declaration of Bernardo Iriberri, dated October 23, 2015, and the accompanying Memorandum of Law, dated October 23, 2015, non-parties Deutsche Bank AG – New York Branch, Deutsche Bank Americas Holding Corp. (subpoenaed as Deutsche Bank America Holding Corp.), Deutsche Bank Securities Inc., Deutsche Bank Trust Company Americas and DB USA Corporation f/k/a Taunus Corporation (collectively, the "DB Entities"), will move this Court, pursuant to Federal Rules of Civil Procedure 26(c)(1) and 45(d), for an order quashing and/or limiting the subpoenas dated May 5, 2015 served by plaintiffs NML Capital, Ltd., Aurelius Capital Master, Ltd., ACP Master Ltd., Aurelius Opportunities Fund II, LLC, Blue Angel Capital I LLC, Pablo Alberto Varela, et al., and Olifant Fund, Ltd. on the DB Entities, and for such other relief as this Court deems just and proper.

Dated: October 23, 2015
New York, New York

Respectfully submitted,

MOSES & SINGER LLP

By:   /s/ Philippe Zimmerman

Philippe Zimmerman
Shari A. Alexander
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 554-7800
pzimmerman@mosessinger.com
salexander@mosessinger.com

*Attorneys for the DB Entities*

2841154 007756.0152

TO:     Kevin S. Reed, Esq.
        Quinn Emanuel Urquhart & Sullivan LLP
        51 Madison Avenue, 22nd Floor
        New York, New York 10010
        (212) 849-7000

        Edward A. Friedman, Esq.
        Daniel B. Rapport, Esq.
        Friedman Kaplan Seiler & Adelman LLP
        7 Times Square
        New York, New York 10036-6516
        (212) 833-1100

        Michael C. Spencer
        Milberg LLP
        One Pennsylvania Plaza
        New York, New York 10119
        (212) 594-5300

        Leonard F. Lesser
        Simon Lesser PC
        355 Lexington Avenue, 10th Floor
        New York, New York 10017
        (212) 599-5455

        *Attorneys for Plaintiffs*