WHITE & CASE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/24/2015
```

November 18, 2015

VIA ECF

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787
T +1 212 819 8200

whitecase.com

Hon. Thomas P. Griesa
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*NML Capital, Ltd. v. The Republic of Argentina*, Case Nos. 08-CV-6978, 09-CV-1707, 09-CV-1708
*Aurelius Capital Master, Ltd. v. The Republic of Argentina*, Case Nos. 09-CV-8757, 09-CV-10620
*Aurelius Opportunities Fund II, LLC v. The Republic of Argentina*, Case Nos. 10-CV-1602, 10-CV-3507
*Aurelius Capital Master, Ltd. v. The Republic of Argentina*, Case Nos. 10-CV-3970, 10-CV-8339
*Blue Angel Capital I LLC v. The Republic of Argentina*, Case Nos. 10-CV-4101, 10-CV-4782
*Olifant Fund, Ltd. v. The Republic of Argentina*, Case No. 10-CV-9587
*Varela v. The Republic of Argentina*, Case No. 10-CV-5338:

Dear Judge Griesa:

We represent non-parties Banco Bilbao Vizcaya Argentaria, S.A., BBVA Compass Bancshares, Inc. and BBVA Securities, Inc. (collectively "BBVA") in the above-captioned proceedings. BBVA has conferred with counsel for non-parties Deutsche Bank AG – New York Branch, Deutsche Bank Securities Inc., Deutsche Bank Trust Company Americas, DB USA Corporation f/k/a Taunus Corporation, JPMorgan Chase & Co., J.P. Morgan Securities LLC and JPMorgan Chase Bank, N.A. (collectively with BBVA the "Banks").   Consistent with Rule 2(E) of Your Honor's Individual Rules of Practice in Civil Cases, BBVA submits this letter on behalf of the Banks respectfully requesting the opportunity to present <u>oral argument on the Banks' respective</u> <u>oppositions to Plaintiffs' Motion to Compel and in support of their respective Motions to Quash.</u>

Respectfully submitted,

*Paul B. Carberry*

**Paul B. Carberry**

T +212-819-8507
E pcarberry@whitecase.com

*Oral argument of Non-parties respective motions to Quash Subpoenas filed on 10/23/2015 and of Plaintiff's Motion to Compel filed on 10/5/2015 is scheduled for December 17, 2015 at 1:30pm.*

*So Ordered:* *Thomas P. Griesa*

*HON. THOMAS P. GRIESA, USDJ*

*11-23-2015*

**WHITE & CASE**

Hon. Thomas P. Griesa
November 18, 2015

cc:  **Andrea Likwornik Weiss**
**Gregory Phillip Feit**
Levi Lubarsky Feigenbaum & Weiss LLP
655 Third Avenue. 27th Floor
New York, NY 10017
*Attorneys for JPMorgan Chase Bank, N.A., J.P. Morgan Securities LLC, JPMorgan Chase & Co.*

**Philippe Alain Zimmerman**
**Shari Ann Alexander**
Moses & Singer LLP
405 Lexington Avenue
New York, NY 10174-1299
*Attorneys for Deutsche Bank AG – New York Branch, Deutsche Bank Securities Inc., Deutsche Bank Trust Company Americas, DB USA Corporation f/k/a Taunus Corporation*

**Carmine D. Boccuzzi , Jr**
Cleary Gottlieb Steen & Hamilton, LLP(NYC)
One Liberty Plaza
New York, NY 10006
*Attorney for The Republic of Argentina*

**Michael Champlin Spencer**
**Leigh Smith**
Milberg LLP (NYC)
One Pennsylvania Plaza
New York, NY 10119
*Attorneys for Plaintiffs*

**Gary Steven Snitow**
Snitow, Kanfer & Holtzer
575 Lexington Avenue
New York, NY 10022
*Attorney for Plaintiffs*

**Peter George Safirstein**
Morgan & Morgan, LLP
5 Penn Plaza, 23rd Floor
New York, NY 10001
*Attorney for Plaintiffs*

2

**WHITE & CASE**

Hon. Thomas P. Griesa
November 18, 2015

**Stephen Daniel Poss**
**Robert Donald Carroll**
Goodwin Procter, LLP (Boston)
53 State Street,Exchange Place
Boston, MA 02109
*Attorneys for Plaintiffs*

**Leonard Frederick Lesser**
Simon Lesser P.C.
420 Lexington Ave
New York, NY 10170
*Attorney for Plaintiffs*

**Barry Robert Ostrager**
**Tyler Brooks Robinson**
**Laura Denise Murphy**
Simpson Thacher & Bartlett LLP (NY)
425 Lexington Avenue
New York, NY 10017
*Attorneys for Plaintiffs*

**Walter Rieman**
Paul, Weiss, Rifkind, Wharton & Garrison LLP (NY)
1285 Avenue of the Americas
New York, NY 10019
*Attorney for Plaintiffs*

**Daniel Benjamin Rapport**
**Edward A. Friedman**
**Eric Justin Finkelstein**
Friedman, Kaplan, Seiler and Adelman
1633 Broadway
NY, NY 10019
*Attorneys for Plaintiffs*

**Kimberly Ann Hamm**
U.S. House of Representatives
Office of the General Counsel
219 Cannon House Office Building
*Attorney for Plaintiffs*

**WHITE & CASE**

Hon. Thomas P. Griesa
November 18, 2015

**Lawrence Saul Robbins**
**Mark T. Stancil**
Robbins Russell Englert Orseck Untereiner & Sauber, LLP
1801 K Street, N.W.
Suite 411
Washington, DC 20006
*Attorneys for Plaintiffs*

**Susan Marie Cordaro**
The Children's Law Center
44 Court Street, 11th Floor
Brooklyn, NY 11201
*Attorney for Plaintiffs*

**Melissa Kelly Driscoll**
Menz Bonner Komar & Koenigsberg L.L.P.
444 Madison Avenue
39th Floor
New York, NY 10022
*Attorney for Plaintiffs*

**Robert A. Cohen**
**Dennis H. Hranitzky**
**Charles I. Poret**
**Susan Yoshiko Shamoto**
Dechert, LLP (NYC)
1095 Avenue of the Americas
New York, NY 10036-6797
*Attorneys for Plaintiffs*

**Jennings F. Durand**
Dechert LLP
Cira Centre 2929 Arch Street
Philadelphia, PA 19104
*Attorney for Plaintiffs*

**Charles Richard Jacob, III**
**Jeremy Mack Sher**
Miller & Wrubel, P.C.
570 Lexington Avenue, 25th Floor
New York, NY 10022
*Attorneys for Plaintiffs*

**WHITE & CASE**

Hon. Thomas P. Griesa
November 18, 2015

**David Scott Hoffner**
Hoffner PLLC
325 Broadway, Suite 505
New York, NY 10007
*Attorney for Plaintiffs*

**Jason Mendro**
**Matthew Dempsey McGill**
**Theodore B. Olson**
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue N.W
Washington, DC 20036
*Attorneys for Plaintiffs*

**Kevin Samuel Reed**
**William Brady Mack , III**
Quinn Emanuel
51 Madison Avenue, 22nd Floor
New York, NY 10010
*Attorneys for Plaintiffs*