USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/11/2016

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NML CAPITAL,<br>Plaintiff,<br>- against -<br>THE REPUBLIC OF ARGENTINA,<br>Defendant. | 08 Civ. 6978 (TPG)<br>09 Civ. 1707 (TPG)<br>09 Civ. 1708 (TPG) |
| AURELIUS CAPITAL MASTER, LTD. and ACP MASTER, LTD.,<br>Plaintiffs,<br>- against -<br>THE REPUBLIC OF ARGENTINA,<br>Defendant. | 09 Civ. 8757 (TPG)<br>09 Civ. 10620 (TPG) |
| AURELIUS OPPORTUNITIES FUND II, LLC and AURELIUS CAPITAL MASTER, LTD.,<br>Plaintiffs,<br>- against -<br>THE REPUBLIC OF ARGENTINA,<br>Defendant. | 10 Civ. 1602 (TPG)<br>10 Civ. 3507 (TPG)<br><br>*(captions continue on following pages)* |

**~~[PROPOSED]~~ ORDER TO SHOW CAUSE**

| | |
|---|---|
| AURELIUS CAPITAL MASTER, LTD. and AURELIUS OPPORTUNITIES FUND II, LLC,<br><br>Plaintiffs,<br><br>- against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>Defendant. | 10 Civ. 3970 (TPG)<br>10 Civ. 8339 (TPG) |
| BLUE ANGEL CAPITAL I LLC,<br><br>Plaintiff,<br><br>- against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>Defendant. | 10 Civ. 4101 (TPG)<br>10 Civ. 4782 (TPG) |
| OLIFANT FUND, LTD.,<br><br>Plaintiff,<br><br>- against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>Defendant. | 10 Civ. 9587 (TPG) |
| PABLO ALBERTO VARELA, et al.,<br><br>Plaintiffs,<br><br>- against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>Defendant. | 10 Civ. 5338 (TPG) |

# [PROPOSED] ORDER TO SHOW CAUSE

Upon the accompanying Declaration of Michael A. Paskin, executed on February 11, 2016, with exhibits attached thereto; the Declaration of Undersecretary of Finance Santiago Bausili, executed on February 11, 2016, the supporting memorandum of law, and the proposed form of order granting the relief sought herein (attached hereto as Exhibit 1), it is hereby:

ORDERED that Plaintiffs show cause on or before February 18, 2016, why an order should not be entered pursuant to Federal Rules of Civil Procedure 54(b), 60(b)(5) and/or 60(b)(6) vacating the injunction entered in this matter on November 21, 2012, without further action of the Court, upon the occurrence of the following conditions precedent:

(a) the Republic of Argentina takes action necessary to repeal or otherwise abridge Law 26,017 (the "Lock Law") and Law 26,984 (the "Sovereign Payment Law"); and

(b) with respect to any of the parties in the above-captioned matters or "Me Too" matters[1] that enters into a settlement agreement with the Republic of Argentina on or before February 29, 2016 (each a "Settling Party"), payment is made by the Republic of Argentina to all such Settling Parties (in accordance with the specific terms of each such Settlement Agreement) and certification that such payment was received by each Settling Party is made by the Republic of Argentina to this Court with simultaneous notice to the Settling Party; and

granting such other and further relief as the Court deems just and proper; and it is further

---

[1] The "Me Too" actions can be found at: 14 Civ. 8601 (TPG); 14 Civ. 8988 (TPG); 14 Civ. 8630 (TPG); 14 Civ. 8242 (TPG); 14 Civ. 8946 (TPG); 14 Civ. 8947 (TPG); 14 Civ. 8303 (TPG); 14 Civ. 4092 (TPG); 14 Civ. 4091 (TPG); 14 Civ. 8739 (TPG); 14 Civ. 7258 (TPG); 14 Civ. 7739 (TPG); 15 Civ. 710 (TPG); 14 Civ. 8243 (TPG); 13 Civ. 8887 (TPG); 11 Civ. 4908 (TPG); 14 Civ. 10141 (TPG); 14 Civ. 5963 (TPG); 14 Civ. 1109 (TPG); 14 Civ. 3127 (TPG); 14 Civ. 10016 (TPG); 14 Civ. 7171 (TPG); 14 Civ. 7169 (TPG); 14 Civ. 7164 (TPG); 14 Civ. 7166 (TPG); 14 Civ. 7637 (TPG); 14 Civ. 10064 (TPG); 14 Civ. 9093 (TPG); 14 Civ. 10201 (TPG); 14 Civ. 9855 (TPG); 14 Civ. 5849 (TPG); 15 Civ. 1470 (TPG); 15 Civ. 1471 (TPG); 15 Civ. 1553 (TPG); 15 Civ. 1588 (TPG); 15 Civ. 1508 (TPG); 15 Civ. 2611 (TPG); 15 Civ. 5886 (TPG); 15 Civ. 2577 (TPG); 15 Civ. 5190 (TPG); 15 Civ. 4654 (TPG); 15 Civ. 3523 (TPG); 15 Civ. 4284 (TPG); 15 Civ. 4767 (TPG); 11 Civ. 8817 (TPG); 15 Civ. 6702 (TPG); 15 Civ. 3932 (TPG); 15 Civ. 7367 (TPG); and 15 Civ. 2369 (TPG).

ORDERED that the Court's electronic filing of this Order by ECF in the above-captioned actions shall be deemed good and sufficient service and notice thereof; and it is further

ORDERED that Plaintiffs' papers in response to this Order shall be filed by February 16, 2016, at noon and any reply papers shall be filed by February 18, 2016, at noon.

Dated: February 11, 2016
New York, New York

Thomas P. Griesa
United States District Judge