# Carter, Christopher Louis

| | |
|---|---|
| **From:** | Max Lee |
| **Sent:** | Tuesday, February 16, 2016 6:48 PM |
| **To:** | Santiago Bausili |
| **Cc:** | Thomas Curran; Santiago Bausili |
| **Subject:** | RE: Argentina Holdout Issue |
| **Attachments:** | Fore German & English Untendered Bonds Holdings ISIN (2.16.2016).xlsx |

Dear Santiago,

As discussed, please see attached a spreadsheet showing the ISIN of the English and German untendered bonds Fore owns.

Please confirm that Argentina is offering 150% of principal/face value for all the bonds in the attached spreadsheet.

Once we have the confirmation, we can discuss the next step/paperwork.

We believe we will be able to assist Argentina in achieving a quick resolution with the other group members as well.

Thanks.

Max Lee
Fore Research & Management, LP
510 Madison Avenue, 11th Floor
New York, NY, 10022

From: Santiago Bausili
Sent: Tuesday, February 16, 2016 5:24 PM
To: Max Lee
Cc: Thomas Curran; Javier Fraga                              ; Santiago Bausili
Subject: Re: Argentina Holdout Issue

Hello Max, thank you for reaching out.  If you are going to be in the office for a little bit longer I can give you a call there.

Best,

1

**German Law**

1. DE0001300200
2. DE0001308609
3. DE0001319507
4. DE0001325017
5. DE0001340909
6. DE0001340917
7. DE0001348100
8. DE0001354751
9. DE0001767101
10. DE0001904308
11. DE0001954907
12. DE0001974608
13. DE0002466208
14. DE0002483203
15. DE0002488509
16. DE0002923851
17. DE0002929452
18. DE0002966900
19. DE0002998952
20. DE0003045357
21. DE0003089850
22. DE0003527966
23. DE0003538914
24. DE0004500558
25. DE0004509005
26. DE0005450258

**English Law**

1. USP8055KFQ33
2. XS0070531420
3. XS0071898349
4. XS0076397248
5. XS0077243730
6. XS0078502399
7. XS0080809253
8. XS0081057589
9. XS0084071421
10. XS0084832483
11. XS0088590863
12. XS0089277825
13. XS0096960751
14. XS0098314874
15. XS0105224470
16. XS0105694789
17. XS0109203298
18. XS0103457585
19. XS0124528703
20. XS0113833510