# Carter, Christopher Louis

| | |
|---|---|
| **From:** | Santiago Bausili |
| **Sent:** | Wednesday, February 17, 2016 1:22 PM |
| **To:** | Max Lee |
| **Cc:** | Osvaldo A. Colazo; Santiago Bausili; Thomas Curran |
| **Subject:** | Re: Argentina Holdout Issue |

Max, we were working on providing the following link and agreement for you to execute.

https://urldefense.proofpoint.com/v2/url?u=http-3A__www.economia.gob.ar_instrucciones-2Dpara-2Dla-2Dparticipacion-2Den-2Dla-2Dpropuesta-2Dpreliminar-2Dargentina_&d=CwIF-g&c=wbMekZ1iboz3wtx3lILI8YgCUSSh7g3G58syakvKORs&r=VoJJj7SRnEki6ziFFQEDd2xi1BYukmungELX8taXpk45CFTG-8ApkVVLWKDk_-7W&m=oiU9Q_Hx9PGcgT9ZSWKiXz-nHCYdJ5fChhj4IuTvAJU&s=PCR3PjYX0FGJUa7UzHWhyEIXtrjdmzA3Cz6YibFawLk&e=

Let us know if you have any question.

We did not find any issues in the list of ISINs that you sent us.

Best,

SB


> On Feb 17, 2016, at 3:04 PM, Max Lee wrote:
>
> Dear Santiago/Osvaldo,
>
> We are operating under the assumption that Argentina will be getting back to us today to confirm the ISINs.
> If we do not hear back by 4pm EST today (via phone or email), we will assume that this discussion is put on hold.
>
> We remain committed in trying to find a resolution with Argentina on the holdout issue; and we look forward to your response.
>
> Thanks.
>
> Max
>
>
> Max Lee
> Fore Research & Management, LP
> 510 Madison Avenue, 11th Floor
> New York, NY, 10022
>
>
> From: Max Lee
> Sent: Wednesday, February 17, 2016 10:52 AM
> To: 'Osvaldo A. Colazo'; Santiago Bausili
> Cc: Santiago Bausili; Thomas Curran
> Subject: RE: Argentina Holdout Issue
>
> Dear Osvaldo,

1