# Carter, Christopher Louis

| | |
|---|---|
| **From:** | Santiago Bausili |
| **Sent:** | Wednesday, February 17, 2016 7:28 PM |
| **To:** | Max Lee; Santiago Bausili |
| **Cc:** | Osvaldo A. Colazo; Thomas Curran |
| **Subject:** | RE: Argentina Holdout Issue |
| **Attachments:** | image001.png |

Sorry, I meant that you send us the schedule. These things about prescription become irrelevant i guess if we agree on an amount of money for the isins and principal submitted. We will not be entertaining comments from everyone. The agreement is quite simple.


Santiago Bausili
Subsecretario de Financiamiento
Ministerio de Hacienda y Finanzas Públicas
República Argentina



-------- Original message --------
From: Max Lee
Date: 2/17/2016 5:29 PM (GMT-05:00)
To: Santiago Bausili                       , Santiago Bausili
Cc: "Osvaldo A. Colazo"                    , Thomas Curran
Subject: RE: Argentina Holdout Issue


Dear Santiago,

Great, I assume we have an agreement in principle here.

We will get our lawyers to prepare the draft and send it over soon.
If you have a word doc version of the Master Settlement Agreement handy, please send it over, so we can show the blackline version of the agreement easily.

In addition, we have spoken to another group member, Daniel Ehrmann, at King Street, and they have expressed interest in reaching a deal as well.

Thanks.

Max




**Max Lee**
Fore Research & Management, LP

1