# Exhibit 1



Holdings of FRANs Result in a Distortion in Distribution of Claims

| | Original Principal Amount Contained in Claims | Compensation on Principal Contained in Claims | % |
|---|---|---|---|
| Pari Passu | $428 | $1,383 | 323% |
| FRANs | $295 | $2,690 | 913% |
| Me Too's Ex-FRANs | $1,699 | $1,779 | 105% |
| Other NY Court | $931 | $1,003 | 108% |

# Two Holders Expecting Extraordinary Returns on FRANs

- These two investors hold a huge amount of the outstanding FRANs.



| | NML | Bracebridge |
|---|---|---|
| Original Principal Amount Contained in Claims | $132 | $120 |
| Compensation on Principal Contained in Claims | $1,194 (905%) | $1,146 (952%) |



The Four Large Holders Who Reached Agreements on February 29, 2016, Represent Approximately 66% of Total Claims of Injunction Plaintiffs

- Original Principal Amount Contained in Claims
- Compensation on Principal Contained in Claims

| Holder | Original Principal | Compensation | % |
|---|---|---|---|
| NML | $617 | $2,422 | 392% |
| Blue Angel | $177 | $330 | 186% |
| Aurelius | $299 | $759 | 254% |
| Bracebridge | $120 | $1,146 | 952% |