# Cravath, Swaine & Moore LLP

JOHN W WHITE
EVAN R CHESLER
KRIS F HEINZELMAN
ROGER D TURNER
PHILIP A GELSTON
RICHARD W CLARY
JAMES D COOPER
STEPHEN L GORDON
DANIEL L MOSLEY
ROBERT H BARON
KEVIN J GREHAN
C ALLEN PARKER
SUSAN WEBSTER
DAVID MERCADO
ROWAN D WILSON
CHRISTINE A VARNEY
PETER T BARBUR
SANDRA C GOLDSTEIN
THOMAS G RAFFERTY
MICHAEL S GOLDMAN
RICHARD HALL
JULIE A NORTH
ANDREW W NEEDHAM
STEPHEN L BURNS
KEITH R HUMMEL

DAVID J KAPPOS
DANIEL SLIFKIN
ROBERT I TOWNSEND, III
WILLIAM J WHELAN, III
SCOTT A BARSHAY
PHILIP J BOECKMAN
ROGER G BROOKS
WILLIAM V. FOGG
FAIZA J SAEED
RICHARD J STARK
THOMAS E DUNN
MARK I GREENE
DAVID R MARRIOTT
MICHAEL A PASKIN
ANDREW J PITTS
MICHAEL T REYNOLDS
ANTONY L RYAN
GEORGE E ZOBITZ
GEORGE A STEPHANAKIS
DARIN P MCATEE
GARY A BORNSTEIN
TIMOTHY G CAMERON
KARIN A DEMASI
LIZABETHANN R EISEN
DAVID S FINKELSTEIN

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

TELEPHONE +1-212-474-1000
FACSIMILE: +1-212-474-3700

———

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE +44 20 7453-1000
FACSIMILE +44 20 7860-1150

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1760

WRITER S EMAIL ADDRESS
mpaskin@cravath com

DAVID GREENWALD
RACHEL G SKAISTIS
PAUL H ZUMBRO
JOEL F HEROLD
ERIC W HILFERS
GEORGE F SCHOEN
ERIK R TAVZEL
CRAIG F ARCELLA
TEENA-ANN V SANKOORIKAL
ANDREW R THOMPSON
DAMIEN R ZOUBEK
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ERIC L SCHIELE
ALYSSA K CAPLES
JENNIFER S CONWAY
MINH VAN NGO
KEVIN J ORSINI
MATTHEW MORREALE
JOHN D BURETTA
J WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D ZAVAGLIA
STEPHEN M KESSING

LAUREN A MOSKOWITZ
DAVID J PERKINS
JOHNNY G SKUMPIJA
J LEONARD TETI, II
D SCOTT BENNETT
TING S CHEN
CHRISTOPHER K FARGO
KENNETH C HALCOM
DAVID M STUART
JONATHAN L DAVIS
AARON M GRUBER
O KEITH HALLAM, III
OMID H NASAB
DAMARIS HERNÁNDEZ
JONATHAN J KATZ

———

SPECIAL COUNSEL

SAMUEL C BUTLER
GEORGE J GILLESPIE, III

———

OF COUNSEL

MICHAEL L SCHLER

February 29, 2016

<u>NML Capital, Ltd. v. Republic of Argentina</u>, 08 Civ. 6978 (TPG)

Dear Judge Griesa:

       I am counsel to the Republic of Argentina (the "Republic") in the above-referenced litigation and related actions.[1]

       Attached as Exhibit 1 hereto is the Memorandum of Law in Support of Defendant the Republic of Argentina's Motion for the Entry of Final Orders Conditionally Lifting the *Pari Passu* Injunctions, which was filed by EM Limited and the Montreux plaintiffs on February 29, 2016, in the actions brought by those parties.[2]

---

[1] The related actions can be found at: 09 Civ. 1707 (TPG); 09 Civ. 1708 (TPG); 09 Civ. 8757 (TPG); 09 Civ 10620 (TPG); 10 Civ. 1602 (TPG); 10 Civ. 3507 (TPG); 10 Civ. 3970 (TPG); 10 Civ. 8339 (TPG); 10 Civ. 4101 (TPG); 10 Civ. 4782 (TPG); 10 Civ. 9587 (TPG); and 10 Civ. 5338 (TPG); 14 Civ. 8601 (TPG); 14 Civ. 8988 (TPG); 14 Civ. 8630 (TPG); 14 Civ. 8242 (TPG); 14 Civ. 8946 (TPG); 14 Civ. 8947 (TPG); 14 Civ. 4092 (TPG); 14 Civ. 4091 (TPG); 14 Civ. 8739 (TPG); 14 Civ. 7258 (TPG); 14 Civ. 7739 (TPG); 15 Civ. 710 (TPG); 14 Civ 8243 (TPG); 13 Civ. 8887 (TPG); 11 Civ. 4908 (TPG); 14 Civ. 10141 (TPG); 14 Civ. 5963 (TPG); 14 Civ. 1109 (TPG); 14 Civ. 3127 (TPG); 14 Civ. 10016 (TPG); 14 Civ. 7637 (TPG); 14 Civ. 10064 (TPG); 14 Civ. 9093 (TPG); 14 Civ. 10201 (TPG); 14 Civ. 9855 (TPG); 14 Civ 5849 (TPG); 15 Civ. 1470 (TPG); 15 Civ. 1471 (TPG); 15 Civ. 1553 (TPG); 15 Civ. 1588 (TPG); 15 Civ. 1508 (TPG); 15 Civ. 2611 (TPG); 15 Civ. 5886 (TPG); 15 Civ. 2577 (TPG); 15 Civ. 5190 (TPG); 15 Civ. 4654 (TPG); 15 Civ. 3523 (TPG); 15 Civ. 4284 (TPG); 15 Civ. 4767 (TPG); 11 Civ. 8817 (TPG); 15 Civ. 6702 (TPG); 15 Civ. 3932 (TPG); 15 Civ. 7367 (TPG); 15 Civ. 2369 (TPG); 14 Civ. 7169 (TPG); 14 Civ. 8303 (TPG); 14 Civ. 7166 (TPG); 14 Civ. 7164 (TPG); and 14 Civ. 7171 (TPG).

[2] The Montreux plaintiffs are Montreux Partners, L.P.; Los Angeles Capital; Cordoba Capital; and Wilton Capital. The EM and Montreux actions can be found at 14 Civ. 7169 (TPG); 14 Civ. 8303 (TPG); 14 Civ 7166 (TPG); 14 Civ. 7164 (TPG); and 14 Civ. 7171 (TPG).

Because this submission supports the Republic's request for relief in each of the related cases, we are filing it with this letter in all related actions.

                                                Respectfully,

                                                Michael A. Paskin

Honorable Thomas P. Griesa
    Daniel Patrick Moynihan United States Courthouse
       500 Pearl Street
          New York, NY 10007-1312

Copies to all counsel by ECF