# Morgan Lewis

**P. Sabin Willett**
Partner
+1.617.951.8775
sabin.willett@morganlewis.com

February 29, 2016

Honorable Thomas P. Griesa
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:     No. 6978: Republic of Argentina Sovereign Debt Litigation

Dear Judge Griesa:

We represent ARAG-A Limited, ARAG-O Limited, ARAG-T Limited, ARAG-V Limited,
Yellow Crane Holdings, L.L.C., MCHA Holdings, LLC, Honero Fund I, LLC, Procella
Holdings, L.P., Red Pines LLC, Trinity Investments Limited, Spinnaker Global Emerging
Markets Fund, Ltd. and Spinnaker Global Special Situations Fund LP (the "Intervenors"),
who have moved to intervene in this matter.[1]  The Intervenors hold foreign law Argentina
bonds (principally German and English).[2]

We are pleased to inform the Court that all twelve of the Intervenors have now reached
settlement with the Republic in respect of the above bonds, having accepted the offer
Argentina made via its Master Settlement Agreement.  Two of these settlements were
published today by the Republic in its supplemental filings.  *See* Second Supplemental
Declaration of Undersecretary of Finance Santiago Bausili at Ex. 8 (Agreement in
Principle between Procella Holdings, L.P. and the Republic of Argentina, executed as of
February 19, 2016), and Ex. 9 (Agreement in Principle between Red Pines LLC and the
Republic of Argentina, executed as of February 28, 2016).  The remaining Intervenors
accepted the Republic's settlement offer on identical terms to Red Pines LLC, on or prior
to February 29, 2016.

---

[1] On February 19, 2016, the Intervenors sought to intervene in the lead case of the matters holding
the injunctions.  *See* Memorandum of Law in Support of the Motion to Intervene at 1 n.1.  Dkt. No.
879.

[2] Various Intervenors also hold New York law bonds, some of which were also submitted under the
Master Settlement Agreement.

**Morgan, Lewis & Bockius** LLP

One Federal Street
Boston, MA  02110-1726
United States
☎ +1.617.341.7700
🖷 +1.617.341.7701

Honorable Thomas P. Griesa
February 29, 2016
Page 2

The Intervenors entered into these settlements in reliance on the Court's February 19, 2016 Indicative Ruling - and Argentina's representations made to the Court - and its requirement that the Intervenors are entitled to payment in full in accordance with their settlements as a condition to the lifting of the injunctions.  We look forward to working with the other parties to agree to the text and timing of an order that implements this point clearly, including in the possible context of a future bond issuance by Argentina.

Very truly yours,


*/s/ Sabin Willett*


cc: Counsel of Record (via ECF)