UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NML CAPITAL,<br><br>                                         Plaintiff,<br><br>            - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                                         Defendant. | 08 Civ. 6978 (TPG)<br>09 Civ. 1707 (TPG)<br>09 Civ. 1708 (TPG) |
| NML CAPITAL,<br><br>                                         Plaintiff,<br><br>            - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                                         Defendant. | 14 Civ. 8601 (TPG) |
| NML CAPITAL,<br><br>                                         Plaintiff,<br><br>            - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                                         Defendant. | 14 Civ. 8988 (TPG) |

*(captions continue on following pages)*

**DECLARATION OF MATTHEW DUKES**

| | |
|---|---|
| FFI FUND, LTD. and FYI LTD., <br><br> Plaintiffs, <br><br> - against - <br><br> THE REPUBLIC OF ARGENTINA, <br><br> Defendant. | 14 Civ. 8630 (TPG) |
| AURELIUS CAPITAL MASTER, LTD. and ACP MASTER, LTD., <br><br> Plaintiffs, <br><br> - against - <br><br> THE REPUBLIC OF ARGENTINA, <br><br> Defendant. | 09 Civ. 8757 (TPG) <br> 09 Civ. 10620 (TPG) |
| AURELIUS OPPORTUNITIES FUND II, LLC and AURELIUS CAPITAL MASTER, LTD., <br><br> Plaintiffs, <br><br> - against - <br><br> THE REPUBLIC OF ARGENTINA, <br><br> Defendant. | 10 Civ. 1602 (TPG) <br> 10 Civ. 3507 (TPG) |

| | |
|---|---|
| AURELIUS CAPITAL MASTER, LTD. and AURELIUS OPPORTUNITIES FUND II, LLC,<br><br>Plaintiffs,<br><br>- against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>Defendant. | 10 Civ. 3970 (TPG)<br>10 Civ. 8339 (TPG) |
| BLUE ANGEL CAPITAL I LLC,<br><br>Plaintiff,<br><br>- against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>Defendant. | 10 Civ. 4101 (TPG)<br>10 Civ. 4782 (TPG) |
| OLIFANT FUND, LTD.,<br><br>Plaintiff,<br><br>- against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>Defendant. | 10 Civ. 9587 (TPG) |
| PABLO ALBERTO VARELA, *et al.*,<br><br>Plaintiffs,<br><br>- against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>Defendant. | 10 Civ. 5338 (TPG) |

| | |
|---|---|
| PEREZ, *et al.*,<br><br>                                    Plaintiffs,<br><br>         - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                                    Defendant. | 14 Civ. 8242 (TPG) |
| AURELIUS CAPITAL PARTNERS, LP, *et al.*,<br><br>                                    Plaintiffs,<br><br>         - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                                    Defendant. | 14 Civ. 8946 (TPG) |
| BLUE ANGEL CAPITAL I LLC,<br><br>                                    Plaintiff,<br><br>         - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                                    Defendant. | 14 Civ. 8947 (TPG) |
| EM LTD.,<br><br>                                    Plaintiff,<br><br>         - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                                    Defendant. | 14 Civ. 8303 (TPG) |

| | |
|---|---|
| LIGHTWATER CORP. LTD.,<br><br>                              Plaintiff,<br><br>              - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                              Defendant. | 14 Civ. 4092 (TPG) |
| OLD CASTLE HOLDINGS, LTD.,<br><br>                              Plaintiff,<br><br>              - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                              Defendant. | 14 Civ. 4091 (TPG) |
| SETTIN,<br><br>                              Plaintiff,<br><br>              - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                              Defendant. | 14 Civ. 8739 (TPG) |
| CAPITAL VENTURES INTERNATIONAL,<br><br>                              Plaintiff,<br><br>              - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                              Defendant. | 14 Civ. 7258 (TPG) |

| | |
|---|---|
| ADAMI, *et al.*,<br><br>                                            Plaintiffs,<br><br>               - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                                            Defendant. | 14 Civ. 7739 (TPG) |
| CAPITAL MARKETS FINANCIAL SERVICES INC., *et al.*,<br><br>                                            Plaintiffs,<br><br>               - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                                            Defendant. | 15 Civ. 710 (TPG) |
| FOGLIA, *et al.*,<br><br>                                            Plaintiffs,<br><br>               - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                                            Defendant. | 14 Civ. 8243 (TPG) |
| PONS, *et al.*,<br><br>                                            Plaintiffs,<br><br>               - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                                            Defendant. | 13 Civ. 8887 (TPG) |

| | |
|---|---|
| GUIBELALDE, *et al.*, <br><br> Plaintiffs, <br><br> - against - <br><br> THE REPUBLIC OF ARGENTINA, <br><br> Defendant. | 11 Civ. 4908 (TPG) |
| DORRA, *et al.*, <br><br> Plaintiffs, <br><br> - against - <br><br> THE REPUBLIC OF ARGENTINA, <br><br> Defendant. | 14 Civ. 10141 (TPG) |
| BELOQUI, *et al.*, <br><br> Plaintiffs, <br><br> - against - <br><br> THE REPUBLIC OF ARGENTINA, <br><br> Defendant. | 14 Civ. 5963 (TPG) |
| TORTUS CAPITAL MASTER FUND, LP, <br><br> Plaintiff, <br><br> - against - <br><br> THE REPUBLIC OF ARGENTINA, <br><br> Defendant. | 14 Civ. 1109 (TPG) |

| | |
|---|---|
| TORTUS CAPITAL MASTER FUND, LP,<br><br>                                        Plaintiff,<br><br>               - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                                        Defendant. | 14 Civ. 3127 (TPG) |
| TRINITY INVESTMENTS LIMITED,<br><br>                                        Plaintiff,<br><br>               - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                                        Defendant. | 14 Civ. 10016 (TPG) |
| MONTREUX PARTNERS, L.P.,<br><br>                                        Plaintiff,<br><br>               - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                                        Defendant. | 14 Civ. 7171 (TPG) |
| LOS ANGELES CAPITAL,<br><br>                                        Plaintiff,<br><br>               - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                                        Defendant. | 14 Civ. 7169 (TPG) |

| | |
|---|---|
| CORDOBA CAPITAL,<br><br>          Plaintiff,<br><br>   - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>          Defendant. | 14 Civ. 7164 (TPG) |
| WILTON CAPITAL, LTD.,<br><br>          Plaintiff,<br><br>   - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>          Defendant. | 14 Civ. 7166 (TPG) |
| MCHA HOLDINGS, LLC,<br><br>          Plaintiff,<br><br>   - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>          Defendant. | 14 Civ. 7637 (TPG) |
| MCHA HOLDINGS, LLC,<br><br>          Plaintiff,<br><br>   - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>          Defendant. | 14 Civ. 10064 (TPG) |

| | |
|---|---|
| ANDRAREX LTD.,<br><br>                              Plaintiff,<br><br>         - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                              Defendant. | 14 Civ. 9093 (TPG) |
| CLARIDAE, *et al.*,<br><br>                              Plaintiffs,<br><br>         - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                              Defendant. | 14 Civ. 10201 (TPG) |
| ARAG-A LIMITED, *et al.*,<br><br>                              Plaintiffs,<br><br>         - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                              Defendant. | 14 Civ. 9855 (TPG) |
| ATTESTOR MASTER VALUE FUND LP,<br><br>                              Plaintiff,<br><br>         - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                              Defendant. | 14 Civ. 5849 (TPG) |

| | |
|---|---|
| ANGULO, *et al.*,<br><br>                                   Plaintiffs,<br><br>              - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                                   Defendant. | 15 Civ. 1470 (TPG) |
| LAMBERTINI, *et al.*,<br><br>                                   Plaintiffs,<br><br>              - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                                   Defendant. | 15 Civ. 1471 (TPG) |
| HONERO FUND I, LLC,<br><br>                                   Plaintiff,<br><br>              - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                                   Defendant. | 15 Civ. 1553 (TPG) |
| TRINITY INVESTMENTS LIMITED,<br><br>                                   Plaintiff,<br><br>              - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                                   Defendant. | 15 Civ. 1588 (TPG) |

| | |
|---|---|
| BANCA ARNER S.A., *et al.*,<br><br>                                        Plaintiffs,<br><br>            - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                                        Defendant. | 15 Civ. 1508 (TPG) |
| TRINITY INVESTMENTS LIMITED,<br><br>                                        Plaintiff,<br><br>            - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                                        Defendant. | 15 Civ. 2611 (TPG) |
| TRINITY INVESTMENTS LIMITED,<br><br>                                        Plaintiff,<br><br>            - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                                        Defendant. | 15 Civ. 5886 (TPG) |
| MCHA HOLDINGS, LLC,<br><br>                                        Plaintiff,<br><br>            - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                                        Defendant. | 15 Civ. 2577 (TPG) |

| | |
|---|---|
| MCHA HOLDINGS, LLC,<br><br>                                          Plaintiff,<br><br>            - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                                          Defendant. | 15 Civ. 5190 (TPG) |
| ERCOLANI, *et al.*,<br><br>                                          Plaintiffs,<br><br>            - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                                          Defendant. | 15 Civ. 4654 (TPG) |
| FAZZOLARI, *et al.*,<br><br>                                          Plaintiffs,<br><br>            - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                                          Defendant. | 15 Civ. 3523 (TPG) |
| STONEHILL INSTITUTIONAL PARTNERS, L.P., *et al.*,<br><br>                                          Plaintiffs,<br><br>            - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                                          Defendant. | 15 Civ. 4284 (TPG) |

| | |
|---|---|
| WHITE HAWTHORNE, LLC,<br><br>                                      Plaintiff,<br><br>            - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                                      Defendant. | 15 Civ. 4767 (TPG) |
| VR GLOBAL PARTNERS, LP,<br><br>                                      Plaintiff,<br><br>            - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                                      Defendant. | 11 Civ. 8817 (TPG) |
| HONERO FUND I, LLC,<br><br>                                      Plaintiff,<br><br>            - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                                      Defendant. | 15 Civ. 6702 (TPG) |
| PROCELLA HOLDINGS, L.P.,<br><br>                                      Plaintiff,<br><br>            - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                                      Defendant. | 15 Civ. 3932 (TPG) |

| | |
|---|---|
| BYBROOK CAPITAL MASTER FUND LP, *et al.*,<br><br>                                        Plaintiffs,<br><br>            - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                                        Defendant. | 15 Civ. 7367 (TPG) |
| BYBROOK CAPITAL MASTER FUND LP, *et al.*,<br><br>                                        Plaintiffs,<br><br>            - against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                                        Defendant. | 15 Civ. 2369 (TPG) |

## DECLARATION OF MATTHEW DUKES

Matthew Dukes hereby declares as follows:

1. I am a Director and an officer of Deutsche Bank Securities Inc. ("Deutsche Bank"). This Declaration is based upon my personal knowledge.

2. On April 19, 2016, the Republic of Argentina (the "Republic") and Deutsche Bank, for itself and as a representative of certain Initial Purchasers, entered into a Purchase Agreement. The Purchase Agreement provides that the Republic shall issue and sell bonds to the Initial Purchasers, as that term is defined in the Purchase Agreement. Deutsche Bank acts as billing and delivery bank under the terms of the Purchase Agreement. A true and correct copy of the Purchase Agreement is attached hereto as Exhibit A.

3. On April 22, 2016, in accordance with the terms of the Purchase Agreement, Deutsche Bank made payments, from the net proceeds of the sale of bonds contemplated by the Purchase Agreement, by wire transfer in immediately available funds to each of the February 29 Settling Parties listed in Exhibit 2 to the Declaration of Santiago Bausili dated April 22, 2016. Deutsche Bank paid the February 29 Settling Parties (as defined in the Bausili Declaration of April 22) the amount shown opposite each such February 29 Settling Party in Bausili Exhibit 2.

4. Exhibit B attached hereto is a true and correct list of the payments made by Deutsche Bank to the February 29 Settling Parties and includes: (i) the name of the Settling Party, (ii) the amount paid to such Settling Party and (iii) the Fedwire reference number.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 22, 2016.

*[signature]*
Matthew Dukes